**Fill in this information to identify your case:**

Debtor 1: **Stephen Todd Walker**
First Name — Middle Name — Last Name

Debtor 2 (Spouse if, filing):
First Name — Middle Name — Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known):

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

What is the nature of the claim? **Credit Card**   $ **$3,494.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact
Contact phone

**2**
**Bank of America**
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

What is the nature of the claim? **Credit Card**   $ **$33,116.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact
Contact phone

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Stephen Todd Walker**                                              Case number *(if known)*

---

**3**

**Barclays Bank Delaware**
**Attn: Bankruptcy**
**Po Box 8801**
**Wilmington, DE 19899**

What is the nature of the claim?   **Credit Card**   $ **$64,075.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

_____
Contact
_____
Contact phone

---

**4**

**Business Consulting Group, LLC**
**10 Brook Street**
**Westwood, MA 02090**

What is the nature of the claim?   **unsecured loan**   $ **$20,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

_____
Contact
_____
Contact phone

---

**5**

**Deborah Zitomer, Esquire, L.L.C.**
**11 E. Airy Street**
**Norristown, PA 19401**

What is the nature of the claim?   **Legal Fees (amount estimated)**   $ **$100,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

_____
Contact
_____
Contact phone

---

**6**

**Discover Financial**
**Attn: Bankruptcy**
**Po Box 3025**
**New Albany, OH 43054**

What is the nature of the claim?   **Credit Card**   $ **$24,210.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Stephen Todd Walker**    Case number *(if known)*

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**7**

**Dorothy Walker**
**c/o Helen Casale, Esquire**
**401 DeKalb Street, 4th Floor**
**Norristown, PA 19401**

What is the nature of the claim?    **child suppport obligations**    $ **$40,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**8**

**Haines & Associates**
**1339 Chestnut Street, Suite 530**
**Philadelphia, PA 19107**

What is the nature of the claim?    **Attorney Fees (amount estimated)**    $ **$100,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**9**

**John and Marilyn Schade**
**1020 Rickerts Road**
**Hilltown, PA 18927**

What is the nature of the claim?    **alleged loans**    $ **$300,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
    Value of security:    - $
    Unsecured claim    $

---

**10**

What is the nature of the claim?    **unsecured loan (although creditor has**    $ **Unknown**

Debtor 1  **Stephen Todd Walker**                             Case number *(if known)*

|  | | |
|---|---|---|
| **Morgan Stanley Smith Barney LLC**<br>**2000 Westchester Avenue**<br>**Purchase, NY 10577** | | judgment liens on Debtor's real etate of unknown value) |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $ **$1,200,000.00**
  - Value of security:  - $ **Unknown**
  - Unsecured claim  $ **Unknown**

---

**11**

**Noone & Borger, LLC**
**32 S. Church Street**
**West Chester, PA 19382**

**What is the nature of the claim?**  legal fees (amount estimated)   $ **$30,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**12**

**RBC**
**60 South 6th Street**
**Minneapolis, MN 55402**

**What is the nature of the claim?**  unsecured loan    $ **$90,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $
  - Value of security:  - $
  - Unsecured claim  $

---

**13**

**Sidkoff, Pincus & Green, P.C.**
**2700 Jefferson Center**
**1101 Market Street**
**Philadelphia, PA 19107**

**What is the nature of the claim?**  **Attorney Fees**   $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

---

Debtor 1     **Stephen Todd Walker**                                      Case number *(if known)*

|   |   |
|---|---|
| Contact | **Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)     $ _____<br>      Value of security:                          - $ _____<br>      Unsecured claim                            $ _____ |
| Contact phone |   |

| **14** | **Winget, Spadafora & Schwartzberg, LLP**<br>**attention: Denis Dice**<br>**1528 Walnut Street**<br>**Suite 1502**<br>**Philadelphia, PA 19102** | **What is the nature of the claim?**  **Attorney Fees**   $ **$5,000.00**<br>**(amount estimated)**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)     $ _____<br>      Value of security:                          - $ _____<br>      Unsecured claim                            $ _____ |
|---|---|---|

| Contact |
| Contact phone |

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Stephen Todd Walker**                         X  _____
     **Stephen Todd Walker**                                  Signature of Debtor 2
     Signature of Debtor 1

     Date    **September  1, 2020**                       Date  _____