**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Stephen | Todd | Walker |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number  20-13557
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|---|
| 2.1 | Lower MerionTownship | Describe the property that secures the claim: | $139.00 | $1,517,275.00 | $0.00 |
| | Creditor's Name | 611 Rose Lane Bryn Mawr, PA 19010  Montgomery County | | | |

75 E. Lancaster Avenue
Ardmore, PA 19003

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)  Municipal Lien

Date debt was incurred  5/17/19     Last 4 digits of account number

| Debtor 1 | Stephen | Todd | Walker | | Case number (if known) | 20-13557 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

### 2.2 Montgomery County Tax Claim Bureau
Creditor's Name

One Montgomery Plaza
Suite 600
Norristown, PA 19401

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

611 Rose Lane Bryn Mawr, PA 19010 Montgomery County

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Unknown    $1,517,275.00    Unknown

---

### 2.3 Morgan Stanley Smith Barney LLC
Creditor's Name

2000 Westchester Avenue
Purchase, NY 10577

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

unsecured loan (although creditor has judgment liens on Debtor's real etate of unknown value)

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$1,200,000.00    Unknown    Unknown

---

### 2.4 Pennsylvania Department of Revenue
Creditor's Name

Dept 280948
Harrisburg, PA 17128

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred 11/22/19

**Describe the property that secures the claim:**

611 Rose Lane Bryn Mawr, PA 19010 Montgomery County

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  State Lien

Last 4 digits of account number _____

$10,739.86    $1,517,275.00    $0.00

---

| Debtor 1 | Stephen | Todd | Walker | | Case number (if known) | 20-13557 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.5 | Phh Mortgage Services | Describe the property that secures the claim: | $547,336.00 | $1,621,634.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Research/Bankruptcy
1661 Worthington Rd
Ste 100
West Palm Beach, FL 33409

Number, Street, City, State & Zip Code

1150 Youngsford Road Gladwyne, PA 19035  Montgomery County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred   Opened 08/03  Last Active  8/10/20

Last 4 digits of account number   1895

| 2.6 | PNC Mortgage | Describe the property that secures the claim: | $471,646.00 | $1,517,275.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy
Po Box 8819
Dayton, OH 45401

Number, Street, City, State & Zip Code

611 Rose Lane Bryn Mawr, PA 19010  Montgomery County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

Date debt was incurred   Opened 05/07  Last Active  8/08/20

Last 4 digits of account number   1453

| Debtor 1 | Stephen | Todd | Walker | Case number (if known) | 20-13557 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.7 | PNC Mortgage | Describe the property that secures the claim: | $136,446.00 | $1,517,275.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

611 Rose Lane Bryn Mawr, PA 19010   Montgomery County

Attn: Bankruptcy
Po Box 8819
Dayton, OH 45401

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Third Mortgage

Date debt was incurred    Opened 07/05  Last Active  8/08/20

Last 4 digits of account number    0888

| 2.8 | Rushmore Loan Mgmt Srvc | Describe the property that secures the claim: | $329,777.00 | $1,621,634.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

1150 Youngsford Road Gladwyne, PA 19035   Montgomery County

Attn: Bankruptcy
Po Box 55004
Irvine, CA 92619

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    Opened 7/03/07 Last Active 08/20

Last 4 digits of account number    8050

| Debtor 1 | Stephen Todd Walker | | Case number (if known) | 20-13557 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.9 | Wells Fargo Home Mortgage | Describe the property that secures the claim: | $581,348.00 | $1,517,275.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 611 Rose Lane Bryn Mawr, PA 19010 Montgomery County | | | |

Po Box 10335
Des Moines, IA 50306

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  First Mortgage

Date debt was incurred   Opened 12/02 Last Active 8/10/20

Last 4 digits of account number  2465

Add the dollar value of your entries in Column A on this page. Write that number here:  $3,277,431.86

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $3,277,431.86

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
Erik L. Coccia, Esquire
Christie Callahan Comerford, Esquire
Dilworth Paxson, LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102-2101

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number ___

☐
Name, Number, Street, City, State & Zip Code
Ira Glauber, Esquire
Dilworth Paxson, LLP
99 Park Avenue, Suite 320
New York, NY 10016

On which line in Part 1 did you enter the creditor? 2.3
Last 4 digits of account number ___