**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Stephen Todd Walker | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

**DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 1007(C) FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS TO BE DECIDED WITHOUT A HEARING UNDER LOCAL BANKRUPTCY RULE 9014-2(a)(3)**

Stephen Todd Walker (the "Debtor"), by and through his undersigned proposed counsel, hereby moves for an extension of time in which the Debtor must file his Schedules, Statement of Financial Affairs and Other Documents and, in support hereof, states as follows:

1.  The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code") on September 1, 2020 (the "Petition Date").

2.  Since the Debtor did not file all of the documents required by this Court in connection with the commencement of his chapter 11 case, this Court entered an order directing that all such missing documents be filed by September 15, 2020.

3.  Although most of the Debtor's information has been compiled and input into the applicable document, there are still documents being compiled and analyzed such that the Debtor does not believe that he will be able to comply with the September 15, 2020 deadline. Accordingly, the Debtor seeks, by this Motion, a two-week extension

(i.e., until September 29, 2020) in which to properly prepare and file all of his missing documents.

    4.    This request is being made prior to the expiration of the original 14-day period, and no prior requests for an extension have been made or granted.

WHEREFORE, the Debtor hereby requests that this Court enter an order granting this motion to extend the time for filing its Schedules, Statement of Financial Affairs, and all other outstanding documents for a period two weeks or through September 29, 2020.

SMITH KANE HOLMAN, LLC

Date: September 15, 2020

By: */s/David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
Tel: (610) 407-7217
Fax: (610) 407-7218
dsmith@skhlaw.com
Proposed counsel to the Debtor