**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Stephen Todd Walker | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

**ORDER APPROVING DEBTOR'S MOTION PURSUANT TO BANKRUPTCY RULE 1007(C) FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS TO BE DECIDED WITHOUT A HEARING UNDER LOCAL BANKRUPTCY RULE 9014-2(a)(3)**

AND NOW, this 17th day of September, 2020, upon consideration of the Debtor's Motion Pursuant to Bankruptcy Rule 1007(C) For Extension of Time to File Schedules, Statement of Financial Affairs and Other Documents to Be Decided Without A Hearing Under Local Bankruptcy Rule 9014-2(a)(3)  it is hereby

**ORDERED** that the time for the Debtor to file its Schedules, Statement of Financial Affairs and all other missing documents is extended through **September 29, 2020**.  No further extensions shall be granted.

_____
Eric L. Frank
United States Bankruptcy Judge