UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:                                                          Chapter 11

      Stephen Todd Walker,                              Case No. 20-13557(ELF)

               Debtor.

_____

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

Sidkoff, Pincus & Green, P.C., an interested party in the above-captioned case, hereby

requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure

and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices

and pleadings given or filed in this case be given and served upon the undersigned at the

address, telephone, facsimile number, and email address indicated:

Larry M. Keller, Esquire
SIDKOFF, PINCUS & GREEN, P.C.
1101 Market Street
Suite 2700
Philadelphia, PA 19107
T: (215) 574-0600
F: (215) 574-0310
E: lmk@sidkoffpincusgreen.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not

only the notices and papers referred to in the Rules specified above but also includes,

without limitation, any notice, application, complaint, demand, motion, petition, pleading

or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed

or made with regard to the above-captioned case and proceedings therein.

**SIDKOFF, PINCUS & GREEN, P.C.**


*/s/ Larry M. Keller*
Larry M. Keller, Esquire
**SIDKOFF, PINCUS & GREEN, P.C.**
1101 Market Street, Suite 2700
Dated:  October 12, 2020                       Philadelphia, PA 19107
(215) 574-0600
(215) 574-0310 (fax)
lmk@sidkoffpincusgreen.com

*Attorney for Sidkoff, Pincus & Green, P.C.*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:                                                          Chapter 11

     Stephen Todd Walker,                          Case No. 20-13557ELF

               Debtor.

_____

### CERTIFICATE OF SERVICE

     This is to certify that I have on October 12, 2020, I caused to be served the foregoing *Notice of Appearance and Demand for Notices and Papers* upon all parties on the Clerk's Service List via CM/ECF.

                             Respectfully submitted,

                             **SIDKOFF, PINCUS & GREEN, P.C.**

                             */s/ Larry M. Keller*
                             Larry M. Keller, Esquire
                             **SIDKOFF, PINCUS & GREEN, P.C.**
                             1101 Market Street, Suite 2700
Dated:  October 12, 2020          Philadelphia, PA 19107
                             (215) 574-0600
                             (215) 574-0310 (fax)
                             lmk@sidkoffpincusgreen.com

                             *Attorney for Sidkoff, Pincus & Green, P.C.*