**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephen Todd Walker     CHAPTER 11
       Debtor(s)

BKY. NO. 20-13557 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz

Rebecca Solarz
09 Oct 2020, 15:46:36, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 4db6d586ad3eeadc54e352877c7f9ef2150d96e3d0863932b4bf16c15bf5632f