**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephen Todd Walker                    CHAPTER 11
                    Debtor(s)

                                              BKY. NO. 20-13557 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                              Respectfully submitted,

                              /s/Rebecca A. Solarz
                              Rebecca Solarz
                              15 Oct 2020, 16:52:38, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322

Document ID: ef9f9430dcc6b95a292c31654dc7d5925e264b78c1e1d1196e7bbaa32d4297a0