UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | STEPHEN TODD WALKER., | : | Chapter 11 |
| | | : | |
| | Debtor | : | Bky. No. 20-13557 ELF |

SUBCHAPTER V STATUS REPORT

*Note: If necessary to fully complete, attach additional pages*

Date of order for relief:  9/1/20

Trustee:  Richard Furtek

Has the debtor attended an initial debtor interview?   Yes ☑   No ☐
If no, please explain:

Has the trustee concluded the 341 meeting?   Yes ☑   No ☐
If no, please explain:

Has the debtor filed all postpetition financial reports?   Yes ☐   No ☑
If no, please explain: Debtor is not a business and does not prepare or maintain financial reports.

Has the debtor filed all monthly operating reports?   Yes ☐   No ☑
If no, please explain: The September report, which is the only one due, will be filed shortly.

Is all relevant insurance in place and current?   Yes ☑   No ☐
If no, please explain:

# APPENDIX A

Has the debtor filed all applicable tax returns?    Yes ☑    No ☐

If no, please explain: _____

Has the debtor paid all taxes entitled to administrative expense priority? Yes ☑  No ☐

If no, please explain: _____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

> The Debtor anticipates advancing the plan process once his future compensation and income come into grater clarity. The Debtor doubts that there will be a fully consensual plan, but the Debtor is prepared to seek confirmation under the Subchapter V requirements.

Other relevant information:

<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

Date: __10/22/20__            _____
                                                  **Attorney for Debtor**