**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **STEPHEN TODD WALKER,** | **:** | **Chapter 11** |
| | | **:** | |
| | **Debtor** | **:** | **Bky. No.  20-13557ELF** |

# O R D E R

AND NOW, pursuant to Interim Local Rule 3014, (see

https://www.paeb.uscourts.gov/news/local-bankruptcy-rules-amendments-notice-and-rules), it is

hereby **ORDERED** that:

1. **NOVEMBER 27, 2020** is set as the **DEADLINE** for any eligible creditor make the election

   provided under 11 U.S.C. §1111(b).

2. **On or before November 3, 2020**, the Debtor shall serve a copy of this Order on all creditors

   holding secured claims (whether allowable or not).

**Date:  October 30, 2020**        _____

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE