United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephen Todd Walker  
    Debtor(s)

Case No. 20-13557-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2  
Date Rcvd: Oct 30, 2020     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + IRA A. GLAUBER, Dilworth Paxson, LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| aty | + SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. SMITH | on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| ERIK L. COCCIA | on behalf of Creditor Morgan Stanley Smith Barney LLC ecoccia@dilworthlaw.com |
| JEROME B. BLANK | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com |
| JOSHUA C. QUINTER | on behalf of Creditor Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf900 | Total Noticed: 2 |

JOSHUA C. QUINTER
    on behalf of Creditor John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

KARIN CORBETT
    on behalf of Creditor John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Marilyn E. kcorbett@offitkurman.com cballasy@offitkurman.com

LARRY M. KELLER
    on behalf of Creditor Sidkoff Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com

MATTHEW A. HAMERMESH
    on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
    on behalf of Creditor Noone & Borger LLC matt@nooneborger.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

RICHARD E. FURTEK, CPA
    rfurtek@furtekassociates.com

ROBERT M. GREENBAUM
    on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com rgreenbaum@skhlaw.com

YONIT A. CAPLOW
    on behalf of Creditor Morgan Stanley Smith Barney LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     STEPHEN TODD WALKER,     :     Chapter 11
                                   :
           Debtor                  :     Bky. No. 20-13557ELF

# O R D E R

**AND NOW**, pursuant to Interim Local Rule 3014, (see

https://www.paeb.uscourts.gov/news/local-bankruptcy-rules-amendments-notice-and-rules), it is

hereby **ORDERED** that:

1. **NOVEMBER 27, 2020** is set as the **DEADLINE** for any eligible creditor make the election provided under 11 U.S.C. §1111(b).

2. **On or before November 3, 2020**, the Debtor shall serve a copy of this Order on all creditors holding secured claims (whether allowable or not).

Date: October 30, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**