### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| STEPHEN TODD WALKER | Case No. 20-13557 (ELF) |
| Debtor. | |

**ORDER APPROVING REQUEST FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION FOR ENTRY OF A FINAL ORDER AUTHORIZING THE DEBTOR TO: (1) (A) ENTER INTO COMPENSATION ARRANGEMENT INVOLVING FORGIVABLE POST-PETITION FINANCING PURSUANT TO SECTIONS 364 AND 363 OF THE BANKRUPTCY CODE, AND (B) ENTER INTO A PROMISSORY NOTE; AND (2) FOR EXPEDITED CONSIDERATION THEREOF PURSUANT TO LOCAL BANKRUPTCY RULE 5070-1(G)**

AND NOW, this 12th day of November, 2020, upon consideration of the Debtor's request for expedited consideration of Debtor's Motion For Entry Of A Final Order Authorizing The Debtor To: (1) (A) Enter Into Compensation Arrangement Involving Forgivable Post-Petition Financing Pursuant To Sections 364 And 363 Of The Bankruptcy Code, And (B) Enter Into A Promissory Note; And (2) For Expedited Consideration Thereof Pursuant To Local Bankruptcy Rule 5070-1(G) (the "Motion"), and sufficient cause appearing to hear the Motion on an expedited basis, it is hereby **ORDERED** that:

1. The request for expedited consideration of the Motion is hereby **GRANTED** and a hearing on the Motion is scheduled telephonically using the Court's Teleconferencing Procedures for Outside Callers for **November 18, 2020 at 11:00 a.m.**

2. Any party objecting to the Motion or otherwise who wishes to be heard need not file a written objection, but must participate in the telephonic hearing and orally present an answer or objection explaining your position.

3. The Debtor shall serve a copy of this Order, together with the Motion, no later than November 12, 2020 via ecf, e-mail, fax, overnight mail, regular mail or hand delivery upon all creditors and parties in interest in the case as well as the Office of the United States Trustee.

Eric L. Frank
United States Bankruptcy Judge