# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, David B. Smith, Esquire, do hereby certify that on November 12, 2020, I caused a true and correct copy of Debtor's Motion to (1) (A) Enter Into Compensation Arrangement Involving Forgivable Post-Petition Financing Pursuant To Sections 364 And 363 Of The Bankruptcy Code, And (B) Enter Into A Promissory Note; And (2) For Expedited Consideration Thereof Pursuant To Local Bankruptcy Rule 5070-1(G) and Order Setting Expedited Hearing to Consider Motion to be served to be served via ecf, e-mail, overnight mail or regular mail upon all creditors and parties in interest in the case as well as the Office of the United States Trustee.

Date:  November 12, 2020                                        By:  /s/ David B. Smith

**SERVICE LIST**

Richard E. Furtek, CPA
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr. Suite 225
Malvern, PA 19355
rfurtek@furtekassociates.com

Dave P. Adams, Esquire
United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

Stephen Todd Walker
611 Rose Lane
Bryn Mawr, PA 19010
wealthdevil@gmail.com

Bank of America
Po Box 982284
El Paso, TX 79998-2238
Card_bankruptcy_poc@bankofamerica.com

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Business Consulting Group, LLC
10 Brook Street
Westwood, MA 02090
mbeach@businesscgllc.com

Deborah Zitomer, Esquire, L.L.C.
11 E. Airy Street
Norristown, PA 19401
deborah@zitomerlaw.com

Discover Financial
Attn:  Bankruptcy
P.O. Box 3025
New Albany, OH  43054
mrdiscpc@discover.com

Dorothy Walker
c/o Helen Casale, Esquire
401 DeKalb Street, 4th Floor
Norristown, PA 19401
hcasale@hangley.com

Haines & Associates
1339 Chestnut Street, Suite 530
Philadelphia, PA 19107
info@haines-law.com

Matthew J. Borger, Esquire
Noone & Borger, LLC
32 S. Church Street
West Chester, PA 19382
matt@nooneborger.com

RBC
60 South 6th Street
Minneapolis, MN 55402

Larry M. Keller, Esquire
Sidkoff, Pincus & Green, P.C.
1101 Market Street
Suite 2700
Philadelphia, PA 19107
lmk@sidkoffpincusgreen.com

Winget, Spadafora & Schwartzberg, LLP
attention: Denis Dice
1528 Walnut Street, Suite 1502
Philadelphia, PA 19102
dice.d@wssllp.com

John Schade and Marily Schade
1020 Rickerts Road
Hilltown, PA  18927
jquinter@offitkurman.com,

Debra G. Speyer, Esquire
1515 Market Street
Suite 1200
Philadelphia, PA 19102
debra@speyerlaw.com

Erik L. Coccia, Esquire
Christie Callahan Comerford, Esquire
Dilworth Paxson, LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102-2101
ecoccia@dilworthlaw.com

Internal Revenue
Insolvency Unit
600 Arch Street
Philadelphia, PA 19106
AnnaMaria.B.Amenta@irs.gov

Ira Glauber, Esquire
Dilworth Paxson, LLP
99 Park Avenue, Suite 320
New York, NY 10016
iglauber@dilworthlaw.com

Joshua C. Quinter, Esquire
Karin Corbett, Esquire
Kathryn Pettit, Esquire
401 Plymouth Rd., Suite 100
Plymouth Meeting, PA 19462
kcorbett@offitkurman.com
jquinter@offitkurman.com,

Lower MerionTownship
75 E. Lancaster Avenue
Ardmore, PA 19003
staff@lowermerion.org

Montgomery County Tax Claim Bureau
One Montgomery Plaza
Suite 600
Norristown, PA 19401

Nancy Walker
840 Montgomery Avenue
Apartment 802
Bryn Mawr, PA 19010

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

Phh Mortgage Services
Attn: Research/Bankruptcy
1661 Worthington Rd   Ste 100
West Palm Beach, FL 33409
bktrusteequeries@ocwen.com

Republic Bank
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

Rushmore Loan Mgmt Srvc
Attn: Bankruptcy
Po Box 55004
Irvine, CA 92619

Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306

Wells Fargo Bank, N.A.
1000 Blue Gentian Road
Eagan MN 55121-7700
pocnotifications@wellsfargo.com

Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
mario.hanyon@brockandscott.com

Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
mhamermesh@hangley.com

Yonit A. Caplow, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102
ycaplow@dilworthlaw.com

Jerome B. Blank, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
paeb@fedphe.com

Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
bkgroup@kmllawgroup.com

American Express National Bank
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
proofofclaim@becket-lee.com