United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen Todd Walker  
Debtor(s)

Case No. 20-13557-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: Adminstra | Page 1 of 3
Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | IRA A. GLAUBER, Dilworth Paxson, LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C., 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |
| 14545668 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14534507 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14536063 | | BANK OF AMERICA, N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14534508 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14550353 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14538004 | | Bank of America, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 14534509 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14534510 | + | Business Consulting Group, LLC, 10 Brook Street, Westwood, MA 02090-3414 |
| 14534511 | + | Deborah Zitomer, Esquire, L.L.C., 11 E. Airy Street, Norristown, PA 19401-4815 |
| 14534512 | + | Debra G. Speyer, Esquire, 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14540109 | + | Dorothy Walker, c/o Matthew A. Hamermesh, Esq, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| 14534514 | + | Dorothy Walker, c/o Helen Casale, Esquire, 401 DeKalb Street, 4th Floor, Norristown, PA 19401-4909 |
| 14534515 | + | Erik L. Coccia, Esquire, Christie Callahan Comerford, Esquire, Dilworth Paxson, LLP, 1500 Market Street, Suite 3500 E, Philadelphia, PA 19102-2100 |
| 14534516 | + | Gary Green, Esq., Larry M. Keller, Esq.,, Samantha F. Green, Esq., Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |
| 14550377 | + | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14550746 | | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14545100 | | HSBC BANK USA, NATIONAL ASSOCIATION et al, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14539879 | | HSBC BANK USA,NATIONAL ASSOCIATION AS TRUSTEE FOR, c/o Jerome B. Blank, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14534517 | + | Haines & Associates, 1339 Chestnut Street, Suite 530, Philadelphia, PA 19107-3519 |
| 14534519 | + | Ira Glauber, Esquire, Dilworth Paxson, LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| 14539409 | + | John E. Schade, Marilyn Schade, c/o Karin Corbett, Esq, 401 Plymouth Road, Ste 100, Plymouth Meeting, PA 19462-1651 |
| 14539616 | + | John E. Schade & Marilyn Schade, c/o JOSHUA C. QUINTER, Esquire, Offit Kurman, P.C., 401 Plymouth Road Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534520 | | John and Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| 14534521 | + | Joshua C. Quinter, Esquire, Karin Corbett, Esquire, Kathryn Pettit, Esquire, 401 Plymouth Rd., Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534522 | + | Lower MerionTownship, 75 E. Lancaster Avenue, Ardmore, PA 19003-2300 |
| 14534523 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 14534524 | + | Morgan Stanley Smith Barney LLC, 2000 Westchester Avenue, Purchase, NY 10577-2538 |
| 14536535 | + | Morgan Stanley Smith Barney, LLC, c/o Erik L. Coccia, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14536567 | + | Morgan Stanley Smith Barney, LLC, c/o Yonit A. Caplow, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14534525 | + | Nancy Walker, 840 Montgomery Avenue, Apartment 802, Bryn Mawr, PA 19010-3332 |
| 14560222 | + | Noone & Borger LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| 14534526 | + | Noone & Borger, LLC, c/o Matthew J. Borger, Esq., 32 S. Church Street, West Chester, PA 19382-3221 |

Case 20-13557-elf    Doc 71    Filed 11/21/20    Entered 11/22/20 00:41:29    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 60 |

| | | |
|---|---|---|
| 14534530 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14549729 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14534529 | + | Phh Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14534531 | + | RBC, 60 South 6th Street, Minneapolis, MN 55402-1125 |
| 14534532 | + | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14550365 | + | Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |
| 14534533 | + | Sidkoff, Pincus & Green, P.C., c/o Larry M. Keller, Esq, 1101 Market Street, Ste 2700, Philadelphia, PA 19107-2927 |
| 14534534 | + | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |
| 14534535 | + | Winget, Spadafora & Schwartzberg, LLP, attention: Denis Dice, 1528 Walnut Street, Suite 1502, Philadelphia, PA 19102-3611 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 20 2020 04:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2020 04:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 20 2020 04:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 20 2020 04:08:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 20 2020 04:08:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14535049 | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 20 2020 04:08:00 | Dave P. Adams, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania 19106-2908 |
| 14558799 | Email/Text: mrdiscen@discover.com | Nov 20 2020 04:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14534513 | + Email/Text: mrdiscen@discover.com | Nov 20 2020 04:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14534530 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2020 04:07:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14534527 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:08:00 | Pennsylvania Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14534528 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2020 04:08:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| 14534518 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue, Insolvency Unit, 600 Arch Street, Philadelphia, PA 19106 |
| 14547704 | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 60 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2020            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

**Name**            **Email Address**

DAVE P. ADAMS
     on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
     on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

ERIK L. COCCIA
     on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com

JEROME B. BLANK
     on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com

JOSHUA C. QUINTER
     on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
     on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

KARIN CORBETT
     on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
     on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com

