## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| STEPHEN TODD WALKER | Case No. 20-13557 (ELF) |
| Debtor. | |

**ORDER APPROVING REQUEST FOR EXPEDITED CONSIDERATION OF DEBTOR'S NOTICE TO RETAIN AND COMPENSATE WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP AS DOMESTIC RELATIONS COUNSEL OR, ALTERNATIVELY, APPLICATION TO EMPLOY AND COMPENSATE PURSUANT TO SECTION 327(a) AND 331 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

AND NOW, this **30th day of November, 2020**, upon consideration of the Debtor's request for expedited consideration of Debtor's Notice To Retain And Compensate Weber Gallagher Simpson Stapleton Fires & Newby, LLP As Domestic Relations Counsel Or, Alternatively, Application To Employ And Compensate Pursuant To Section 327(a) And 331 Of The Bankruptcy Code And Bankruptcy Rule 2014 (the "Motion"), and sufficient cause appearing to hear the Motion on an expedited basis, it is hereby **ORDERED** that:

1. The request for expedited consideration of the Motion is hereby **GRANTED** and a hearing on the Motion is scheduled telephonically using the Court's Teleconferencing Procedures for Outside Callers on **December 1, 2020, at 3:00 p.m.**

2. Any party objecting to the Motion or otherwise who wishes to be heard need not file a written objection, but must participate in the telephonic hearing and orally present an answer or objection explaining your position.

- 2 -

3. The Debtor shall serve a copy of this Order, together with the Motion, no later than **2:00 p.m. on November 30, 2020**, via ecf, e-mail, fax, overnight mail, regular mail or hand delivery upon all parties on the Clerk's Service List as well as the Office of the United States Trustee.

_____
Eric L. Frank
United States Bankruptcy Judge