**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, David B. Smith, Esquire, do hereby certify that on November 30, 2020, I caused a true and correct copy of (i) Debtor's Notice to Retain and Compensate Weber Gallagher Simpson Stapleton Fires & Newby, LLP as Domestic Relations Counsel Or, Alternatively, Application to Employ and Compensate Pursuant to Section 327(a) And 331 of the Bankruptcy Code and Bankruptcy Rule 2014 And For Expedited Consideration Thereof With Limited Notice Pursuant to Local Bankruptcy Rule 5070-1(G); (ii) Proposed Order; (iii) Verified Statement of Lawrence J. Persick in Support of Application to Employ Weber Gallagher Simpson Stapleton Fires & Newby, LLP as Domestic Relations Counsel to the Debtor; and (iv) Order Setting Expedited Hearing to Consider Motion to be served to be served via e-mail upon all parties on the Clerk's Service List as well as the Office of the United States Trustee.

Date:  November 30, 2020                                By:  /s/ David B. Smith

**SERVICE LIST**

Richard E. Furtek, CPA
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr. Suite 225
Malvern, PA 19355
rfurtek@furtekassociates.com

Dave P. Adams, Esquire
United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

Matthew J. Borger, Esquire
Noone & Borger, LLC
32 S. Church Street
West Chester, PA 19382
matt@nooneborger.com

Larry M. Keller, Esquire
Sidkoff, Pincus & Green, P.C.
1101 Market Street
Suite 2700
Philadelphia, PA 19107
lmk@sidkoffpincusgreen.com

Erik L. Coccia, Esquire
Christie Callahan Comerford, Esquire
Dilworth Paxson, LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102-2101
ecoccia@dilworthlaw.com

Ira Glauber, Esquire
Dilworth Paxson, LLP
99 Park Avenue, Suite 320
New York, NY 10016
iglauber@dilworthlaw.com

Joshua C. Quinter, Esquire
Karin Corbett, Esquire
Kathryn Pettit, Esquire
401 Plymouth Rd., Suite 100
Plymouth Meeting, PA 19462
kcorbett@offitkurman.com
jquinter@offitkurman.com,

Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
mario.hanyon@brockandscott.com

Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
mhamermesh@hangley.com

Yonit A. Caplow, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102
ycaplow@dilworthlaw.com

Jerome B. Blank, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
paeb@fedphe.com

Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
bkgroup@kmllawgroup.com

Damon Michels
Fox & Roach Realtors
854 Montgomery Avenue
Narberth, PA  19072
damon@damonmichels.com