## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

### CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Debtor, certifies as follows:

1. On November 12, 2020, the undersigned filed with this Court a certain Motion for Entry of a Final Order Authorizing the Debtor to: (1)(A) Enter Into Compensation Arrangement Involving Forgivable Post-Petition Financing Pursuant to Sections 364 and 363 of the Bankruptcy Code, and (B) Enter Into a Promissory Note; and (2) For Expedited Consideration Thereof Pursuant to Local Bankruptcy Rule 5070-1(G) (the "Motion"), a copy of which was sent to all parties entitled to same on November 12, 2020.

2. By Order dated November 18, 2020, this Court granted the Motion on an interim basis and established December 1, 2020 at 2:00 p.m. as the deadline for the filing of objections to the entry of a final order. As of the filing of the within Certification, which is after 2:00 p.m. on December 1, 2020, the undersigned has not been served with any answer, objection or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief has the Court been received any answer, objection or response to the Motion.

3. Pursuant to the foregoing, the undersigned certifies that the entry of a final order approving the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Motion on a final basis.

SMITH KANE HOLMAN, LLC

Dated: December 1, 2020

By: _/s/ David B. Smith_____
David B. Smith
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
Counsel to Debtor