**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: <br><br> STEPHEN TODD WALKER, <br><br> *Debtor*. | : <br> : <br> : Chapter 11 <br> : <br> : Case No. 20-13557(ELF) <br> : <br> : |

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of December, 2020, I caused to be served the foregoing limited objection to the Debtor's Motion for Entry of a Final Order Authorizing the Debtor to (A) Enter into a Compensation Arrangement Involving Forgivable Post-Petition Financing Pursuant to Sections 364 and 363 of the Bankruptcy Code and (B) Enter into a Promissory Note upon all parties on the Clerk's Service List via CM/ECF and on Debtor's counsel via electronic mail and via the CM/ECF system.

Dated: December 1, 2020          **OFFIT KURMAN, P.A.**

*/s/ Karin Corbett*
Karin Corbett, Esquire
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Telephone: (484) 531-1702
Facsimile: (484) 531-1735
Email: kcorbett@offitkurman.com

*Attorney for John and Marilyn Schade, Creditors*