## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER, | : | |
| | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF
### WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP AS
### DOMESTIC RELATIONS COUNSEL

AND NOW, upon consideration of Debtor's Notice To Retain And Compensate Weber Gallagher Simpson Stapleton Fires & Newby, LLP As Domestic Relations Counsel Or, Alternatively, Application To Employ And Compensate Pursuant To Section 327(a) And 331 Of The Bankruptcy Code And Bankruptcy Rule 2014 And For Expedited Consideration Thereof With Limited Notice Pursuant To Local Bankruptcy Rule 5070-1(g) (the "Application"), the Court having concluded that the employment of Weber Gallagher Simpson Stapleton Fires & Newby, LLP ("Weber Gallagher") is required, necessary and is in the best interest of the Debtor, the Court being satisfied that Weber Gallagher represents no interest adverse to the estate with respect to matters as to which it is to be engaged and that its retention is in the best interests of the estate, and sufficient cause appearing therefore, it is

**ORDERED** that

    1.    The Application is **GRANTED**.

    2.    The Debtor is hereby authorized to employ Webber Gallagher, effective November 30, 2020, as his counsel in the Domestic Relations Matter (as defined in the Motion).

    3.    The Debtor is authorized to pay Weber Gallagher an initial retainer in the amount

of $7,500.00 and thereafter to pay Weber Gallagher's monthly invoices in the ordinary course so long as any such invoices do not exceed $5,000.

4.       For invoices that exceed $5,000, the Debtor shall provide notice thereof with Weber Gallagher's time sheets (with redactions if and as warranted) to all parties on the Clerk's Service list providing those parties the right to file a written objection thereto within 7 days of the date of the notice in which case this Court will schedule a prompt hearing thereon.  If there are no written objections filed within the applicable time period, the Debtor shall certify same to this Court, after which the Debtor may pay the invoice.  If an objection is filed, the court will schedule a hearing.

Date: 12/1/20       _____
                    **ERIC L. FRANK**
                    **U.S. BANKRUPTCY JUDGE**