**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| Debtor | : |  |

**CERTIFICATE OF SERVICE**

I, David B. Smith, Esquire, do hereby certify that on December 2, 2020, I caused a true and correct copy of (1) Order Dated November 30, 2020 establishing important dates with respect to the plan process; (2) Ballot For Accepting or Rejecting the Plan; (3) Debtor's Plan of Reorganization dated November 25, 2020 (the "Plan"); and (4) a self-addressed stamped envelope via regular mail upon all creditors and parties in interest in the case as well as the Office of the United States Trustee.

Date:  December 2, 2020                                By:  /s/ David B. Smith

## **SERVICE LIST**

Richard E. Furtek, CPA
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr. Suite 225
Malvern, PA 19355


Dave P. Adams, Esquire
United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Stephen Todd Walker
611 Rose Lane
Bryn Mawr, PA 19010

Bank of America
Po Box 982284
El Paso, TX 79998-2238

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

Business Consulting Group, LLC
10 Brook Street
Westwood, MA 02090

Deborah Zitomer, Esquire, L.L.C.
11 E. Airy Street
Norristown, PA 19401

Discover Financial
Attn:  Bankruptcy
P.O. Box 3025
New Albany, OH  43054

Dorothy Walker
c/o Helen Casale, Esquire
401 DeKalb Street, 4th Floor
Norristown, PA 19401

Haines & Associates
1339 Chestnut Street, Suite 530
Philadelphia, PA 19107

Matthew J. Borger, Esquire
Noone & Borger, LLC
32 S. Church Street
West Chester, PA 19382

RBC
60 South 6th Street
Minneapolis, MN 55402

Larry M. Keller, Esquire
Sidkoff, Pincus & Green, P.C.
1101 Market Street
Suite 2700
Philadelphia, PA 19107

Winget, Spadafora & Schwartzberg, LLP
Attention: Denis Dice
1528 Walnut Street, Suite 1502
Philadelphia, PA 19102

John Schade and Marily Schade
1020 Rickerts Road
Hilltown, PA  18927

Debra G. Speyer, Esquire
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Erik L. Coccia, Esquire
Christie Callahan Comerford, Esquire
Dilworth Paxson, LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102-2101

Internal Revenue
Insolvency Unit
600 Arch Street
Philadelphia, PA 19106

Ira Glauber, Esquire
Dilworth Paxson, LLP
99 Park Avenue, Suite 320
New York, NY 10016

Joshua C. Quinter, Esquire
Karin Corbett, Esquire
Kathryn Pettit, Esquire
401 Plymouth Rd., Suite 100
Plymouth Meeting, PA 19462

Lower MerionTownship
75 E. Lancaster Avenue
Ardmore, PA 19003

Montgomery County Tax Claim Bureau
One Montgomery Plaza, Suite 600
Norristown, PA 19401

Nancy Walker
840 Montgomery Avenue
Apartment 802
Bryn Mawr, PA 19010


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

Phh Mortgage Services
Attn: Research/Bankruptcy
1661 Worthington Rd   Ste 100
West Palm Beach, FL 33409

Republic Bank
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

Goldman Sachs Mortgage Co.
Rushmore Loan Management Services
Attn: Bankruptcy
P.O. Box 55004
Irvine, CA 92619

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Bank of America, N.A.
Wells Fargo Bank, N.A.
1000 Blue Gentian Road
Eagan MN 55121-7700

Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103

Yonit A. Caplow, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102

Jerome B. Blank, Esquire
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

American Express National Bank
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701