United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13557-elf |
| Stephen Todd Walker | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | IRA A. GLAUBER, Dilworth Paxson, LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C., 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 02 2020 05:28:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | |

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 9 |

on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
   on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

ERIK L. COCCIA
   on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com

JEROME B. BLANK
   on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com

JOSHUA C. QUINTER
   on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
   on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

KARIN CORBETT
   on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
   on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
   on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com

LARRY M. KELLER
   on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
   on behalf of Creditor BANK OF AMERICA  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MATTHEW A. HAMERMESH
   on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
   on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com

REBECCA ANN SOLARZ
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

RICHARD E. FURTEK, CPA
   rfurtek@furtekassociates.com

ROBERT M. GREENBAUM
   on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com  rgreenbaum@skhlaw.com

YONIT A. CAPLOW
   on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 17

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| STEPHEN TODD WALKER, | : |  |
|  | : | Case No. 20-13557 (ELF) |
|  | : |  |
| Debtor. | : |  |

**ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF
WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP AS
<u>DOMESTIC RELATIONS COUNSEL</u>**

AND NOW, upon consideration of Debtor's Notice To Retain And Compensate Weber Gallagher Simpson Stapleton Fires & Newby, LLP As Domestic Relations Counsel Or, Alternatively, Application To Employ And Compensate Pursuant To Section 327(a) And 331 Of The Bankruptcy Code And Bankruptcy Rule 2014 And For Expedited Consideration Thereof With Limited Notice Pursuant To Local Bankruptcy Rule 5070-1(g) (the "Application"), the Court having concluded that the employment of Weber Gallagher Simpson Stapleton Fires & Newby, LLP ("Weber Gallagher") is required, necessary and is in the best interest of the Debtor, the Court being satisfied that Weber Gallagher represents no interest adverse to the estate with respect to matters as to which it is to be engaged and that its retention is in the best interests of the estate, and sufficient cause appearing therefore, it is

**ORDERED** that

1. The Application is **GRANTED**.

2. The Debtor is hereby authorized to employ Webber Gallagher, effective November 30, 2020, as his counsel in the Domestic Relations Matter (as defined in the Motion).

3. The Debtor is authorized to pay Weber Gallagher an initial retainer in the amount

- 1 -

of $7,500.00 and thereafter to pay Weber Gallagher's monthly invoices in the ordinary course so long as any such invoices do not exceed $5,000.

4. For invoices that exceed $5,000, the Debtor shall provide notice thereof with Weber Gallagher's time sheets (with redactions if and as warranted) to all parties on the Clerk's Service list providing those parties the right to file a written objection thereto within 7 days of the date of the notice in which case this Court will schedule a prompt hearing thereon. If there are no written objections filed within the applicable time period, the Debtor shall certify same to this Court, after which the Debtor may pay the invoice. If an objection is filed, the court will schedule a hearing.

Date: 12/1/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**