**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 20-13557-ELF |
| STEPHEN TODD WALKER ) | CHAPTER |
| DEBTOR ) | ***BRSC_Chapter_Num*** |
| ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 1150 YOUNGS FORD RD, GLADWYNE, PA 19035 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******1895**

NOW COMES HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
PABKR@brockandscott.com

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, New Jersey 08054

Please take notice that the undersigned hereby appears as counsel for HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should

20-09553 BKOBJ01




not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                RESPECTFULLY SUBMITTED,

/s/ *Andrew Spivack*
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-09553 BKOBJ01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>December 16, 2020</u> to the following:

STEPHEN TODD WALKER
611 ROSE LN
BRYN MAWR, PA 19010

Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@skhlaw.com


Furtek & Associates, LLC. SUBCHAPTER V TRUSTEE, Bankruptcy Trustee
101 Lindenwood Drive, Suite 225
Malvern, PA 19355


                                                /s/ *Andrew Spivack*
                                                Andrew Spivack
                                                Attorney at Law (84439)
                                                Brock & Scott, PLLC
                                                302 Fellowship Road, Suite 130
                                                Mount Laurel, NJ 08054
                                                844-856-6646 x3017
                                                704-369-0760
                                                PABKR@brockandscott.com

20-09553 BKOBJ01