# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| STEPHEN TODD WALKER, | : | Bankruptcy No. 20-13557(ELF) |
| *Debtor.* | : | |

## CERTIFICATE OF SERVICE

      This is to certify that on this 16th day of December, 2020, I caused to be served the foregoing limited objection to the "Debtor's Combined Motion (1) Pursuant to Sections 105 and 363 of the Bankruptcy Code (A) Approving an Asset Sale of the Agreement and Authorizing the Sale of Debtor's Property Located at 1150 Youngsford Road, Gladwyne, PA Outside the Ordinary Course of Business, (B) Authorizing the Sale of Said Property Free and Clear of All Liens, Claims, Encumbrances, and Interests, (2) Partially Avoiding a Certain Judicial Lien on the Basis that it Impairs the Debtor's Exemptions under 522(f)(1)(A) of the Bankruptcy Code, (3) Determining that a Tax Lien is Fully Unsecured under 506(B) of the Bankruptcy Code; (4) Avoiding a So-Called Equitable Mortgage Under the Bankruptcy Code Sections 363, 522, 544 and 551, and (5) Allowing and Paying a Claim under 506(C) of the Bankruptcy Code for Preserving and Disposing of Property of the Estate" upon all parties on the Clerk's Service List via CM/ECF and on Debtor's counsel via electronic mail and via the CM/ECF system.

Dated:  December 16, 2020        **OFFIT KURMAN, P.A.**

        By: */s/ Karin Corbett*
            Karin Corbett, Esquire
            401 Plymouth Road, Suite 100
            Plymouth Meeting, PA 19462
            Tel: (484) 531-1702
            Fax: (484) 531-1735
            Email: kcorbett@offitkurman.com

        *Attorney for John and Marilyn Schade, Creditors*