UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER, | : | |
| | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor. | : | |

**ORDER AUTHORIZING DEBTOR'S EMPLOYMENT OF BEUCLER, KELLY & IRWIN, LTD AS ACCOUNTANT PURSUANT TO SECTIONS 327(a) AND 1195 OF THE BANKRUPTCY CODE AND BANRUPTCY RULE 2014**

AND NOW, this  31st  day of  December , 2020, upon consideration of DEBTOR'S APPLICATION TO EMPLOY BEUCLER, KELLY & IRWIN, LTD AS ACCOUNTANT PURSUANT TO SECTIONS 327(a) AND 1195 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 AND TO PAY ACCOUNTANT WITHOUT THE NECESSITY OF A FEE APPLICATION PURSUANT TO BANKRUPTCY CODE SECTION 331 (the "Application"), the Court having concluded that the employment of Beucler, Kelly & Irwin, Ltd ("BK&I") is necessary and is in the best interest of the Debtor, the Court being satisfied that BK&I represents no interest adverse to the estate with respect to matters as to which it is to be engaged, that BK&I is disinterested under Sections 101 and 327 of the United States Bankruptcy Code and sufficient cause appearing therefore, it is **ORDERED**  that

1. The Application is **GRANTED**.
2. Debtor is hereby authorized to employ BKI, pursuant to the terms more fully set forth in the Application.

- 1 -

3. Upon the filing of bills and/or time records for post-petition services provided to the Debtor prior to the filing of the Application, the court may authorize the Debtor to pay BKI the sum of $4,140.75 without the necessity of a further, formal application for compensation.

4. Compensation for any future services provided by BKI to the Debtor shall be through the filing and service of a fee application in accordance with the rules of court, unless otherwise subsequently ordered by the court.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**