United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13557-elf |
| Stephen Todd Walker | Chapter 11 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 31, 2020 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 01 2021 06:33:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 01 2021 06:33:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 02, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
| Date Rcvd: Dec 31, 2020 | Form ID: pdf900 | Total Noticed: 11 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2020 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor HSBC Bank USA National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOS A. KATSAOUNIS
on behalf of Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us RA-occbankruptcy6@state.pa.us

DAVE P. ADAMS
on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DENISE A. KUHN
on behalf of Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov

ERIK L. COCCIA
on behalf of Creditor Morgan Stanley Smith Barney LLC ecoccia@dilworthlaw.com

IRA A. GLAUBER
on behalf of Creditor Morgan Stanley Smith Barney LLC iglauber@dilworthlaw.com

JEROME B. BLANK
on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com

JOSHUA C. QUINTER
on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

JOSHUA C. QUINTER
on behalf of Creditor Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

JOSHUA C. QUINTER
on behalf of Plaintiff John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

JOSHUA C. QUINTER
on behalf of Creditor John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

KARIN CORBETT
on behalf of Creditor John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com

KARIN CORBETT
on behalf of Marilyn E. kcorbett@offitkurman.com cballasy@offitkurman.com

KARIN CORBETT
on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com

KARIN CORBETT
on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com

KARIN CORBETT
on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com

LARRY M. KELLER
on behalf of Creditor Sidkoff Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
on behalf of Creditor BANK OF AMERICA N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MATTHEW A. HAMERMESH
on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
on behalf of Creditor Noone & Borger LLC matt@nooneborger.com

REBECCA ANN SOLARZ
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

RICHARD E. FURTEK, CPA
rfurtek@furtekassociates.com

District/off: 0313-2 | User: Adminstra | Page 3 of 3
Date Rcvd: Dec 31, 2020 | Form ID: pdf900 | Total Noticed: 11

ROBERT M. GREENBAUM
on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com  rgreenbaum@skhlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 28

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 11 |
| STEPHEN TODD WALKER, : | Case No. 20-13557 (ELF) |
| Debtor. : | |

**ORDER AUTHORIZING DEBTOR'S EMPLOYMENT OF BEUCLER, KELLY & IRWIN, LTD AS ACCOUNTANT PURSUANT TO SECTIONS 327(a) AND 1195 OF THE BANKRUPTCY CODE AND BANRUPTCY RULE 2014**

AND NOW, this 31st day of December, 2020, upon consideration of DEBTOR'S APPLICATION TO EMPLOY BEUCLER, KELLY & IRWIN, LTD AS ACCOUNTANT PURSUANT TO SECTIONS 327(a) AND 1195 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 AND TO PAY ACCOUNTANT WITHOUT THE NECESSITY OF A FEE APPLICATION PURSUANT TO BANKRUPTCY CODE SECTION 331 (the "Application"), the Court having concluded that the employment of Beucler, Kelly & Irwin, Ltd ("BK&I") is necessary and is in the best interest of the Debtor, the Court being satisfied that BK&I represents no interest adverse to the estate with respect to matters as to which it is to be engaged, that BK&I is disinterested under Sections 101 and 327 of the United States Bankruptcy Code and sufficient cause appearing therefore, it is **ORDERED** that

1. The Application is **GRANTED**.
2. Debtor is hereby authorized to employ BKI, pursuant to the terms more fully set forth in the Application.

3. Upon the filing of bills and/or time records for post-petition services provided to the Debtor prior to the filing of the Application, the court may authorize the Debtor to pay BKI the sum of $4,140.75 without the necessity of a further, formal application for compensation.

4. Compensation for any future services provided by BKI to the Debtor shall be through the filing and service of a fee application in accordance with the rules of court, unless otherwise subsequently ordered by the court.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**