## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| STEPHEN TODD WALKER, | : |  |
|  | : | Case No. 20-13557 (ELF) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## DECLARATION OF DAVID B. SMITH, ESQUIRE IN SUPPORT OF DEBTOR'S COMBINED MOTION (1) PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE (A) APPROVING AN ASSET SALE AGREEMENT AND AUTHORIZING THE SALE OF THE DEBTOR'S PROPERTY LOCATED AT 1150 YOUNGSFORD ROAD, GLADWYNE, PA OUTSIDE THE ORDINARY COURSE OF BUSINESS, (B) AUTHORIZING THE SALE OF SAID PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, (2) PARTIALLY AVOIDING A CERTAIN JUDICIAL LIEN ON THE BASIS THAT IT IMPAIRS THE DEBTOR'S EXEMPTIONS UNDER 522(f)(1)(A) OF THE BANKRUPTCY CODE, (3) DETERMINING THAT A TAX LIEN IS FULLY UNSECURED UNDER 506(B) OF THE BANKRUPTCY CODE; (4) AVOIDING A SO-CALLED EQUITABLE MORTGAGE UNDER BANKRUPTCY CODE SECTIONS 363, 522, 544 AND 551, AND (5) ALLOWING AND PAYING A CLAIM UNDER 506(C) OF THE BANKRUPTCY CODE FOR PRESERVING AND DISPOSING OF PROPERTY OF THE ESTATE

I, David B. Smith, Esquire, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and respectfully state as follows:

1.       I am an attorney at law duly admitted to practice before this Court and a member of the law firm of Smith Kane Holman, LLC attorneys for Stephen Todd Walker (the "Debtor"). I make this Declaration based on personal knowledge and in support of the above referenced motion.

2.       Attached hereto as Exhibit A is a true and correct legal record stamped copy of a certain Deed dated August 5, 2003 from Arlene Carol Pew Gussman, as grantor, to the Debtor, as grantee, with respect to the real property located at 1150 Youngsford Road, Lower Merion Township, Montgomery County, Pennsylvania (the "Property"), which Deed was recorded on October 15, 2003 in the Montgomery County Recorder of Deeds.

3.      Attached hereto as Exhibit B is a true and correct, uncertified copy of the docket in the matter styled *Morgan Stanley Smith Barney LLC, et al v. Stephen Todd Walker, Montgomery County Court of Common Pleas, No. 2018-19241*. The foregoing docket reflects the entry of a judgment in favor of Morgan Stanley Smith Barney LLC and against the Debtor on *July 31, 2018* in the stated amount of $2,019,276.65.

4.      Attached hereto as Exhibit C is a true and correct, uncertified copy of the docket in the matter styled in the matter *Dorothy Schade Walker v. Stephen Todd Walker, Montgomery County Court of Common Pleas, No. 2019-19420*. The foregoing docket reflects that Dorothy Schade Walker filed a Complaint in Divorce against the Debtor on *August 1, 2019*.

5.      Attached hereto as Exhibit D is a true and correct, uncertified copy of the docket in the matter styled *John Schade, et al. v. Stephen Todd Walker, et al, Montgomery County Court of Common Pleas, No. 2020-06363*. The foregoing docket reflects that Plaintiffs, John and Marilyn Schade, filed a praecipe for an Amended *Lis Pendens* indexed against the Property on *May 27, 2020*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 6, 2021                         /s/ DAVID B. SMITH_____
                                                               DAVID B. SMITH

# Exhibit A

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# RECORDER OF DEEDS

## MONTGOMERY COUNTY PENNSYLVANIA

*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax (610) 278-3869

**I hereby certify that the following is a true and correct
copy of the original document
recorded in Montgomery County, PA**



*Jeanne Sorg, Recorder of Deeds*

Digitally signed 05/22/2020 by montgomery.county.rod@kofile.us

***Certified and Digitally Signed***

Validation may require Adobe "Windows Integration"

eCertified copy of recorded # 2003601741 (page cover of 2)
Montgomery County Recorder of Deeds

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

GREAT VALLEY ABSTRACT
121 N. WAYNE AVE.
WAYNE, PA 19087

# This Deed, Made this 5th day of August , 2003

# Between

ARLENE CAROL PEW GUSSMAN

(hereinafter called the "Grantor"), of the one part, and

STEPHEN TODD WALKER

(hereinafter called the Grantee ), of the other part,

**Witnesseth** That in consideration of        $835,000.00

Dollars,

in hand paid, the receipt whereof is hereby acknowledged, the said Grantor does grant and convey unto the said Grantee , heirs and assigns, in fee.

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE in the Township of Lower Merion, County of Montgomery and Commonwealth of Pennsylvania, described according to Lot Line Adjustment Plan made for Frank and Marion Kelly and Joel H. Shoulson and Barbara Riebman Shoulson made by John Smirga, Wayne, PA dated 7/26/1988 and last revised 1/6/1989 and recorded in Plan Book A-50 page 426, described as follow, to wit:

BEGINNING at a point on the title line in the bed of Youngsford Road (of variable width) a corner of land now or late of Pamela G. Reilly; thence extending from said point of beginning leaving Youngsford Road crossing over the Northwesterly side of thereof and along land North 72 degrees, 30 minutes West 187.24 feet to a corner of land now or late of Earnest R. Wildmann; thence along the same the following two courses and distances: (1) North 54 degrees, 46 minutes West, 79.77 feet to a point (2) North 29 degrees, 13 minutes West, 175.30 feet to a point in line of land now or late of Tanenbaum; thence along the same and partly along land now or late of Daniel J. Woody North 61 degrees, 10 minutes East, 218.3 feet to a corner of lands of Shoulson; thence along the same the following two courses and distances: (1) South 33 degrees, 54 minutes East, 166.97 feet to a point (2) South 39 degrees, 48 minutes, 39 seconds East and recrossing the Northwesterly side of Youngsford Road 106.82 feet to a point on the title line in the bed of Youngsford Road; thence along the same South 9 degrees, 38 minutes West, 145 feet to a point being the first mentioned point and place of beginning.

CONTAINING in area 71,470.626 square feet Gross, more or less.

BEING Tax Parcel No. 40-00-83944-00-6     69344

BEING 1150 Youngsford Road.

BEING the same premises which FRANK J. KELLY AND MARIAN O. KELLY, HUSBAND AND WIFE, by Indenture bearing date 10/20/1991 and recorded 11/14/1991 in the Office of the Recorder of Deeds, in and for the County of MONTGOMERY in Deed Book 4991 page 1836 etc., granted and conveyed unto ARLENE CAROL PEW GUSSMAN, in fee.

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
40-00-69344-00-6  LOWER MERION
1150 YOUNGSFORD RD
GUSSMAN ARLENE CAROL PEW
B 009F U 027 L        1101  DATE 08/15/03

9F-27

Lower Merion Township
Montgomery County, PA
Registered

Township Engineer

By



MONTGOMERY
COUNTY ROD

40 LOWER MERION TOWNSHIP $8 350.00  BARBARA REHENBACH ROD

DE BK05476-1286
2003601741    10/08/2003 11 01 03 AM 1
RCD FEE $46 50 LCL TAX $8 350 00 ST TAX $8 350 00

eCertified copy of recorded # 2003601741 (page 1 of 2)
Montgomery County Recorder of Deeds

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**And** the said Grantor does hereby covenant to and with the said Grantee that the said Grantor **SHALL** and **WILL** warrant and forever defend the hereinabove described premises, with the hereditaments and appurtenances, unto the said Grantee , heirs and assigns, against the said Grantor and against every other person lawfully claiming or who shall hereafter claim the same or any part thereof, by, from or under it, them or any of them.

## In Witness Whereof, the said Grantor has caused these presents to be duly executed, the day and year first above written.

