**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   STEPHEN TODD WALKER,   :   Chapter 11
                                :
         Debtor                 :   Bky. No. 20-13557ELF

# ORDER CONTINUING HEARING
# AND
# GOVERNING PROCEDURES AT EVIDENTIARY HEARING
# CONDUCTED REMOTELY BY VIDEO CONFERENCE

**AND NOW**, it is hereby **ORDERED** that:

1. The confirmation hearing, to be held by video conference, previously scheduled on **January 13, 2021, at 12:00 p.m.**, is **RESCHEDULED** to **January 20, 2021, at 10:15 a.m.**

2. The court's prior order governing procedures at the confirmation hearing (Doc. # 120) remains in effect, **EXCEPT** that:

    a. the deadlines in Paragraphs 1, 2 and 3 of the prior order are **EXTENDED** to **January 18, 2021 at 2:00 p.m.**; and

    b. the text (but not the footnote) in Paragraph 6 of the prior order is replaced as follows:

    > Any attorney or party or representative of a party wishing to attend the Hearing and participate by video shall contact the Courtroom Deputy to obtain the access information to the Hearing.

Date: January 11, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**