**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| IN RE: | STEPHEN TODD WALKER, | : | Chapter 11 | |
| | | : | | |
| | Debtor | : | Bky. No. 20-13557ELF | |

# ORDER CONTINUING HEARING
# AND
# GOVERNING PROCEDURES AT EVIDENTIARY HEARING
# CONDUCTED REMOTELY BY VIDEO CONFERENCE

**AND NOW**, it is hereby **ORDERED** that:

1. The confirmation hearing, to be held by video conference, previously scheduled on **January 20, 2021, at 10:15 a.m.,** is **RESCHEDULED** to **January 27, 2021, at 11:00 a.m.**

2. The court's prior order governing procedures at the confirmation hearing (Doc. # 120) remains in effect, **EXCEPT** that:

    a. the deadlines in Paragraphs 1, 2 and 3 of the prior order are **EXTENDED** to **January 25, 2021 at 2:00 p.m.**; and

    b. the text (but not the footnote) in Paragraph 6 of the initial order scheduling the hearing is replaced as follows:

    > Any attorney or party or representative of a party wishing to attend the Hearing and participate by video shall contact the Courtroom Deputy to obtain the access information to the Hearing.

Date:  January 19, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**