## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned, counsel for the Debtor, certifies as follows:

1.      On January 7, 2021, the undersigned filed with this Court a certain First Interim Fee Application of Smith Kane Holman, LLC As Counsel To Stephen Todd Walker, for the time period September 1, 2020 through January 6, 2021 (the "Application"), notice or a copy of which was sent to all parties entitled to same on January 7, 2021.

2.      Any answers, objections or responses to the Application were due on or before January 21, 2021.

3.      To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Application.

4.      Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

SMITH KANE HOLMAN, LLC

Dated: January 22, 2021

By: /s/ David B. Smith
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
Attorneys for Stephen Todd Walker