**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | STEPHEN TODD WALKER, | : | Chapter 11 |
| | | : | |
| | Debtor | : | Bky. No.  20-13557 ELF |

# ORDER CONTINUING HEARING
# AND
# GOVERNING PROCEDURES AT EVIDENTIARY HEARING
# CONDUCTED REMOTELY BY VIDEO CONFERENCE

**AND NOW**, it is hereby **ORDERED** that:

1. The confirmation hearing, to be held by video conference, previously scheduled on **January 27, 2021, at 11:00 a.m.**, is **RESCHEDULED** to **February 3, 2021, at 11:00 a.m.**

2. The court's prior orders governing procedures at the confirmation hearing (Doc. #120 & 123) remain in effect, **EXCEPT** that the deadlines in Paragraphs 1, 2 and 3 of the prior order are **EXTENDED** to **February 1, 2021 at 2:00 p.m.**

Date:  January 26, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**