# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stephen Todd Walker<br>　　　　　　　　Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Stephen Todd Walker<br>　　　　　　　　Debtor(s)<br><br>Richard E. Furtek, CPA<br>　　　　　　　　Trustee | CHAPTER 11<br><br><br>NO. 20-13557 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **January 5, 2021 (Document 110)**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esq.**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106

February 2, 2021