# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

### ORDER

AND NOW, this  5th  day of    February  , 2021, upon consideration of the First Interim Fee Application of Smith Kane Holman, LLC As Counsel To Stephen Todd Walker, For The Period September 1, 2020 through January 6, 2021   (the "Application"), it is hereby **ORDERED** that

1. The Application is **GRANTED**.

2. Smith Kane Holman, LLC, counsel to Stephen Todd Walker (the "Debtor"), is allowed interim compensation in the amount of $72,132.50 for services rendered and reimbursement of expenses in the amount of $2,369.40.

3. The Debtor is authorized to pay Smith Kane Holman, LLC the amounts allowed forthwith from funds in the bankruptcy estate.

_____
Eric L. Frank
United States Bankruptcy Judge