**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| STEPHEN TODD WALKER, | : | Bankruptcy No. 20-13557(ELF) |
|  | : |  |
| *Debtor.* | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of February, 2021, I caused to be served the foregoing Emergency Motion to Continue Hearing to Confirm Debtor, Stephen Todd Walker's First Amended Plan of Reorganization for Small Business Debtor Under Chapter 11 Scheduled for February 10, 2021 at 2:00 p.m. upon all parties on the Clerk's Service List via CM/ECF and on Debtor's counsel via electronic mail and via the CM/ECF system.

**OFFIT KURMAN, P.A.**

By: */s/ Karin Corbett*
 Karin Corbett, Esquire
 401 Plymouth Road, Suite 100
 Plymouth Meeting, PA 19462
 Tel: (484) 531-1702
 Fax: (484) 531-1735
 Email: kcorbett@offitkurman.com

 *Attorney for Creditors,*
 *John and Marilyn Schade*

Dated: February 9, 2021

1