UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      STEPHEN TODD WALKER,      :      Chapter 11
:
Debtor      :      Bky. No. 20-13557 ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Continue the Confirmation Hearing filed by John E. Schade and Marilyn Schade ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. The Motion will be heard **today, February 10, 2021, at 2:00 p.m.**

3. If the Debtor does not consent to the relief, **the Debtor shall file a written response by 1:00 p.m. today**.

Date: February 10, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**