**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    STEPHEN TODD WALKER,    :    Chapter 11
:
Debtor    :    Bky. No.  20-13557 ELF

## O R D E R

**AND NOW**, following the hearing on confirmation of the Debtor's First Amended Chapter 11 Plan held and concluded on **February 10, 2021**, it is hereby **ORDERED** that:

1. The objectors to confirmation , John E. Schade and Marilyn Shade ("Schade"), shall file a memorandum in support of their objection **on or before February 17, 2021**.

2. The Debtor shall file a memorandum in response within seven (7) days of the filing Schade's memorandum.

Date:  February 10, 2021

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

-1-