United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephen Todd Walker  
    Debtor

Case No. 20-13557-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2021      Form ID: pdf900      Total Noticed: 10

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 11 2021 04:01:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 10 |

ANDREW L. SPIVACK
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor HSBC Bank USA  National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
    on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DENISE A. KUHN
    on behalf of Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov

ERIK L. COCCIA
    on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com

IRA A. GLAUBER
    on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com

JEROME B. BLANK
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com

JOSHUA C. QUINTER
    on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Plaintiff John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

KARIN CORBETT
    on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

LARRY M. KELLER
    on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

MATTHEW A. HAMERMESH
    on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
    on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

RICHARD E. FURTEK, CPA
    rfurtek@furtekassociates.com  cref11@trustesolutions.net

ROBERT M. GREENBAUM

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 10

    on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com  rgreenbaum@skhlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
    on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 29

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   STEPHEN TODD WALKER,   :   Chapter 11
                                :
         Debtor                 :   Bky. No. 20-13557 ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Continue the Confirmation Hearing filed by John E. Schade and Marilyn Schade ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. The Motion will be heard **today, February 10, 2021, at 2:00 p.m.**

3. If the Debtor does not consent to the relief, **the Debtor shall file a written response by 1:00 p.m. today**.

Date: February 10, 2021

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**