# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| STEPHEN TODD WALKER, | : | Bankruptcy No. 20-13557(ELF) |
| *Debtor.* | : | |

## ORDER

AND NOW, this <u>12th</u> day of <u>February</u>, 2021, upon consideration of the Emergency Motion to Continue Hearing to Confirm Debtor Stephen Todd Walker's First Amended Plan for Reorganization for Small Business under Chapter 11 Scheduled for February 10, 2021 at 2:00 pm ("the Motion"), filed by John E. Schade and Marilyn Schade, and after a hearing, and for the reasons stated in court it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

4)  All discovery related to Debtor's status as a stockbroker shall take place within forty-five (45) days of the date of this Order; and

5)  Briefs shall be submitted to this Court on the subject of Walker's Status as a stockbroker as it relates to his ability to file a Petition under Chapter 11 shall be filed within 60 days of the entry of this Order with argument and/or hearing to be set on the issue for a subsequent date on _____.

BY THE COURT:

_____
ERIC L. FRANK
United States Bankruptcy Judge

4849-0387-2475, v. 1