United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephen Todd Walker  
    Debtor

Case No. 20-13557-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 16, 2021      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 17 2021 05:39:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2021 05:39:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 11 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. SMITH | on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DENISE A. KUHN | on behalf of Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| ERIK L. COCCIA | on behalf of Creditor Morgan Stanley Smith Barney LLC ecoccia@dilworthlaw.com |
| IRA A. GLAUBER | on behalf of Creditor Morgan Stanley Smith Barney LLC iglauber@dilworthlaw.com |
| JEROME B. BLANK | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com |
| JOSHUA C. QUINTER | on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Creditor Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Plaintiff John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Creditor John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Marilyn E. kcorbett@offitkurman.com cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com |
| LARRY M. KELLER | on behalf of Creditor Sidkoff Pincus & Green, P.C. lmk@sidkoffpincusgreen.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| MATTHEW A. HAMERMESH | on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com |
| MATTHEW J. BORGER | on behalf of Creditor Noone & Borger LLC matt@nooneborger.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 11 |

RICHARD E. FURTEK, CPA
rfurtek@furtekassociates.com  cref11@trustesolutions.net

ROBERT M. GREENBAUM
on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com  rgreenbaum@skhlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 29

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                        :
In Re:                                  :      Chapter 11
                                        :
STEPHEN TODD WALKER,                    :      Bankruptcy No. 20-13557(ELF)
                                        :
         *Debtor.*                      :

## ORDER

AND NOW, this __12th__ day of _____February_____, 2021, upon consideration of the Emergency Motion to Continue Hearing to Confirm Debtor Stephen Todd Walker's First Amended Plan for Reorganization for Small Business under Chapter 11 Scheduled for February 10, 2021 at 2:00 pm ("the Motion"), filed by John E. Schade and Marilyn Schade, and after a hearing, and for the reasons stated in court it is hereby **ORDERED** that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

4)     All discovery related to Debtor's status as a stockbroker shall take place within forty-five (45) days of the date of this Order; and

5)     Briefs shall be submitted to this Court on the subject of Walker's Status as a stockbroker as it relates to his ability to file a Petition under Chapter 11 shall be filed within 60 days of the entry of this Order with argument and/or hearing to be set on the issue for a subsequent date on _____.

    BY THE COURT:

_____
ERIC L. FRANK
United States Bankruptcy Judge

4849-0387-2475, v. 1