**Fill in this information to identify the case:**

Debtor Name: Stephen Todd Walker

United States Bankruptcy Court for the: _____ District of _____

Case number: 20-13557

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: January 2021
Line of business: Finance
Date report filed: 02/20/2020 (MM/DD/YYYY)
NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Stephen Todd Walker
Original signature of responsible party: /s/ Stephen Todd Walker
Printed name of responsible party: Stephen Todd Walker

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name: Stephen Todd Walker

Case number: 20-13557

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 54,918.18

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 21,124.89

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 32,684.06

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -11,559.17

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 43,359.01

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    (Exhibit E)

    $ 0.00

Debtor Name Stephen Todd Walker                    Case number 20-13557

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ ____0.00____

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ ____0.00____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ____0.00____
30. How much have you paid this month in other professional fees?  $ ___6,926.70___
31. How much have you paid in total other professional fees since filing the case?  $ __14,426.75__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ 66,000.00 | − | $ 21,124.89 | = | $ 44,875.11 |
| 33. Cash disbursements | $ 30,000.00 | − | $ 32,684.06 | = | $ -2,684.06 |
| 34. Net cash flow | $ 36,000.00 | − | $ -11,559.17 | = | $ 47,559.17 |

35. Total projected cash receipts for the next month:                           $ 50,000.00
36. Total projected cash disbursements for the next month:                  − $ 30,000.00
37. Total projected net cash flow for the next month:                          = $ 20,000.00

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 3

Debtor Name  Stephen Todd Walker    Case number 20-13557

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

## Exhibit A

Not applicable

## Exhibit B

Not applicable.

## Exhibit C

**Receipts**

| | |
|---|---|
| 01/05/21 | $16,124.89 |
| 01/19/21 | $ 5,000.00 |

## Exhibit D

**Disbursements**

**Checks and Other Withdrawals**

| Date | Amount | Payee |
|---|---|---|
| 01/04/21 | $4,140.75 | Beucler |
| 01/04/21 | $ 239.38 | Barron's |
| 01/04/21 | $ 127.15 | Gladwyne Pharmacy |
| 01/05/21 | $ 100.00 | St. David's Church |
| 01/08/21 | $2,500.00 | Rachelle Grossman, Arbitrator |
| 01/08/21 | $ 64.38 | Sunoco |
| 01/12/21 | $4,679.00 | Child Support |
| 01/14/21 | $7,116.24 | Wells Fargo |
| 01/14/21 | $1,264.40 | PNC |
| 01/14/21 | $1,688.11 | PNC |
| 01/15/21 | $ 92.92 | Home Depot |
| 01/19/21 | $ 70.02 | Aqua |
| 01/19/21 | $ 263.73 | Xfinity |
| 01/19/21 | $ 811.60 | Merion Cricket Club |
| 01/19/21 | $ 76.77 | Giant |
| 01/19/21 | $ 54.38 | Longwood |
| 01/19/21 | $ 33.95 | TJMaxx |
| 01/20/21 | $1,395.53 | Chubb |
| 01/20/21 | $ 306.60 | Chubb |
| 01/20/21 | $ 74.20 | Excel |
| 01/20/21 | $ 74.20 | Excel |
| 01/20/21 | $ 50.00 | Shawn Schwartz |
| 01/20/21 | $ 500.00 | J. Halligan & Sons |
| 01/20/21 | $ 351.58 | Travelers |
| 01/20/21 | $ 222.01 | AT&T |

| Date | Amount | Payee |
|---|---|---|
| 01/20/21 | $ 147.40 | Gladwyne Pharmacy |
| 01/20/21 | $ 637.47 | Lower Merion Township |
| 01/21/21 | $ 222.01 | AT&T |
| 01/21/21 | $ 120.00 | DiscountMags.com |
| 01/25/21 | $ 20.00 | Bob Friggle |
| 01/25/21 | $ 91.21 | XOLO Tacos |
| 01/26/21 | $ 150.00 | Shana Schwartz |
| 01/26/21 | $ 37.00 | Amazon |
| 01/27/21 | $2,786.00 | Weber Gallagher |
| 01/27/21 | $ 29.60 | Verizon |
| 01/29/21 | $2,000.00 | Gary Friedlander |
| 01/29/21 | $ 145.97 | Wegmans |

## Exhibit E

## Accrued Payables Post-Petition - None

# TD Bank
America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

AV 01 178785 93323B517 A**5DGT

STEPHEN T WALKER
DIP CASE 20-13557 EDNY
611 ROSE LN
BRYN MAWR PA 19010-3644

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Jan 01 2021-Jan 31 2021 |
| Cust Ref #: | 4377266353-039-T-### |
| Primary Account #: | 437-7266353 |

## Chapter 11 Checking

STEPHEN T WALKER
DIP CASE 20-13557 EDNY

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 54,918.18 | Average Collected Balance | 52,479.62 |
| Deposits | 21,124.89 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 30,230.26 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,816.33 | Days in Period | 31 |
| Other Withdrawals | 637.47 | | |
| Ending Balance | 43,359.01 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | DEPOSIT | 16,124.89 |
| 01/19 | DEPOSIT | 5,000.00 |
| | Subtotal: | 21,124.89 |

