# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| STEPHEN TODD WALKER, | : | Bankruptcy No. 20-13557(ELF) |
| *Debtor.* | : | |

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of April, 2021, I caused to be served the foregoing Reply of Creditors John E. Schade and Marilyn Schade to Morgan Stanley's Motion Pursuant to F.R.Bkr.P. 3018(a) to Change Vote Relating to Debtor's Chapter 11 Plan of Reorganization and to the Objection thereto of Debtor upon all parties on the Clerk's Service List via CM/ECF and on Debtor's counsel via electronic mail and via the CM/ECF system.

**OFFIT KURMAN, P.A.**

By: */s/ Karin Corbett*
Karin Corbett, Esquire
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Tel: (484) 531-1702
Fax: (484) 531-1735
Email: kcorbett@offitkurman.com

*Attorney for John and Marilyn Schade, Creditors*

Dated: April 21, 2021

1