# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **STEPHEN TODD WALKER,** | : | Chapter 11 |
| | | : | |
| | **Debtor** | : | Bky. No. 20-13557 ELF |

# O R D E R   C O N F I R M I N G   P L A N

**AND NOW**, the **Amended Plan** under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") (Doc # 132) having been filed by the Debtor;

**AND**, it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. §1191(a) have been satisfied,

It is therefore **ORDERED** that the Plan is **CONFIRMED**.

Date: April 30, 2021

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**