United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                   Case No. 20-13557-elf

Stephen Todd Walker                                                                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 30, 2021 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 01 2021 03:47:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2021 03:47:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021                                   Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 30, 2021 | Form ID: pdf900 | Total Noticed: 11 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:**

**Name**         **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor HSBC Bank USA  National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
    on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DENISE A. KUHN
    on behalf of Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov

ERIK L. COCCIA
    on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com

IRA A. GLAUBER
    on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com

JEROME B. BLANK
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com

JOSHUA C. QUINTER
    on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Plaintiff John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

KARIN CORBETT
    on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com

LARRY M. KELLER
    on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

MATTHEW A. HAMERMESH
    on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
    on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

RICHARD E. FURTEK, CPA

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Apr 30, 2021     Form ID: pdf900     Total Noticed: 11

rfurtek@furtekassociates.com cref11@trustesolutions.net

ROBERT M. GREENBAUM
on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com rgreenbaum@skhlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
on behalf of Creditor Morgan Stanley Smith Barney LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   STEPHEN TODD WALKER,   :   Chapter 11
                               :
         Debtor                :   Bky. No. 20-13557 ELF

# O R D E R   C O N F I R M I N G   P L A N

**AND NOW**, the **Amended Plan** under subchapter V of chapter 11 of the Bankruptcy Code ("the Plan") (Doc # 132) having been filed by the Debtor;

**AND**, it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. §1191(a) have been satisfied,

It is therefore **ORDERED** that the Plan is **CONFIRMED**.

Date:  April 30, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**