# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| STEPHEN TODD WALKER, | Case No. 20-13557 (ELF) |
| Debtor. | |

## ORDER

Upon the motion of Morgan Stanley Smith Barney LLC ("Morgan Stanley") to change its vote relating to the *Chapter 11 Plan of Reorganization for Small Business Debtor* [Dkt. No. 72], and after a hearing, it is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

Date: May 12, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**