United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephen Todd Walker  
    Debtor

Case No. 20-13557-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 12, 2021      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc |  | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr |  | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE |  | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr |  | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 13 2021 01:44:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2021 01:43:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

Case 20-13557-elf    Doc 171    Filed 05/14/21    Entered 05/15/21 00:50:46    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: pdf900 | Total Noticed: 11 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. SMITH | on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DENISE A. KUHN | on behalf of Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| ERIK L. COCCIA | on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com |
| IRA A. GLAUBER | on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com |
| JEROME B. BLANK | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com |
| JOSHUA C. QUINTER | on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Plaintiff John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| LARRY M. KELLER | on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| MATTHEW A. HAMERMESH | on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com |
| MATTHEW J. BORGER | on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| RICHARD E. FURTEK, CPA | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 12, 2021 | Form ID: pdf900 | Total Noticed: 11

on behalf of Trustee RICHARD E. FURTEK  CPA rfurtek@furtekassociates.com, cref11@trustesolutions.net

RICHARD E. FURTEK, CPA

rfurtek@furtekassociates.com  cref11@trustesolutions.net

ROBERT M. GREENBAUM

on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com  rgreenbaum@skhlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW

on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 30

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>STEPHEN TODD WALKER,<br><br>Debtor. | CHAPTER 11<br><br>Case No. 20-13557 (ELF) |

## ORDER

Upon the motion of Morgan Stanley Smith Barney LLC ("Morgan Stanley") to change its vote relating to the *Chapter 11 Plan of Reorganization for Small Business Debtor* [Dkt. No. 72], and after a hearing, it is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

Date: May 12, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**