IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| STEPHEN TODD WALKER, | ) Chapter 11 |
| | ) |
| | ) |
| Debtor. | ) Case No. 20-13557-elf |

## ORDER

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of September 3, 2020 through May 3, 2021 (the "Application"), it is hereby **ORDERED** that:

The Application is **GRANTED** and that Richard E. Furtek, CPA is **ALLOWED** compensation n rendering said services as Subchapter V Trustee, as a Chapter 11 administrative expense, in the amount of **$8,496.00**.

Date:  5/25/21

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE