UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING REQUEST FOR EXPEDITED CONSIDERATION OF MOTION OF DEBTOR (1) FOR AN ORDER (A) ESTABLISHING EFFECTIVE DATE OF DEBTOR'S CONFIRMED FIRST AMENDED PLAN AND (B) AUTHORIZING AND IMPLEMENTING CERTAIN TECHNICAL MODIFICATIONS THERETO PURSUANT TO BANKRUPTCY CODE SECTION 1193(b); AND (2) FOR EXPEDITED CONSIDERATION WITH LIMITED ELECTRONIC NOTICE
THEREOF PURSUANT TO LOCAL BANKRUPTCY RULE 5070-1(G)**

AND NOW, this 21st day of June, 2021, upon consideration of the Debtor's request for expedited consideration of MOTION OF DEBTOR (1) FOR AN ORDER (A) ESTABLISHING EFFECTIVE DATE OF DEBTOR'S CONFIRMED FIRST AMENDED PLAN AND (B) AUTHORIZING AND IMPLEMENTING CERTAIN TECHNICAL MODIFICATIONS THERETO PURSUANT TO BANKRUPTCY CODE SECTION 1193(b); AND (2) FOR EXPEDITED CONSIDERATION WITH LIMITED ELECTRONIC NOTICE THEREOF PURSUANT TO LOCAL BANKRUPTCY RULE 5070-1(G) (the "Motion"), and sufficient cause appearing to hear the Motion on an expedited basis and with limited electronic notice, it is hereby ORDERED that

1. The request for expedited consideration of the Motion is hereby **GRANTED** and a hearing on the Motion is scheduled telephonically using the Court's Teleconferencing Procedures for Outside Callers for **June 23, 2021 at 11:00 a.m**.

2. Any party objecting to the Motion or otherwise who wishes to be heard need not file a written objection, but must participate in the telephonic hearing and orally present an answer or objection explaining your position.

3. The Debtor shall serve a copy of this Order, together with the Motion, no later than **5:00 p.m. on June 21, 2021** via ecf or e-mail upon all parties on the Clerk's Service List as well as the Office of the United States Trustee and the Subchapter V Trustee.

_____
Eric L. Frank
United States Bankruptcy Judge