**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, David B. Smith, Esquire, do hereby certify that on June 21, 2021, I caused a true and correct copy of the ORDER APPROVING REQUERST FOR EXPECTED CONSIDERATION OF MOTION OF DEBTOR (1) FOR AN ORDER (A) ESTABLISHING EFFECTIVE DATE OF DEBTOR'S CONFIRMED FIRST AMENDED PLAN AND (B) AUTHORIZING AND IMPLEMENTING CERTAIN TECHNICAL MODIFICATIONS THERETO PURSUANT TO BANKRUPTCY CODE SECTION 1193(b); AND (2) FOR EXPEDITED CONSIDERATION WITH LIMITED ELECTRONIC NOTICE THEREOF PURSUANT TO LOCAL BANKRUPTCY RULE 5070-1(G) (*Dkt. No. 179)* upon all parties on the Clerk's Service List as well as the Office of the United States Trustee and the Subchapter V Trustee through the Court's ECF system or by e-mail.

Date: June 22, 2021                           By:  /s/ David B. Smith