UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Bky. No. 20-13557 (ELF) |
| | : | |
| Debtor. | : | |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion (1) for An Order:

(A) Establishing Effective Date of the Debtor's Confirmed Plan ("the Plan"); and

(B) Authorizing and Implementing Certain Technical Modifications to the Plan Pursuant to 11 U.S.C. §1193(B);

**AND**, after a hearing;

**AND**, for the reasons stated in court;

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED IN PART AND DEFERRED IN PART**.

2. The **Effective Date** of Amended Plan is **June 24, 2021**.

3. Notwithstanding the requirement that the §507(a)(1) claim of Dorothy Walker be paid in full for the Effective Date to occur, by the consent of Ms. Walker, the Disbursing Agent shall pay the sum of ***$67,457.12*** to Ms. Walker, and the Shortfall (as defined in the Motion) shall maintain its identity as a §507(a)(1) claim with priority over all other claims (except for the Disbursing Agent's monthly fee of $400) until paid in full.

1

4. The Amended Plan is hereby **MODIFIED** such that pursuant to 11 U.SC. §1183(c)(1), the Trustee's duties as a Subchapter V Trustee are **TERMINATED** upon the Effective Date, but Richard Furtek will continue to fulfill his responsibilities under the Amended Plan as a "Disbursing Agent," not as a Subchapter V Trustee. References in the Plan to the Subchapter V Trustee's responsibilities post-confirmation to implement the terms of the Amended Plan shall be deemed to refer to the Subchapter V Trustee in his capacity as the "Disbursing Agent," not in his role as the pre-confirmation Subchapter V Trustee.

5. The Amended Plan is further **MODIFIED** such that the Disbursing Agent is not required to comply with the Post-Confirmation Distribution Reports set forth in Local Bankruptcy Rule 3021-1 given that the Article 7 of the Amended Plan provides for adequate post-confirmation reporting, with the proviso that the Disbursing Agent shall make the information the Debtor provides to the Disbursing Agent pursuant to Article 7 available to any party in interest who requests the information.

6. A further hearing is **SCHEDULED** on **July 7, 2021, at 11:00 a.m.** to consider the bonding requirements, if any, of the Disbursing Agent.

**Date: June 24, 2021**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**