United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-13557-elf

Stephen Todd Walker                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 24 2021 23:43:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2021 23:43:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021                  Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 11 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor HSBC Bank USA  National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | |
| | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com |
| DAVE P. ADAMS | |
| | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. SMITH | |
| | on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DENISE A. KUHN | |
| | on behalf of Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| ERIK L. COCCIA | |
| | on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com |
| IRA A. GLAUBER | |
| | on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com |
| JEROME B. BLANK | |
| | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 paeb@fedphe.com |
| JOSHUA C. QUINTER | |
| | on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | |
| | on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | |
| | on behalf of Plaintiff John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | |
| | on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| KARIN CORBETT | |
| | on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | |
| | on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | |
| | on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | |
| | on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| KARIN CORBETT | |
| | on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com |
| LARRY M. KELLER | |
| | on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com |
| MARIO J. HANYON | |
| | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| MATTHEW A. HAMERMESH | |
| | on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com |
| MATTHEW J. BORGER | |
| | on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| RICHARD E. FURTEK, CPA | |

District/off: 0313-2                                    User: admin                                                Page 3 of 3
Date Rcvd: Jun 24, 2021                             Form ID: pdf900                                    Total Noticed: 11

                                    on behalf of Trustee RICHARD E. FURTEK  CPA rfurtek@furtekassociates.com, cref11@trustesolutions.net

RICHARD E. FURTEK, CPA
                                    rfurtek@furtekassociates.com  cref11@trustesolutions.net

ROBERT M. GREENBAUM
                                    on behalf of Debtor Stephen Todd Walker rgreenbaum@skhlaw.com  rgreenbaum@skhlaw.com

United States Trustee
                                    USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
                                    on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com,
                                    cchapman-tomlin@dilworthlaw.com,cct@dilworthlaw.com;mdolan@dilworthlaw.com


TOTAL: 30

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | : | **CHAPTER 11** |
|  | : |  |
| **STEPHEN TODD WALKER** | : | **Bky. No. 20-13557 (ELF)** |
|  | : |  |
|  | : |  |
|  | : |  |
| **Debtor.** | : |  |
|  | : |  |

**O R D E R**

**AND NOW**, upon consideration of the Debtor's Motion (1) for An Order:

    (A) Establishing Effective Date of the Debtor's Confirmed Plan ("the Plan"); and

    (B) Authorizing and Implementing Certain Technical Modifications to the Plan Pursuant to 11 U.S.C. §1193(B);

**AND**, after a hearing;

**AND**, for the reasons stated in court;

It is hereby **ORDERED** and **DETERMINED** that:

1.  The Motion is **GRANTED IN PART AND DEFERRED IN PART**.

2.  The **Effective Date** of Amended Plan is **June 24, 2021**.

3.  Notwithstanding the requirement that the §507(a)(1) claim of Dorothy Walker be

    paid in full for the Effective Date to occur, by the consent of Ms. Walker, the

    Disbursing Agent shall pay the sum of ***$67,457.12*** to Ms. Walker, and the

    Shortfall (as defined in the Motion) shall maintain its identity as a §507(a)(1) claim

    with priority over all other claims (except for the Disbursing Agent's monthly fee

    of $400) until paid in full.

4.  The Amended Plan is hereby **MODIFIED** such that pursuant to 11 U.SC. §1183(c)(1), the Trustee's duties as a Subchapter V Trustee are **TERMINATED** upon the Effective Date, but Richard Furtek will continue to fulfill his responsibilities under the Amended Plan as a "Disbursing Agent," not as a Subchapter V Trustee.  References in the Plan to the Subchapter V Trustee's responsibilities post-confirmation to implement the terms of the Amended Plan shall be deemed to refer to the Subchapter V Trustee in his capacity as the "Disbursing Agent," not in his role as the pre-confirmation Subchapter V Trustee.

5.  The Amended Plan is further **MODIFIED** such that the Disbursing Agent is not required to comply with the Post-Confirmation Distribution Reports set forth in Local Bankruptcy Rule 3021-1 given that the Article 7 of the Amended Plan provides for adequate post-confirmation reporting, with the proviso that the Disbursing Agent shall make the information the Debtor provides to the Disbursing Agent pursuant to Article 7 available to any party in interest who requests the information.

6.  A further hearing is **SCHEDULED** on **July 7, 2021, at 11:00 a.m.** to consider the bonding requirements, if any, of the Disbursing Agent.

**Date: June 24, 2021**  _____

  **ERIC L. FRANK**
  **U.S. BANKRUPTCY JUDGE**