# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | Case No. 20-13557 (ELF) |
| | : | |
| Debtor | : | |

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Debtor, certifies as follows:

1. On June 24, 2021, the undersigned filed with this Court a certain Second and Final Fee Application of Smith Kane Holman, LLC As Counsel To Stephen Todd Walker, for the time period January 7, 2021 through April 30, 2021 (the "Application"), notice or a copy of which was sent to all parties entitled to same on June 24, 2021.

2. Any answers, objections or responses to the Application were due on or before July 8, 2021.

3. To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Application.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

SMITH KANE HOLMAN, LLC

Dated: July 9, 2021         By: /s/ David B. Smith_____
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
Attorneys for Stephen Todd Walker