# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| STEPHEN TODD WALKER, | : | Bankruptcy No. 20-13557(ELF) |
| *Debtor.* | : | |

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of August 2021, I caused to be served the foregoing Amended Complaint to be served upon all parties on the Clerk's Service List via CM/ECF and on Debtor's counsel via the CM/ECF system.

 

**OFFIT KURMAN, P.A.**

By: */s/ Joshua Quinter*
Joshua Quinter, Esquire
Karin Corbett, Esquire
401 Plymouth Road, Suite 100
Plymouth Meeting, PA 19462
Tel: (484) 531-1701
Fax: (484) 531-1735
Email: kcorbett@offitkurman.com

*Attorney for Creditors,
John and Marilyn Schade*

Dated: August 9, 2021

1