**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STEPHEN TODD WALKER | : | Bankruptcy No. 20-13557-ELF |
| | : | |
| | : | |
| Debtor | : | |

## WITHDRAWAL AND NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Denise A. Kuhn, Senior Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue.

Kindly enter the appearance of Carol E. Momjian, Senior Deputy Attorney General, on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Carol E. Momjian.

JOSH SHAPIRO
ATTORNEY GENERAL

| WITHDRAWAL | | ENTRY | |
|---|---|---|---|
| BY: | */s/ Denise A. Kuhn* | BY: | */s/ Carol E. Momjian* |
| | Denise A. Kuhn | | Carol E. Momjian |
| | Senior Deputy Attorney General | | Senior Deputy Attorney General |
| | PA Attorney No. 46806 | | PA Attorney No. 49219 |
| | Office of Attorney General | | Office of Attorney General |
| | 1600 Arch Street, Suite 300 | | 1600 Arch Street, Suite 300 |
| | Philadelphia, PA 19103 | | Philadelphia, PA 19103 |
| | Tel: (215) 560-2131 | | Tel: (215) 560-2128 |
| | Fax: (717) 772-4526 | | Fax: (717) 772-4526 |
| | Email: dkuhn@attorneygeneral.gov | | Email: cmomjian@attorneygeneral.gov |

DATED:  November 2, 2021

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STEPHEN TODD WALKER | : | Bankruptcy No. 20-13557-ELF |
| | : | |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, Carol E. Momjian, hereby certify that *Withdrawal and Notice of Appearance* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: November 2, 2021                              Respectfully submitted,

                                                                        JOSH SHAPIRO
                                                                        ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA    By:   */s/ Carol E. Momjian*
OFFICE OF ATTORNEY GENERAL                    CAROL E. MOMJIAN
The Phoenix Building                                          Senior Deputy Attorney General
1600 Arch Street, Suite 300                                PA Attorney No. 49219
Philadelphia, PA 19103
Tel.: (215) 560-2128                                          JASON L. SWARTLEY
Fax: (717) 772-4526                                           Chief Deputy Attorney General
Email: cmomjian@attorneygeneral.gov      Financial Enforcement Section