UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **STEPHEN TODD WALKER,**     :     Chapter 11
:
**Debtor**     :     Bky. No.  20-13557 ELF

## O R D E R

**AND NOW**, upon consideration of the Debtor's request for an expedited hearing on the Debtor's Combined Motion

> (1) Pursuant To Sections 1123(a)(5)(D) And 1146(a) Of The Bankruptcy Code Approving An Asset Sale Agreement And Authorizing The Sale Of The Debtor's Property Located At 1150 Youngsford Road, Gladwyne, Pa Pursuant To A Confirmed Plan Free And Clear Of All Liens, Claims, Encumbrances And Interests And Free Of Transfer Tax,
>
> (2) Partially Avoiding A Certain Judicial Lien On The Basis That It Impairs The Debtor's Exemptions Under Section 522(f)(1)(A) And Is Partially Unsecured Under Section 506(a) Of The Bankruptcy Code,
>
> (3) Determining That A Tax Lien Is Fully Unsecured Under 506(a) Of The Bankruptcy Code;
>
> (4) Avoiding A So-Called Equitable Mortgage Under Bankruptcy Code Sections 506(a) And 522(f)(1)(A); and
>
> (5) Allowing And Paying A Claim Under 506(c) Of The Bankruptcy Code For Preserving And Disposing Of Property Of The Estate ("the Motion"),

(Doc. #'s 195-96)

It is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled **by VIDEO CONFERENCE** on **December 22, 2021, at 1:00 p.m**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. Any part appearing and wishing to offer any documents into evidence shall file the documents with the court and send them to the Courtroom Deputy (Pamela_Blalock@paeb.uscourts.gov) in pdf format **on or before December 21, 2021**.

5. The Debtor shall serve the Motion and this Order on the U.S. Trustee, all secured creditors, all priority creditors and all other parties who have requested notice under Fed. R. Bankr. P. 2002 by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on **December 15, 2021**.  Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

6. The Debtor shall file a Certification of Service as required by Local Rule 9014-4.

**Date: December 14, 2021**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**