# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>STEPHEN TODD WALKER<br><br>HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2,<br>     Respondent<br><br>vs.<br><br>STEPHEN TODD WALKER,<br>     Debtor | Case No. 20-13557-elf<br>Chapter 11 |

## CONDITIONAL NON-OPPOSITIONAL RESPONSE TO MOTION TO SELL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

**COMES NOW**, HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2 (herein, "Respondent") by and through undersigned counsel, and hereby responds to the Motion to Sell Property Free and Clear of Liens [Doc. 195] filed on December 14, 2021 and in support thereof, Respondent files this limited response to state that HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2 has a secured lien on the Property. A Payoff was provided to Debtor's counsel on or about December 17, 2021 that listed a total debt of $595,630.30. This Payoff had a good thru date of January 14, 2022. Respondent objects to any Order permitting sale of the property without paying Respondent's lien is paid in full of the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date

**WHEREFORE**, Respondent respectfully requests that any order permitting the sale of the Real Property condition the same upon the conditions set forth above and for any other relief the Court deems just and proper.

This the 20th day of December 2021

>*/s/ Andrew Spivack*
>Andrew Spivack
>(Bar No. 84439)
>Attorney for Creditor
>BROCK & SCOTT, PLLC
>302 Fellowship Road, Suite 130
>Mount Laurel, NJ 08054
>Telephone:  844-856-6646 x3017
>Facsimile:  704-369-0760
>E-Mail:  PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>STEPHEN TODD WALKER<br><br>HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2,<br>    Respondent<br><br>vs.<br><br>STEPHEN TODD WALKER,<br>    Debtor | Case No. 20-13557-elf<br>Chapter 11 |

## ORDER

**AND NOW**, upon consideration of Debtor's Motion to Approve an Asset Sale Agreement and Authorizing the Sale of the Debtor's Property Free and clear of All Liens, claims, Encumbrances and Interests and Free of Transfer Tax, and upon notice, and opportunity for hearing, and the responses thereto, the Motion is hereby **ORDERED** that the Motion is CONDITIONALLY GRANTED pursuant to the terms of this Order as follows:

It is **ORDERED** that the sale of Real Property located at **1150 Youngsford Road, Gladwyne, PA 19035** (the "Property") pursuant to the terms of the agreement of sale as more fully described in the Motion to Approve an Asset Sale Agreement and Authorizing the Sale of the Debtor's Property Free and clear of All Liens, claims, Encumbrances and Interests and Free of Transfer Tax for the purchase price of $1,500,000; and it is further

**ORDERED** that the mortgage lien of HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2 shall remain a valid lien against the Property until it is paid in full; Deadline for the sale closing and receipt of funds should be within 90 days from the date of the Order; and it is further

**ORDERED** that the Debtor shall satisfy the mortgage lien of HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2 by paying the full amount due subject to a payoff quote good through the settlement date.

                                                                        _____

                                                                        Honorable Eric L. Frank  
                                                                        U.S Bankruptcy Court Judge

Date:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>STEPHEN TODD WALKER<br><br>HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2007-2,<br>    Respondent<br><br>vs.<br><br>STEPHEN TODD WALKER,<br>    Debtor | Case No. 20-13557-elf<br>Chapter 11 |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Debtor's Motion to Approve Sale has been electronically served or mailed, postage prepaid on this day to the following:

STEPHEN TODD WALKER
611 ROSE LN
BRYN MAWR, PA 19010-3644

Smith Kane
112 Moores Road, Suite 300
Malvern, PA 19355
rgreenbaum@skhlaw.com


Furtek & Associates, LLC. SUBCHAPTER V TRUSTEE, Bankruptcy Trustee
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

<u>December 20, 2021</u>

                                      <u>*/s/ Andrew Spivack*</u>
                                      Andrew Spivack
                                      (Bar No. 84439)
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC
                                      302 Fellowship Road, Suite 130
                                      Mount Laurel, NJ 08054
                                      Telephone:  844-856-6646 x3017
                                      Facsimile:  704-369-0760
                                      E-Mail:  PABKR@brockandscott.com