| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>Stephen Todd Walker | Case Number:<br>2:2020-bk-13557 | |
| Name of Creditor:<br>Bank of America, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **2465**  UCID: **WFCMGE2013557PAE46662465** | | __ Check this box if the account number has changed. |
| 2.   Court Claim Number: **1** | | |
| 3.   **Signature:**<br><br> Check the appropriate box.<br>        I am the creditor.<br>   X  I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>        I am the trustee, or the debtor.<br>        I am a guarantor, surety, endorser, or other codebtor.<br><br>  By: ___/s/ Karen Sue Branas___         Date: __01/18/2022__<br>          VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           CASE NO.:     20-13557

**Stephen Todd Walker**                     CHAPTER:     11

           **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 18, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                      Stephen Todd Walker
                                      611 Rose Lane
                                      Bryn Mawr, PA 19010

*Debtor's Attorney:*           *By CM / ECF Filing:*

                                      ROBERT M. GREENBAUM
                                      Smith Kane Holman, LLC
                                      112 Moores Road
                                      Ste 300
                                      Malvern, PA 19355

                                      *By CM / ECF Filing:*

                                      DAVID B. SMITH
                                      Smith Kane Holman, LLC
                                      112 Moores Road, Suite 300
                                      Malvern, PA 19355

*Trustee:*                         *By CM / ECF Filing:*

*Trustee:*     RICHARD E. FURTEK, CPA
Furtek & Associates, LLC.
SUBCHAPTER V TRUSTEE
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)