# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>STEPHEN TODD WALKER<br>    Debtor | Case No. 20-13557-elf |
| Bank of America, N.A.,<br>    Movant | Chapter 11 |
| vs.<br>STEPHEN TODD WALKER<br>    Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, it is hereby **ORDERED** that the parties' Stipulation (Doc. # 212) is hereby approved.

Date: 5/31/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**