IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| STEPHEN TODD WALKER | Bankruptcy No. 20-13557(ELF) |
| Debtor | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

    Effective immediately, kindly withdraw the appearance of Robert M. Greenbaum, Esquire on behalf of the Debtor in the above-captioned matter.

                                    /s/ Robert M. Greenbaum

Date:  January 31, 2023