LARRY M. KELLER
     on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
     on behalf of Creditor BANK OF AMERICA  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MATTHEW A. HAMERMESH
     on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
     on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com

REBECCA ANN SOLARZ
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

RICHARD E. FURTEK, CPA
     rfurtek@furtekassociates.com

ROBERT M. GREENBAUM
     on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com  rgreenbaum@skhlaw.com

YONIT A. CAPLOW
     on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                           :
In re:                                     :    CHAPTER 11
                                           :
STEPHEN TODD WALKER                        :    Case No. 20-13557 (ELF)
                                           :
                                           :
                Debtor.                    :
_____:

## INTERIM ORDER

AND NOW, this **18th day of November, 2020**, upon consideration of the DEBTOR'S MOTION FOR ENTRY OF A FINAL ORDER AUTHORIZING THE DEBTOR TO: (1) (A) ENTER INTO COMPENSATION ARRANGEMENT INVOLVING FORGIVABLE POST-PETITION FINANCING PURSUANT TO SECTIONS 364 AND 363 OF THE BANKRUPTCY CODE, AND (B) ENTER INTO A PROMISSORY NOTE; AND (2) FOR EXPEDITED CONSIDERATION THEREOF PURSUANT TO LOCAL BANKRUPTCY RULE 5070-1(G) (the "Motion") (capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion),  and  the Court having considered the Motion and the exhibits attached thereto, including, without limitation, the Note; and based upon the Debtor's request to have this Court enter an interim order, the Court hereby enters the following interim relief:

    1.    **Motion Granted.**  The Motion is granted on the terms and conditions set forth herein.  Any objections to the relief sought in the Motion that have not been previously resolved or withdrawn are hereby overruled on their merits or, to the extent applicable, deferred until the hearing on the Final Order.  This Interim Order shall become effective

immediately upon its entry.

2. **Note.** The Debtor is hereby (i) authorized to enter into the Note, and (ii) authorized to accept advances up to the aggregate principal amount of $800,000 in accordance with the terms and conditions of Note. The Note shall constitute valid and binding obligations of the Debtor and Aegis Capital Corporation ("Aegis") and enforceable against them in accordance with its terms.

3. **Post-Petition Loans.** The Court approves, pursuant to Bankruptcy Code Section 364(b), advances made by Aegis to the Debtor as set forth in the Note, including, without limitation, the initial advance in the amount of $100,000.

4. **Interim Borrowing.** The Debtor is authorized to accept advances under the Note on an interim basis through and including the date of the Final Order.

5. **Administrative Expense Claim**. Aegis has an allowed administrative expense claim pursuant to Bankruptcy Code Sections 364(b) and 503(b)(1) to the extent of any such loan advance that is not forgiven pursuant to the terms of the Note.

6. **Survival.** The provisions of this Interim Order and any actions taken pursuant hereto shall survive entry of any order which may be entered: (a) confirming any plan of reorganization of the Chapter 11 Case; (b) converting the Chapter 11 Case to a case under chapter 7 of the Bankruptcy Code; (c) dismissing the Chapter 11 Case or any successor case; or (d) pursuant to which this Court abstains from hearing any of the Chapter 11 Case or any successor case.

7. **Good Faith Under Section 364(e) of the Bankruptcy Code; No Modification of Stay of this Interim Order.** Aegis has acted in good faith in connection

with this Interim Order and its reliance on this Interim Order is in good faith. In accordance with section 364(e) of the Bankruptcy Code, in the event any or all of the provisions of this Interim Order are hereafter modified, amended or vacated by a subsequent order of this Court or any other court, Aegis is entitled to the protections provided in section 364(e) of the Bankruptcy Code. Any such modification, amendment or vacatur shall not affect the validity and enforceability of any advances previously made or made hereunder, or any claim or priority authorized or created hereby.

8. **Waiver of Any Applicable Stay.** Any applicable stay is hereby waived and shall not apply to this Interim Order.

9. **Domestic Support Obligations.** Promptly upon receipt of the initial loan advance from Aegis, the Debtor has agreed to remit payment in the amount of $18,000 to address arrearages owing pursuant to an Order dated September 15, 2020 entered in the matter of *Walker v. Walker, Montgomery County Court of Common Pleas, Domestic Relations Section, Dkt. No. 2019-DR-01341* and thereafter to continue to make payments consistent therewith. The Debtor is both authorized and directed to do so.

10. **Hearing.** A final hearing on the Motion shall be held telephonically using the Court's Teleconferencing Procedures for Outside Callers on **December 2, 2020 at 11:00 a.m.**

11. **Notice of Final Hearing.** The Debtor shall serve by United States mail, first class postage prepaid, a copy of this Interim Order on all parties who were served with the Motion **on or before November 20, 2020**. Any party in interest objecting to the entry of the Final Order shall file written objections with the Court **no later than December 1, 2020 at 2:00 p.m.**

- 3 -

_____
Eric L. Frank
United States Bankruptcy Judge

- 4 -