**SEALED AND DELIVERED** In the Presence of:

_____    _____ (SEAL)
                                  ARLENE CAROL PEW GUSSMAN

**Commonwealth of Pennsylvania**
**County of** Delaware          **SS:**

On this the 5 day of August , 2003 , before me, a Notary Public for the Commonwealth of Pennsylvania, residing in the said County and State the undersigned Officer, personally appeared ARLENE CAROL PEW GUSSMAN, known to me (satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

I hereunto set my hand and official seal.

_____
                              Notary Public

**The address of the above-named Grantee** :

611 Rose Lane
Bryn Mawr, Pa. 19010

NOTARIAL SEAL
JOHN T MURRAY, Notary Public
Radnor Twp., Delaware County
My Commission Expires July 5, 2007

**Record and return to:**
**GREAT VALLEY ABSTRACT CORP.**
**121 N. WAYNE AVENUE/BOX 167**
**WAYNE PA 19087-0167**
559097
GV-14017

**RECORDED** in Deed Book          page          ,
**GIVEN** under my hand and the seal of the said
office, the date above written.

_____
                 *Recorder of Deeds*



# Exhibit B

Case #2018-19241

| | |
|---|---|
| Case Number | 2018-19241 |
| Commencement Date | 7/31/2018 |
| Case Type | Certification from US District Court |
| PFA Number | |
| Caption Plaintiff | MORGAN STANLEY SMITH BARNEY LLC |
| Caption Defendant | WALKER, STEPHEN TODD |
| Lis Pendens Indicator | No |
| Status | 1 - OPEN |
| Judge | |
| Remarks | $2019276.65. NOTICE 236 SENT ON 7-31-2018 |
| Sealed | No |
| Interpreter Needed | |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| MORGAN STANLEY SMITH BARNEY LLC | 2000 WESTCHESTER AVENUE PURCHASE, NY 10577 UNITED STATES | UNITED STATES | COCCIA, ERIK L | Yes | 1 |
| MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC | 2000 WESTCHESTER AVENUE PURCHASE, NY 10577 UNITED STATES | UNITED STATES | COCCIA, ERIK L | Yes | 2 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| WALKER, STEPHEN TODD | 611 ROSE LANE BRYN MAWR, PA 19010 UNITED STATES | UNITED STATES | | Yes | 1 |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 7/31/2018 | Certification from US District Court | $2019276.65. NOTICE 236 SENT ON 7-31-2018 | No | 11891628 |
| 1 | E | 7/31/2018 | Affidavit of Validity | | No | 11892240 |
| 2 | E | 7/31/2018 | Affidavit of Non-Military Service | | No | 11892244 |
| 3 | E | 1/31/2020 | Praec-Writ of Execution Money Judgment w/o Garnishee | AGAINST STEPHEN TODD WALKER | No | 12654183 |
| 4 | E | 1/31/2020 | Affidavit/Certification | AS TO THE SALE OF REAL PROPERTY | No | 12654318 |
| 5 | E | 1/31/2020 | Affidavit/Certification | AFFIDAVIT PURSUANT TO RULE 3129.1 | No | 12654322 |
| 6 | E | 1/31/2020 | Affidavit/Certification | CERTIFICATION TO THE SHERIFF | No | 12654326 |
| 7 | E | 1/31/2020 | Certification of Addresses | | No | 12654328 |
| 8 | E | 8/31/2020 | Praec-Writ of Execution Money Judgment w/o Garnishee | AGAINST STEPHEN TODD WALKER | No | 12839939 |
| 9 | E | 8/31/2020 | Certification of Addresses | | No | 12839965 |

## Judgments

| For | Against | Date | Amount |
|---|---|---|---|
| MORGAN STANLEY SMITH BARNEY LLC | WALKER, STEPHEN TODD | 7/31/2018 | 2019276.65 |
| MORGAN STANLEY SMITH BARNEY LLC | WALKER, STEPHEN TODD | 1/31/2020 | WRIT/EXEC |
| MORGAN STANLEY SMITH BARNEY LLC | WALKER, STEPHEN TODD | 8/31/2020 | WRIT/EXEC |

# Exhibit C

### Case #2019-19420

| | |
|---|---|
| Case Number | 2019-19420 |
| Commencement Date | 8/1/2019 |
| Case Type | Complaint Divorce |
| PFA Number | |
| Caption Plaintiff | WALKER, DOROTHY SCHADE |
| Caption Defendant | WALKER, STEPHEN TODD |
| Lis Pendens Indicator | Yes |
| Status | 2 - OPEN |
| Judge | COONAHAN |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

## Linked Cases

| Case Number | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Judgement | Lis Pendens | Status |
|---|---|---|---|---|---|---|---|
| 2020-05427 | 4/10/2020 | Petition for Protection from Abuse | WALKER, DOROTHY SCHADE | WALKER, STEPHEN TODD SR | No | No | 2 - OPEN |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| WALKER, DOROTHY SCHADE | BLUE BELL, PA 19422 UNITED STATES | UNITED STATES | CASALE, HELEN E | Yes | 1 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| WALKER, STEPHEN TODD | BRYN MAWR, PA 19010 UNITED STATES | UNITED STATES | ZITOMER, DEBORAH G PERSICK, LAWRENCE J | Yes | 1 |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 8/1/2019 | Complaint Divorce | | No | 12411851 |
| 1 | E | 8/1/2019 | Notice of Counseling | | No | 12411887 |
| 2 | E | 8/1/2019 | Affidavit/Certification | AFFIDAVIT CRIMINAL RECORD/ABUSE HISTORY VERIFICATION | No | 12411889 |
| 3 | E | 8/2/2019 | Entry of Appearance | OF DEBORAH G ZITOMER FOR STEPHEN TODD WALKER | No | 12413685 |
| 4 | E | 8/5/2019 | Affidavit/Certificate of Service of | EMERGENCY PETITION ON 08/05/2019 TO JULIA MORROW, ESQUIRE | No | 12414825 |
| 5 | E | 8/5/2019 | Emergency Family Petition | BY STEPHEN TODD WALKER | No | 12414802 |
| 6 | E | 8/5/2019 | Emergency Petition for Special Relief | BY DOROTHY SCHADE WALKER | No | 12415633 |
| 7 | E | 8/6/2019 | Praec to Change Address | OF DOROTHY SCHADE WALKER | No | 12418036 |
| 8 | E | 8/7/2019 | Answer/Response | BY DOROTHY SCHADE WALKER TO EMERGENCY PETITION FOR SPECIAL RELIEF | No | 12418577 |
| 9 | E | 8/7/2019 | Affidavit/Certificate of Service of | ANSWER TO EMERGENCY PETITION FOR SPECIAL RELIEF ON 08/07/2019 TO STEPHEN TODD WALKER | No | 12418581 |
| 10 | | 8/7/2019 | Affidavit/Certificate of Service of | EMERG PET FOR SPECIAL RELIEF ON 08/06/2019 TO DEBORAH ZITOMER | No | 12418806 |
| 11 | E | 8/8/2019 | Answer & New Matter by | STEPHEN TODD WALKER | No | 12421165 |
| 12 | E | 8/9/2019 | Praec to Attach | ORDER OF COURT, NOTICE AND ORDER TO ATTEND MEDIATION ORIENTATION, NOTICE AND ORDER TO ATTEND OUR CHILDREN FIRST SEMINAR, OUR CHILDREN FIRST SEMINAR TO DIVORCE COMPLAINT | No | 12422448 |
| 13 | | 8/9/2019 | Order | OF 8/9/2019 WALL,J PLTF TO BE ALLOWED TO ENTER MARITAL RESIDENCE ON 8/11/2019 TO TAKE POSSESSION OF THE FOLLOWING ITEMS SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/09/2019 | No | 12422792 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 14 | | 8/9/2019 | Order | OF 8/9/2019 WALL,J SEE ATTACHED ORDER CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/09/2019 | No | 12422793 |
| 15 | | 8/9/2019 | Order | OF 8/9/2019 WALL,J SEE ATTACHED ORDER CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/09/2019 | No | 12422794 |
| 16 | | 8/13/2019 | Notice to Attend Mediation | | No | 12426042 |
| 17 | | 8/13/2019 | Notice to Attend Parenting Seminar | | No | 12426043 |
| 18 | | 8/14/2019 | Order | OF 8/12/2019 WALL,J CUSTODY SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/14/2019 | No | 12427495 |
| 19 | | 8/14/2019 | Scheduling Order | OF 8/12/2019 WALL,J HEARING SCHEDULED FOR 9/30/2019 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/14/2019 | No | 12427552 |
| 20 | | 8/19/2019 | Notice of Scheduling | | No | 12432433 |
| 21 | E | 8/19/2019 | Petition for Contempt | BY STEPHEN TODD WALKER | No | 12432478 |
| 22 | E | 8/21/2019 | Emergency Family Petition | BY STEPHEN TODD WALKER | No | 12435732 |
| 23 | E | 8/21/2019 | Answer & New Matter Counterclaim by | DOROTHY SCHADE WALKER | No | 12436435 |
| 24 | E | 8/21/2019 | Affidavit/Certificate of Service of | ANSWER TO PETITION FOR SPECIAL RELIEF AND COUNTERCLAIM ON 08/21/2019 TO STEPHEN TODD WALKER | No | 12436522 |
| 25 | E | 8/23/2019 | Affidavit/Certificate of Service of | ANSWER AND NEW MATTER COUNTERCLAIM TO EMERGENCY PETITION FOR SPECIAL RELIEF ON 08/23/2019 TO STEPHEN TODD WALKER | No | 12440111 |
| 26 | E | 8/23/2019 | Answer & New Matter Counterclaim by | DOROTHY SCHADE WALKER | No | 12439922 |
| 27 | | 8/23/2019 | Scheduling Order | (RESCHEDULE) OF 8/22/2019 WALL,J HEARING CONTINUED AND RESCHEDULED FOR 10/3/2019 THIS DOCUMENT WAS DOCKETED AND SENT ON 08/23/2019 | No | 12440269 |
| 28 | | 8/23/2019 | Order | OF 8/22/2019 WALL,J ORDER OF 8/12/2019 AMENDED SEE DOCKET THIS DOCUMENT WAS DOCKETED AND SENT ON 08/23/2019 | No | 12440272 |
| 29 | | 8/26/2019 | Affidavit/Certificate of Service of | EMERG PET FOR SPECIAL RELIEF ON 08/21/2019 TO JULIA MORROW | No | 12441596 |
| 30 | | 8/26/2019 | Preliminary Objections of - Family Court | STEPHEN TODD WALKER | No | 12441973 |
| 31 | E | 8/26/2019 | Motion | BY STEPHEN TODD WALKER MOTION TO DISQUALIFY | No | 12441978 |
| 32 | | 8/28/2019 | Notice of Scheduling | | No | 12447244 |
| 33 | | 8/28/2019 | Notice of Scheduling | | No | 12447245 |
| 34 | | 8/28/2019 | Notice of Scheduling | | No | 12447246 |
| 35 | | 8/30/2019 | Order | OF 8/28/19 WALL,J SEE ORDER THIS DOCUMENT WAS DOCKETED AND SENT ON 08/30/2019 | No | 12453005 |
| 36 | | 9/5/2019 | Notice of Continuance | | No | 12460910 |
| 37 | | 9/5/2019 | Notice of Continuance | | No | 12460911 |
| 38 | | 9/5/2019 | Notice of Continuance | | No | 12460917 |
| 39 | | 9/5/2019 | Notice of Scheduling | | No | 12460918 |
| 40 | | 9/5/2019 | Notice of Continuance | | No | 12460957 |
| 41 | | 9/5/2019 | Notice of Continuance | | No | 12460958 |
| 42 | | 9/5/2019 | Notice of Scheduling | | No | 12460959 |
| 43 | | 9/5/2019 | Notice of Scheduling | | No | 12460960 |
| 44 | E | 9/9/2019 | Custody Mediation Compliance/Non Certification | | No | 12463654 |
| 45 | E | 9/10/2019 | Praec for Lis Pendens | AGAINST STEPHEN TODD WALKER, SR AT 611 ROSE LANE, BRYN MAWR, PA 19020 WITH SERVICE ON 09/10/2019 | No | 12465247 |
| 46 | E | 9/10/2019 | Praec for Lis Pendens | AGAINST STEPHEN TODD WALKER, SR. AT 1150 YOUNGSFORD ROAD, GLADWYNE, PA | No | 12465276 |
| 47 | E | 9/10/2019 | Motion | BY DOROTHY SCHADE WALKER MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES | No | 12465718 |
| 48 | E | 9/10/2019 | Notice | NOTICE OF INTENT TO FILE MOTION FOR SANCTIONS | No | 12466272 |
| 49 | E | 9/11/2019 | Affidavit/Certificate of Service of | MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES ON 09/11/2019 TO DEFENDANT | No | 12467306 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 50 | E | 9/11/2019 | Motion | (EMERGENCY) BY STEPHEN TODD WALKER EMERGENCY MOTION TO STRIKE PRAECIPES TO INDEX LIS PENDENS | No | 12468094 |
| 51 | E | 9/11/2019 | Answer & Counterclaim by | DOROTHY SCHADE WALKER | No | 12468177 |
| 52 | E | 9/12/2019 | Affidavit/Certificate of Service of | EMERGENCY MOTION TO STRIKE ON 09/11/2019 TO JULIA MORROW, ESQUIRE | No | 12468772 |
| 53 | E | 9/12/2019 | Praec to Change Address | OF DOROTHY SCHADE WALKER | No | 12468987 |
| 54 | | 9/13/2019 | Order | OF 9/12/19 WALL,J NOT AN EMERGENCY; SEE ORDER; CC THIS DOCUMENT WAS DOCKETED AND SENT ON 09/13/2019 | No | 12470430 |
| 55 | E | 9/12/2019 | Preliminary Objections of - Family Court | DOROTHY SCHADE WALKER | No | 12470237 |
| 56 | E | 9/12/2019 | Affidavit/Certificate of Service of | WIFE'S PRELIMINARY OBJECTIONS TO HUSBAND'S PRELIMINARY OBJECDTIONS TO WIFE'S ANSWER AND COUNTERCLAIM TO HUSBAND'S PETITION FOR WILLFUL DISOBEDIENCE OF A COURT ORDER ON 09/12/2019 TO STEPHEN TODD WALKER | No | 12470289 |
| 57 | | 9/13/2019 | Notice of Continuance | | No | 12471212 |
| 58 | | 9/13/2019 | Notice of Continuance | | No | 12471213 |
| 59 | | 9/13/2019 | Notice of Scheduling | | No | 12471214 |
| 60 | | 9/13/2019 | Notice of Scheduling | | No | 12471215 |
| 61 | | 9/17/2019 | Order | OF 9/13/19 PER CURIAM CONTINUED THIS DOCUMENT WAS DOCKETED AND SENT ON 09/17/2019 | No | 12474142 |
| 62 | E | 9/18/2019 | Certificate of Attendance – Fee Paid | | No | 12477555 |
| 63 | E | 9/23/2019 | Pre Trial Memorandum/Statement | BY DOROTHY SCHADE WALKER | No | 12481235 |
| 64 | E | 9/23/2019 | Motion | BY DOROTHY SCHADE WALKER MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF DEFENDANT, STEPHEN TODD WAKER, SR.'S PROPOSED EXPERT WITNESS, MICHAEL FINGERMAN, ESQUIRE | No | 12481253 |
| 65 | | 9/24/2019 | Rule | DATE ON 10/16/19 KEHS, CA | No | 12483637 |
| 66 | E | 9/24/2019 | Affidavit/Certificate of Service of | MOTION IN LIMINE TO PRECLUDE THE TESTIFMOY OF DEFENDANT'S PROPOSED EXPERT WITNESS AND PLAINTIFF'S PRETRIAL STATEMENTE ON 09/23/2019 TO DEFENDANT | No | 12485064 |
| 67 | E | 9/24/2019 | Pre Trial Memorandum/Statement | BY STEPHEN TODD WALKER | No | 12485343 |
| 68 | | 9/26/2019 | Order | OF 9/26/2019 WALL,J PLTF'S MOTION IN LIMINE TO PRECLUDE TESTIMONY OF DEFT'S PROPOSED EXPERT WITNESS IS DENIED AS MOOT SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 09/26/2019 | No | 12488042 |
| 69 | | 9/27/2019 | Reply | BY STEPHEN TODD WALKER TO ANSWER TO EMERGENCY PETITION FOR SPECIAL RELIEF SUR: CUSTODY AND PETITION TO ENFORCE PRENUPTIAL AGREEMENT | No | 12489765 |
| 70 | | 9/30/2019 | Pre Trial Memorandum/Statement | BY STEPHEN TODD WALKER | No | 12492978 |
| 71 | | 10/2/2019 | Order | OF 10/2/2019 WALL,J IT WAS DETERMINED PRENUPTIAL AGREEMENT WAS VALID SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 10/02/2019 | No | 12497259 |
| 72 | E | 10/2/2019 | Praec to Withdraw | LIS PENDENS ON 611 ROSE LANE, BRYN MAWR, PA WITH SERVICE 10/02/2019 | No | 12497292 |
| 73 | | 10/8/2019 | Masters Report | | No | 12503300 |
| 74 | | 10/8/2019 | Order | (CUSTODY) OF 10/4/2019 PER CURIAM SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 10/08/2019 | No | 12503336 |
| 75 | | 10/9/2019 | Scheduling Order | (SCHEDULING) OF 10/8/2019 KEHS,CA CHILD INTERVIEW SCHEDULED FOR 10/29/2019 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 10/09/2019 | No | 12506524 |
| 76 | E | 10/18/2019 | Praecipe | PRAECIPE TO WITHDRAW LIS PENDENS W/ SERVICE ON 10/18/2019 | No | 12517788 |
| 77 | E | 10/20/2019 | Answer & Counterclaim by | STEPHEN TODD WALKER | No | 12519660 |
| 78 | | 11/4/2019 | Masters Report | | No | 12537931 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 79 | | 11/4/2019 | Order | OF 10/31/2019 PER CURIAM RELISTED FOR CONCILIATION UPON APPLICATION WITHIN 90 DAYS THIS DOCUMENT WAS DOCKETED AND SENT ON 11/04/2019 | No | 12537961 |
| 80 | | 11/5/2019 | Order | OF 11/5/2019 WALL,J PLTF'S/DEFT'S MOTION TO COMPEL IS GRANTED IN PART CC THIS DOCUMENT WAS DOCKETED AND SENT ON 11/05/2019 | No | 12544229 |
| 81 | E | 11/6/2019 | Praecipe to Relist | | No | 12546333 |
| 82 | | 11/8/2019 | Scheduling Order | OF 11/7/2019 WALL,J SHORT LIST CONFERENCE SCHEDULED FOR 11/18/2019 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 11/08/2019 | No | 12549014 |
| 83 | E | 11/15/2019 | Motion | BY STEPHEN TODD WALKER MOTION FOR RECONSIDERATION OF ORDER OF NOVEMBER 5, 20195 | No | 12558613 |
| 84 | E | 11/19/2019 | Order | OF 11/19/2019 WALL,J PLTF TO FILE ANY RESPONSE TO MOTION BY 11/22/2019 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 11/19/2019 | No | 12563279 |
| 85 | | 11/19/2019 | Order | OF 11/18/2019 WALL,J ORDER ATTACHED CC THIS DOCUMENT WAS DOCKETED AND SENT ON 11/19/2019 | No | 12563280 |
| 86 | | 11/19/2019 | Scheduling Order | OF 11/19/2019 WALL,J ARGUMENT SCHEDULED FOR 12/12/2019 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 11/19/2019 | No | 12563281 |
| 87 | E | 11/21/2019 | Answer & Counterclaim by | DOROTHY SCHADE WALKER | No | 12566872 |
| 88 | E | 11/21/2019 | Affidavit/Certificate of Service of | WIFE'S ANSWER TO HUSBAND'S MOTION FOR RECONSIDERATION OF DISCOVERY ORDER DATED NOVEMBER 5, 2019 ON 11/21/2019 TO DEFENDANT | No | 12567398 |
| 89 | E | 12/9/2019 | Petition for Contempt | BY DOROTHY SCHADE WALKER | No | 12588300 |
| 90 | | 12/12/2019 | Notice to Attend Mediation | | No | 12593694 |
| 91 | | 12/12/2019 | Notice to Attend Parenting Seminar | | No | 12593695 |
| 92 | | 12/17/2019 | Order | OF 12/16/2019 WALL,J MOTION FOR RECONSIDERATION IS DENIED CC THIS DOCUMENT WAS DOCKETED AND SENT ON 12/17/2019 | No | 12598260 |
| 93 | | 12/17/2019 | Order | (AMENDED) OF 12/16/2019 WALL,J HUSBAND'S MOTION FOR RECONSIDERATION IS DENIED CC THIS DOCUMENT WAS DOCKETED AND SENT ON 12/17/2019 | No | 12599316 |
| 94 | | 12/18/2019 | Order | OF 12/17/2019 WALL,J ORDER WAS ENTERED ON DECEMBER 16,2019 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 12/18/2019 | No | 12600004 |
| 95 | E | 12/19/2019 | Order | OF 12/17/2019 WALL,J ORDER ENTERED ON DECEMER 16,2019 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 12/19/2019 | No | 12599187 |
| 96 | E | 12/24/2019 | Petition | BY STEPHEN TODD WALKER FOR PETITION FOR SPECIAL RELIEF | No | 12607225 |
| 97 | E | 12/31/2019 | Answer & Counterclaim by | DOROTHY SCHADE WALKER | No | 12612957 |
| 98 | E | 12/31/2019 | Affidavit/Certificate of Service of | WIFE'S ANSWER TO HUSBAND'S PETITION FOR SPECIAL RELIEF FOR MANDATORY INJUNCTION, SPECIFIC PERFORMANCE AND FOR DAMAGES FOR CONVERSION AND FOR BREACH OF CONTRACT, WITH COUNTERCLAIM ON 12/31/2019 TO STEPHEN TODD WALKER | No | 12613252 |
| 99 | E | 1/16/2020 | Certificate of Attendance – Fee Paid | | No | 12633793 |
| 100 | | 1/21/2020 | Notice of Scheduling | | No | 12638370 |
| 101 | | 1/21/2020 | Notice of Scheduling | | No | 12638371 |
| 102 | | 1/21/2020 | Notice of Scheduling | | No | 12638417 |
| 103 | | 1/21/2020 | Notice of Scheduling | | No | 12638418 |
| 104 | E | 1/27/2020 | Custody Mediation Compliance/Non Certification | | No | 12646003 |
| 105 | | 1/31/2020 | Notice of Scheduling | | No | 12653179 |
| 106 | E | 2/12/2020 | Affidavit of Consent By | STEPHEN TODD WALKER | No | 12669585 |
| 107 | | 2/12/2020 | Scheduling Order | OF 2/12/2020 COONAHAN,J SCHEDULED FOR HEARING BEGINNING ON 3/23/2020 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 02/12/2020 | No | 12669845 |
| 108 | | 2/19/2020 | Scheduling Order | (SCHEDULING) OF 2/18/2020 COONAHAN,J DUE TO CONFLICT ON 4/1 AND 4/2/2020 HEARING RESCHEDULED TO 4/14 AND 4/15/2020 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 02/19/2020 | No | 12677106 |
| 109 | E | 4/17/2020 | Petition for Contempt | BY STEPHEN TODD WALKER | No | 12729379 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 110 | E | 5/6/2020 | Answer & Counterclaim by | DOROTHY SCHADE WALKER | No | 12737810 |
| 111 | E | 5/29/2020 | Scheduling Order | OF 5/29/20 WALKER,J SCHEDULED FOR MARCH 23,24,25/2020 RESCHEDULED FOR VIRTUAL HEARING ON 6/8/20, 6/9/20 6/10/2; CC THIS DOCUMENT WAS DOCKETED AND SENT ON 06/01/2020 | No | 12748664 |
| 112 | E | 6/2/2020 | Emergency Family Petition | BY STEPHEN TODD WALKER | No | 12750652 |
| 113 | E | 6/3/2020 | Scheduling Order | OF 6/1/20 WALKER,J MATTER SCHEDULED FOR VIRTUAL PROTRACTED HEARING STARTING 6/8/20; CC THIS DOCUMENT WAS DOCKETED AND SENT ON 06/03/2020 | No | 12751040 |
| 114 | E | 6/3/2020 | Affidavit/Certificate of Service of | EMERGENCY MOTION TO QUASH SUBPOENAS ON 06/03/2020 TO JULIA MORROW, ESQUIRE | No | 12751328 |
| 115 | E | 6/11/2020 | Scheduling Order | OF 6/11/2020 WALKER,J VIRTUAL HEARING SCHEDULED FOR JUNE 22,2020 SEE DOCKET THIS DOCUMENT WAS DOCKETED AND SENT ON 06/12/2020 | No | 12758779 |
| 116 | E | 6/15/2020 | Scheduling Order | OF 6/15/2020 WALKER,J SCHEDULED FOR VIRTUAL HEARING ON 7/6/2020 SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 06/15/2020 | No | 12760742 |
| 117 | E | 6/23/2020 | Scheduling Order | OF 6/23/2020 WALKER,J SCHEDULED FOR VIRTUAL HEARING 7/7/2020 SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 06/23/2020 | No | 12771557 |
| 118 | E | 7/2/2020 | Entry of Appearance | OF JULIA MORROW, ESQUIRE FOR DOROTHY WALKER | No | 12780663 |
| 119 | E | 7/9/2020 | Order | (CUSTODY) OF 7/9/2020 WALKER,J SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 07/09/2020 | No | 12786686 |
| 120 | E | 7/9/2020 | Order | OF 7/9/2020 WALKER,J DEFT'S EMERGENCY PETITION FOR SPECIAL RELIEF IS GRANTED SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 07/09/2020 | No | 12786689 |
| 121 | E | 7/9/2020 | Order | (FINDINGS OF FACT) OF 7/9/2020 WALKER,J SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 07/09/2020 | No | 12786718 |
| 122 | E | 7/10/2020 | Order | (AMENDED CUSTODY) OF 7/10/2020 WALKER,J SEE DOCKET CC THIS DOCUMENT WAS DOCKETED AND SENT ON 07/10/2020 | No | 12787764 |
| 123 | E | 7/14/2020 | Order | OF 7/14/2020 WALKER,J COURT ORDERS MINOR CHILDREN TO CONTINUE COUNSELING CC THIS DOCUMENT WAS DOCKETED AND SENT ON 07/14/2020 | No | 12790281 |
| 124 | E | 7/17/2020 | Motion | BY STEPHEN TODD WALKER MOTION FOR RECONSIDERATION OF JULY 9, 2020 ORDER RE: HUSBAND'S PETITION FOR SPECIAL RELIEF | No | 12794359 |
| 125 | E | 7/20/2020 | Answer & Counterclaim by | DOROTHY SCHADE WALKER | No | 12795205 |
| 126 | E | 7/20/2020 | Emergency Family Petition | BY JULIA MORROW, ESQUIRE | No | 12795212 |
| 127 | E | 7/20/2020 | Affidavit/Certificate of Service of | ANSWER AND COUNTERCLAIM AND REQUEST FOR EMERGENCY EXPEDITED HEARING ON 07/20/2020 TO DEBORAH ZITOMER, ESQUIRE | No | 12795357 |
| 128 | E | 7/21/2020 | Order | OF 7/20/2020 STERLING,J NOT AN EMERGENCY AND COURT ADMIN TO SCHEDULE IN DUE COURSE CC THIS DOCUMENT WAS DOCKETED AND SENT ON 07/21/2020 | No | 12797977 |
| 129 | E | 7/22/2020 | Answer/Response | BY JULIA MORROW, ESQUIRE TO HUSBAND'S MOTION FOR RECONSIDERATION OF ORDER DATED JULY 9, 2020 | No | 12798994 |
| 130 | E | 7/22/2020 | Affidavit/Certificate of Service of | ANSWER TO HUSBAND'S MOTION FOR RECONSIDERATION OF ORDER DATED JULY 20, 2020 ON 07/22/2020 TO DEBORAH ZITOMER, ESQUIRE | No | 12799137 |
| 131 | E | 7/28/2020 | Order | (MEMORANDUM AND SUR MOTION FOR RECONSIDERATION) OF 7/28/2020 WALKER,J DEFT'S MOTION DENIED THIS DOCUMENT WAS DOCKETED AND SENT ON 07/28/2020 | No | 12804824 |
| 132 | E | 8/7/2020 | Petition for Special Relief | BY DOROTHY SCHADR WALKER | No | 12816561 |
| 133 | E | 8/10/2020 | Motion | BY STEPHEN TODD WALKER MOTION FOR PROTECTIVE ORDER | No | 12818628 |
| 134 | E | 8/11/2020 | Affidavit Under Section 3301 (D) | BY STEPHEN TODD WALKER | No | 12820252 |
| 135 | E | 8/11/2020 | Scheduling Order | OF 8/11/2020 WALKER,J MATTER SCHEDULED FOR AN IN PERSON 1 HOUR CONFERENCE ON 8/18/2020-SEE ORDER THIS DOCUMENT WAS DOCKETED AND SENT ON 08/11/2020 | No | 12820275 |
| 136 | E | 8/12/2020 | Answer/Response | BY STEPHEN TODD WALKER TO PETITION FOR MODIFICATION OF JULY 9 ORDER RE TUITION | No | 12820715 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 137 | E | 8/18/2020 | Scheduling Order | OF 8/18/2020 ROTHSTEIN,J ZOOM CONFERENCE SCHEDULED FOR 9/2/2020 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/18/2020 | No | 12827403 |
| 138 | E | 8/20/2020 | Scheduling Order | (RESCHEDULING) OF 8/20/2020 ROTHSTEIN,J CONTINUANCE GRANTED ZOOM CONFERENCE RESCHEDULED TO 9/8/2020 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/20/2020 | No | 12829673 |
| 139 | E | 8/20/2020 | Scheduling Order | (RESCHEDULING) OF 8/20/2020 ROTHSTEIN,J CONTINUANCE GRANTED ZOOM CONFERENCE RESCHEDULED TO 9/8/2020 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/20/2020 | No | 12829697 |
| 140 | E | 8/20/2020 | Scheduling Order | (RESCHEDULING) OF 8/20/2020 ROTHSTEIN,J CONTINUANCE GRANTED ZOOM CONFERENCE RESCHEDULED TO 9/8/2020 CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/20/2020 | No | 12829794 |
| 141 | E | 8/21/2020 | Entry of Appearance | OF HELEN E CASALE FOR PLAINTIFF DOROTHY SCHADE WALKER | No | 12831955 |
| 142 | E | 8/24/2020 | Withdrawal of Appearance of | JULIA MORROW FOR DOROTHY SCHADE WALKER | No | 12833553 |
| 143 | E | 8/24/2020 | Entry of Appearance | OF HELEN E. CASALE FOR DOROTHY SCHADE WALKER | No | 12833562 |
| 144 | E | 9/7/2020 | Suggestion | SUGGESTION OF BANKRUPTCY | No | 12846804 |
| 145 | E | 9/8/2020 | Praec to Withdraw | PLAINTIFF'S PETITION FOR SPECIAL RELIEF (SEQ. 132) | No | 12847336 |
| 146 | E | 9/8/2020 | Order | OF 9/8/2020 ROTHSTEIN,J MOTION DENIED AS MOOT CC THIS DOCUMENT WAS DOCKETED AND SENT ON 09/08/2020 | No | 12847755 |
| 147 | E | 10/21/2020 | Emergency Family Petition | BY PLAINTIFF DOROTHY SCHADE WALKER W/ SERVICE ON 10/21/2020 | No | 12901698 |
| 148 | | 10/23/2020 | Order | OF 10/23/2020 DEMCHICK-ALLOY,J NOT AN EMERGENCY AND COURT ADMIN TO SCHEDULE IN DUE COURSE RULE 236 NOTICE PROVIDED ON 10/23/2020 | No | 12904694 |
| 149 | | 10/23/2020 | Affidavit/Certificate of Service of | EMERGENCY PETITION FOR SPECIAL RELIEF ON 10/21/2020 TO DEBORAH G ZITOMER ESQ | No | 12904756 |
| 150 | E | 11/5/2020 | Scheduling Order | OF 11/4/2020 WALL,J SCHEDULED FOR ZOOM CONFERENCE ON 12/2/2020 CC RULE 236 NOTICE PROVIDED ON 11/05/2020 | No | 12917543 |
| 151 | E | 11/6/2020 | Petition To Withdraw As Counsel For | STEPHEN TODD WALKER | No | 12919163 |
| 152 | | 11/9/2020 | Rule | DATE ON DECEMBER 7, 2020 KEHS CA | No | 12921353 |
| 153 | E | 11/16/2020 | Affidavit/Cert of Service w/Rule Returnable | OF MOTION TO WITHDRAW AS COUNSEL ON 11/16/2020 TO HELEN E CASALE AND STEPHEN TODD WALKER | No | 12927978 |
| 154 | E | 12/3/2020 | Scheduling Order | (TRIAGE RESOLUTION) 12/2/2020 WALL,J SCHEDULED FOR HEARING 1/11/2021 ORDER ATTACHED CC RULE 236 NOTICE PROVIDED ON 12/03/2020 | No | 12946905 |
| 155 | | 12/9/2020 | Scheduling Order | (CCC) OF 12/8/2020 KEHS,CA CUSTODY CONCILIATION 12/21/2020 RULE 236 NOTICE PROVIDED ON 12/09/2020 | No | 12952209 |
| 156 | | 12/9/2020 | Scheduling Order | (CCC) OF 12/8/2020 KEHS,CA CUSTODY CONCILIATION 12/21/2020 RULE 236 NOTICE PROVIDED ON 12/09/2020 | No | 12952535 |
| 157 | E | 12/10/2020 | Entry of Appearance | OF LAWRENCE J. PERSICK, ESQUIRE FOR DEFENDANT | No | 12954424 |
| 158 | E | 12/11/2020 | Order | OF 12/11/2020 CLIFFORD,J UNDERSIGNED RECUSES HIMSELF CC RULE 236 NOTICE PROVIDED ON 12/11/2020 | No | 12955673 |
| 159 | E | 12/18/2020 | Scheduling Order | OF 12/18/2020 HILLES,J HEARING VIA ZOOM SCHEDULED FOR 2/16/2021 CC RULE 236 NOTICE PROVIDED ON 12/18/2020 | No | 12961203 |
| 160 | E | 12/21/2020 | Order | OF 12/21/2020 WALL,J CHILDREN'S LEGAL COUNSEL GRANTED ACCESS TO ALL FILES AND RECORDS CC RULE 236 NOTICE PROVIDED ON 12/21/2020 | No | 12963395 |
| 161 | | 12/22/2020 | Order | OF 12/21/20 PER CURIAM CUSTODY CONCILIATION CONFERENCE CONTINUED; TO RE RELISTED RULE 236 NOTICE PROVIDED ON 12/22/2020 | No | 12964844 |
| 162 | E | 1/4/2021 | Praec to Attach | PROPOSED ORDER TO PETITION FOR LEAVE TO WITHDRAW AS COUNSEL | No | 12969844 |

## Judgments

| For | Against | Date | Amount |
|---|---|---|---|
| WALKER, DOROTHY SCHADE | WALKER, STEPHEN TODD | 9/10/2019 | Lis Pendens |
| WALKER, DOROTHY SCHADE | WALKER, STEPHEN TODD | 9/10/2019 | Lis Pendens |

# Exhibit D

## Case #2020-06363

| | |
|---|---|
| Case Number | 2020-06363 |
| Commencement Date | 5/21/2020 |
| Case Type | Complaint Civil Action |
| PFA Number | |
| Caption Plaintiff | SCHADE, JOHN |
| Caption Defendant | WALKER, STEPHEN TODD |
| Lis Pendens Indicator | Yes |
| Status | 2 - OPEN |
| Judge | HAAZ |
| Remarks | |
| Sealed | No |
| Interpreter Needed | |

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| SCHADE, JOHN | 1020 RICKERTS ROAD HILLTOWN, PA 18927 UNITED STATES | UNITED STATES | QUINTER, JOSHUA C CORBETT, KARIN PETTIT, KATHRYN | Yes | 1 |
| SCHADE, MARILYN | 1020 RICKERTS ROAD HILLTOWN, PA 18927 UNITED STATES | UNITED STATES | QUINTER, JOSHUA C CORBETT, KARIN PETTIT, KATHRYN | Yes | 2 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| WALKER, STEPHEN TODD | 611 ROSE LANE BRYN MAWR, PA 19010 UNITED STATES | UNITED STATES | BORGER, MATTHEW J | Yes | 1 |
| WALKER, DOROTHY SCHADE | 315 SAINT ANDREWS PLACE BLUE BELL, PA 19422 UNITED STATES | UNITED STATES | | Yes | 2 |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 5/21/2020 | Complaint Civil Action | | No | 12744683 |
| 1 | E | 5/21/2020 | Praec for Lis Pendens | AGAINST STEPHEN TODD WALKER AT 1150 YOUNGSFORD ROAD, GLADWYNE, PA 19035 | No | 12744836 |
| 2 | E | 5/21/2020 | Affidavit/Certificate of Service of | PRAECIPE FOR LIS PENDENS ON 05/21/2020 TO STEPHEN TODD WALKER | No | 12744837 |
| 3 | E | 5/28/2020 | Praec for Substitution of | PAGE 2 OF PLAINTIFFS COMPLAINT WITH SERVICE ON 05/28/2020 | No | 12747344 |
| 4 | E | 5/27/2020 | Praec to Withdraw | PRAECIPE FOR LIS PENDENS | No | 12747099 |
| 5 | E | 5/27/2020 | Affidavit/Certificate of Service of | PRAECIPE TO WITHDRAW ON 05/27/2020 TO STEPHEN TODD WALKER | No | 12747101 |
| 6 | E | 5/27/2020 | Praec for Lis Pendens | AGAINST STEPHEN TODD WALKER AT 1150 YOUNGS FORD ROAD GLADWYNE, PA 19035 | No | 12747138 |
| 7 | E | 5/27/2020 | Affidavit/Certificate of Service of | PRAECIPE FOR AMENDED LIS PENDENS ON 05/27/2020 TO STEPHEN TODD WALKER | No | 12747142 |
| 8 | E | 6/9/2020 | Praec to Reinstate | | No | 12755860 |
| 9 | E | 6/22/2020 | Praec to Reinstate | | No | 12770975 |
| 10 | E | 6/26/2020 | Entry of Appearance | OF MATTHEW BORGER FOR STEPHEN TODD WALKER | No | 12775884 |
| 11 | E | 6/26/2020 | Preliminary Objections of | STEPHEN TODD WALKER WITH MEMORANDUM OF LAW WITH SERVICE ON 06/26/2020 | No | 12776280 |
| 12 | E | 7/7/2020 | Motion | BY STEPHEN TODD WALKER EMERGENCY MOTION TO QUASH SUBPOENAS CANCEL DEPOSITIONS, AND FOR SANCTIONS | No | 12783264 |
| 13 | E | 7/7/2020 | Affidavit/Certificate of Service of | EMERGENCY MOTION TO QUASH SUBPOENAS, CANCEL DEPOSITIONS, AND FOR SANCTIONS ON 07/07/2020 TO JOSHUA C. QUINTER, ESQ., KARIN CORBETT, ESQ., KATHRYN PETTIT, ESQ. | No | 12783356 |
| 14 | E | 7/10/2020 | Motion | BY STEPHEN TODD WALKER EMERGENCY MOTION TO STRIKE LIS PENDENS | No | 12787812 |
| 15 | E | 7/13/2020 | Affidavit/Certificate of Service of | EMERGENCY MOTION TO STRIKE LIS PENDENS ON 07/10/2020 TO JOSHUA C. QUINTER, ESQ., KARIN CORBETT, ESQ., KATHRYN PETTIT, ESQ. | No | 12789119 |

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 16 | E | 7/15/2020 | Order | OF 7/15/2020 SALTZ,J DEPOSITIONS STAYED PENDING RESOLUTION OF UNDERLYING DISCOVERY DISPUTE THIS DOCUMENT WAS DOCKETED AND SENT ON 07/15/2020 | No | 12791931 |
| 17 | E | 7/16/2020 | (Internal Use Only) Served | STEPHEN TODD WALKER ON 7/13/20 | No | 12792722 |
| 18 | E | 7/16/2020 | (Internal Use Only) Served | STEPHEN TODD WALKER ON 7/13/20 | No | 12792723 |
| 19 | E | 7/17/2020 | Rule | DATE ON 8/17/2020 KEHS,CA | No | 12793778 |
| 20 | E | 7/16/2020 | Affidavit/Certificate of Service of | AMENDED COMPLAINT ON 07/16/2020 TO MATTHEW J. BORGER, ESQUIRE | No | 12793658 |
| 21 | E | 7/17/2020 | Amended Complaint | | No | 12793854 |
| 22 | E | 7/17/2020 | Scheduling Order | (VIRTUAL COURT HEARING) OF 7/17/2020 SALTZ,J SCHEDULED FOR 7/30/2020 THIS DOCUMENT WAS DOCKETED AND SENT ON 07/17/2020 | No | 12794158 |
| 23 | E | 7/17/2020 | Answer/Response | BY JOHN E. SCHADE AND MARILYN SCHADE, H/W TO EMERGENCY MOTION TO QUASH SUBPOENAS, CANCEL DEPOSITIONS AND FOR SANCTIONS WITH SERVICE ON 07/17/2020 | No | 12794890 |
| 24 | E | 7/22/2020 | Praec to Attach | VERIFICATION OF PLAINTIFF MARILYN SCHADE TO AMENDED COMPLAINT | No | 12798648 |
| 25 | E | 7/22/2020 | Affidavit/Certificate of Service of | PRAECIPE TO ADD VERIFICATION TO AMENDED COMPLAINT ON 07/22/2020 TO MATTHEW J. BORGER, ESQUIRE | No | 12798650 |
| 26 | E | 7/28/2020 | Scheduling Order | (AMENDED VIRTUAL COURT HEARING) OF 7/28/2020 SALTZ,J SCHEDULED FOR 7/30/2020 AT 10 AM THIS DOCUMENT WAS DOCKETED AND SENT ON 07/28/2020 | No | 12804722 |
| 27 | E | 7/28/2020 | Answer/Response | BY PLAINTIFF TO EMERGENCY TO STRIKE LIS PENDENS | No | 12804800 |
| 28 | E | 7/28/2020 | Affidavit/Certificate of Service of | RESPONSE TO EMERGENCY MOTION TO STRIKE LIS PENDENS ON 07/28/2020 TO MATTHEW J. BORGER, ESQUIRE | No | 12804808 |
| 29 | E | 7/29/2020 | Memorandum of Law | BY PLAINTIFFS | No | 12806321 |
| 30 | E | 7/29/2020 | Affidavit/Certificate of Service of | MEMORANDUM OF LAW IN OPPOSITION TO THE EMERGENCY MOTION TO STRIKE LIS PENDENS ON 07/29/2020 TO MATTHEW BORGER, ESQUIRE | No | 12806323 |
| 31 | E | 7/30/2020 | Hearing/Court Reporter | ODALYS CUMMINS ON 07/30/2020 | No | 12807956 |
| 32 | E | 8/4/2020 | Affidavit/Cert of Service w/Rule Returnable | OF RULE RETURNABLE RE MOTION TO QUASH SUBPOENAS ON 08/04/2020 TO JOSHUA C. QUINTER, ESQ., KARIN CORBETT, ESQ., KATHRYN PETTIT, ESQ. | No | 12813306 |
| 33 | E | 8/17/2020 | Answer & New Matter Counterclaim by | STEPHEN TODD WALKER WITH SERVICE ON 08/17/2020 | No | 12825951 |
| 34 | E | 8/17/2020 | Memorandum of Law | BY PLAINTIFFS JOHN E. SCHADE AND MARILYN SCHADE WITH SERVICE ON 08/17/2020 | No | 12826353 |
| 35 | E | 8/17/2020 | Affidavit/Certificate of Service of | PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S EMERGENCY MOTION TO QUASH SUBPOENAS, CANCEL DEPOSITIONS, AND FOR SANCTIONS ON 08/17/2020 TO COUNSEL FOR DEFENDANT, MATTHEW BORGER, ESQUIRE | No | 12826354 |
| 36 | E | 8/28/2020 | Order | OF 8/28/20 SALTZ,J EMERG MOT TO STRIKE LIS PENDENS IS DENIED; CC THIS DOCUMENT WAS DOCKETED AND SENT ON 08/28/2020 | No | 12838772 |
| 37 | E | 9/2/2020 | Praec for Writ to Join Additional Defendant | DOROTHY SCHADE WALKER | No | 12843536 |
| 38 | E | 9/4/2020 | Answer & New Matter by | JOHN SCHADE; MARILYN SCHADE | No | 12846381 |
| 39 | E | 9/4/2020 | Affidavit/Certificate of Service of | REPLY TO NEW MATTER AND ANSWER WITH NEW MATTER TO THE COUNTERCLAIM ON 09/04/2020 TO MATTHEW J. BORGER, ESQUIRE | No | 12846402 |
| 40 | E | 9/4/2020 | Suggestion | SUGGESTION OF BANKRUPTCY W/ SERVICE ON 09/04/2020 | No | 12846670 |

## Judgments

| For | Against | Date | Amount |
|---|---|---|---|
| SCHADE, JOHN | WALKER, STEPHEN TODD | 5/21/2020 | Lis Pendens |
| SCHADE, JOHN | WALKER, STEPHEN TODD | 5/27/2020 | Lis Pendens |

# Exhibit E

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**OFFIT KURMAN, P.C.**
By:    Joshua C. Quinter, Esquire
        Karin Corbett, Esquire
        Kathryn Pettit, Esquire
        Attorney ID Nos. 87583, 208418, and 311684
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
484-531-1701
484-531-1735 (facsimile)

*Attorneys for Plaintiffs*
John E. Schade and Marilyn Schade

| | |
|---|---|
| JOHN E. SCHADE and MARILYN SCHADE, h/w<br>1020 Rickerts Road<br>Hilltown, PA 18927<br><br>           Plaintiffs,<br><br>v.<br><br>STEPHEN TODD WALKER<br>611 Rose Lane<br>Bryn Mawr, PA 19010<br><br>        Defendant. | COURT OF COMMON PLEAS<br>MONTGOMERY COUNTY<br><br>MAY TERM, 2020<br><br>NO. 2020-06363 |

## NOTICE

### PRAECIPE FOR AMENDED *LIS PENDENS*

To the Prothonotary:

Kindly index the above captioned action as an Amended *Lis Pendens* against the real property situated in Lower Merion Township, Montgomery County, Pennsylvania containing approximately 71,470.626 square feet gross and being Tax Parcel No. 40-00-69344-00-6 and being 1150 Youngs Ford Road (also known as Youngsford Road), which is more fully described in the deed attached at Exhibit "A" to this Praecipe.

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified
Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

This action affects title to or other interest in the referenced real property.

**OFFIT KURMAN, P.C.**

By:    */s/ Joshua C. Quinter*
       JOSHUA C. QUINTER, ESQUIRE
       KARIN CORBETT, ESQUIRE
       Kathryn E. PETTIT, ESQUIRE
       *Attorneys for Plaintiffs*
       *John E. Schade and Marilyn Schade*

Dated: May 27, 2020

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified
Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Exhibit "A"

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# RECORDER OF DEEDS

## MONTGOMERY COUNTY PENNSYLVANIA

### *Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax (610) 278-3869

**I hereby certify that the following is a true and correct
copy of the original document
recorded in Montgomery County, PA**



*Jeanne Sorg, Recorder of Deeds*

Digitally signed 05/22/2020 by montgomery.county.rod@kofile.us

**Certified and Digitally Signed**

Validation may require Adobe 'Windows Integration'

eCertified copy of recorded # 2003601741 (page cover of 2)
Montgomery County Recorder of Deeds

Case# 2020-06363-8 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

GREAT VALLEY ABSTRACT
127 N. WAYNE AVE.
WAYNE, PA 19087

# This Deed, Made this 5th day of August , 2003

## Between

ARLENE CAROL PEW GUSSMAN

(hereinafter called the "Grantor"), of the one part, and

STEPHEN TODD WALKER

(hereinafter called the Grantee ), of the other part,

## Witnesseth That in consideration of $835,000.00

Dollars,

in hand paid, the receipt whereof is hereby acknowledged, the said Grantor does grant and convey unto the said Grantee , heirs and assigns, in fee.

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, SITUATE in the Township of Lower Merion, County of Montgomery and Commonwealth of Pennsylvania, described according to Lot Line Adjustment Plan made for Frank and Marion Kelly and Joel H. Shoulson and Barbara Riebman Shoulson made by John Smirga, Wayne, PA dated 7/26/1988 and last revised 1/6/1989 and recorded in Plan Book A-50 page 426, described as follow, to wit:

BEGINNING at a point on the title line in the bed of Youngsford Road (of variable width) a corner of land now or late of Pamela G. Reilly; thence extending from said point of beginning leaving Youngsford Road crossing over the Northwesterly side of thereof and along land North 72 degrees, 30 minutes West 187.24 feet to a corner of land now or late of Earnest R. Wildmann; thence along the same the following two courses and distances: (1) North 54 degrees, 46 minutes West, 79.77 feet to a point (2) North 29 degrees, 13 minutes West, 175.30 feet to a point in line of land now or late of Tanenbaum; thence along the same and partly along land now or late of Daniel J. Woody North 61 degrees, 10 minutes East, 218.5 feet to a corner of lands of Shoulson; thence along the same the following two courses and distances: (1) South 33 degrees, 54 minutes East, 166.97 feet to a point (2) South 39 degrees, 48 minutes, 39 seconds East and recrossing the Northwesterly side of Youngsford Road 106.82 feet to a point on the title line in the bed of Youngsford Road; thence along the same South 9 degrees, 38 minutes West, 145 feet to a point being the first mentioned point and place of beginning.

CONTAINING in area 71,470.626 square feet Gross, more or less.

BEING Tax Parcel No. 40-00-69344-00-6

BEING 1150 Youngsford Road.

BEING the same premises which FRANK J. KELLY AND MARIAN O. KELLY, HUSBAND AND WIFE, by Indenture bearing date 10/20/1991 and recorded 11/14/1991 in the Office of the Recorder of Deeds, in and for the County of MONTGOMERY in Deed Book 4991 page 1836 etc., granted and conveyed unto ARLENE CAROL PEW GUSSMAN, in fee.

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
40-00-69344-00-6   LOWER MERION
1150 YOUNGSFORD RD
GUSSMAN ARLENE CAROL PEW
B 009F U 027 L     1101   DATE 08/15/03

9F-27

Lower Merion Township
Montgomery County, PA
Registered

Township Engineer
By

MONTGOMERY
COUNTY ROD
40-LOWER MERION TOWNSHIP $8,360.00

DE BK05476-1288
2003601741   10/06/2003 11 01 03 AM 1
RCD FEE $46 50 LCL TAX $8 360 00 ST TAX $8 350 00

DT-DEED

eCertified copy of recorded # 2003801741 (page 1 of 2)
Montgomery County Recorder of Deeds

Case# 2020-06363-6 Docketed at Montgomery County Prothonotary on 05/27/2020 4:51 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**And** the said Grantor does hereby covenant to and with the said Grantee that the said Grantor SHALL and WILL warrant and forever defend the hereinabove described premises, with the hereditaments and appurtenances, unto the said Grantee , heirsand assigns, against the said Grantor and against every other person lawfully claiming or who shall hereafter claim the same or any part thereof, by, from or under it, them or any of them.

**In Witness Whereof,** the said Grantor has caused these presents to be duly executed, the day and year first above written.

SEALED AND DELIVERED   In the Presence of:

_____   _____ {SEAL}
                                                          ARLENE CAROL PEW GUSSMAN

Commonwealth of Pennsylvania
County of Delaware          ss:

On this the 5 day of August , 2003 , before me, a Notary Public for the Commonwealth of Pennsylvania, residing in the said County and State the undersigned Officer, personally appeared ARLENE CAROL PEW GUSSMAN, known to me (satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

I hereunto set my hand and official seal.

_____
                                                    Notary Public

The address of the above-named Grantee   :

611 Rose Lane
Bryn Mawr, Pa. 19010

NOTARIAL SEAL
JOHN T MURRAY, Notary Public
Radnor Twp , Delaware County
My Commission Expires July 5, 2007

Record and return to:
GREAT VALLEY ABSTRACT CORP.
121 N. WAYNE AVENUE/BOX 167
WAYNE  PA  19087-0167
559097
GV-14017

RECORDED in Deed Book          page    ,
GIVEN under my hand and the seal of the said
office, the date above written.

_____
                          *Recorder of Deeds*

eCertified copy of recorded # 2003601741 (page 2 of 2)
Montgomery County Recorder of Deeds