**Checks Paid** No. Checks: 21   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/04 | 215 | 4,140.75 | 01/19 | 248 | 811.60 |
| 01/05 | 216 | 239.88 | 01/20 | 249 | 306.60 |
| 01/04 | 217 | 100.00 | 01/25 | 250 | 20.00 |
| 01/08 | 218 | 2,500.00 | 01/20 | 251 | 74.20 |
| 01/12 | 219 | 4,679.00 | 01/20 | 252 | 74.20 |
| 01/14 | 220 | 7,116.24 | 01/20 | 253 | 50.00 |
| 01/14 | 241* | 1,264.40 | 01/20 | 254 | 500.00 |
| 01/14 | 242 | 1,688.11 | 01/29 | 255 | 2,000.00 |
| 01/20 | 244* | 1,395.53 | 01/27 | 256 | 2,786.00 |
| 01/19 | 245 | 70.02 | 01/26 | 259* | 150.00 |
| 01/19 | 247* | 263.73 | | | |
| | | | | Subtotal: | 30,230.26 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 43,359.01 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ❷ | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** ❹ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about
- The dollar amount and date of the suspected error

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

STEPHEN T WALKER
DIP CASE 20-13557 EDNY

Page: 3 of 4
Statement Period: Jan 01 2021-Jan 31 2021
Cust Ref #: 4377266353-039-T-###
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | DEBIT POS, *****30085862084, AUT 010221 DDA PURCHASE GLADWYNE PHARM    GLADWYNE   * PA | 127.15 |
| 01/08 | DEBIT POS, *****30085862084, AUT 010821 DDA PURCHASE SUNOCO 00296822    GULPH MILLS  * PA | 64.38 |
| 01/15 | DEBIT POS, *****30085862084, AUT 011521 DDA PURCHASE THE HOME DEPOT 4188    KING OF PRUSS * PA | 92.92 |
| 01/19 | DEBIT POS, *****30085862084, AUT 011921 DDA PURCHASE GIANT 6506 50 E WYNNE    WYNNEWOOD   * PA | 76.77 |
| 01/19 | DEBIT CARD PURCHASE, *****30085862084, AUT 011621 VISA DDA PUR LONGWOOD21054    610 3885291   * PA | 54.38 |
| 01/19 | DEBIT POS, *****30085862084, AUT 011621 DDA PURCHASE TJMAXX 0 550 EAST LAN    ST DAVIDS   * PA | 33.95 |
| 01/20 | ELECTRONIC CK PMT-ARC, TRAVELERS PI CHECK PYMT 0246 | 351.58 |
| 01/20 | DEBIT CARD PURCHASE, *****30085862084, AUT 011921 VISA DDA PUR AT T BILL PAYMENT    800 331 0500  * GA | 222.01 |
| 01/20 | DEBIT POS, *****30085862084, AUT 012021 DDA PURCHASE GLADWYNE PHARM    GLADWYNE   * PA | 147.40 |
| 01/21 | ELECTRONIC CK PMT-ARC, AT&T SERVICES CHECKPAYMT 0243 | 222.01 |
| 01/21 | DEBIT CARD PURCHASE, *****30085862084, AUT 012021 VISA DDA PUR DISCOUNTMAGS COM    800 673 8187  * AZ | 120.00 |
| 01/25 | DEBIT CARD PURCHASE, *****30085862084, AUT 012321 VISA DDA PUR TST XOLO TACOS    BRYN MAWR   * PA | 91.21 |
| 01/26 | DEBIT CARD PURCHASE, *****30085862084, AUT 012421 VISA DDA PUR AMZN MKTP US LM50Q6LQ3   AMZN COM BILL * WA | 37.00 |
| 01/27 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 0257 | 29.60 |
| 01/29 | DEBIT POS, *****30085862084, AUT 012921 DDA PURCHASE WEGMANS KING 48 ONE VIL   KING OF PRUSS * PA | 145.97 |
| | Subtotal: | 1,816.33 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/20 | DEBIT | 637.47 |
| | Subtotal: | 637.47 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 54,918.18 | 01/19 | 52,719.79 |
| 01/04 | 50,550.28 | 01/20 | 48,960.80 |
| 01/05 | 66,435.29 | 01/21 | 48,618.79 |
| 01/08 | 63,870.91 | 01/25 | 48,507.58 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# TD Bank
America's Most Convenient Bank®

STEPHEN T WALKER
DIP CASE 20-13557 EDNY

STATEMENT OF ACCOUNT

Page: 4 of 4
Statement Period: Jan 01 2021-Jan 31 2021
Cust Ref #: 4377266353-039-T-###
Primary Account #:

## DAILY BALANCE SUMMARY

| DATE  | BALANCE   | DATE  | BALANCE   |
|-------|-----------|-------|-----------|
| 01/12 | 59,191.91 | 01/26 | 48,320.58 |
| 01/14 | 49,123.16 | 01/27 | 45,504.98 |
| 01/15 | 49,030.24 | 01/29 | 43,359.01 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender