# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| STEPHEN TODD ) | |
| WALKER, ) | |
| Debtor. ) | Case No. 20-13557-elf |

## CHAPTER 11 SUBCHAPTER V TRUSTEE REPORT OF
## NO DISTRIBUTION

I, **Richard E. Furtek, CPA**, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: **$0.00**. A consensual plan was confirmed on **April 30, 2021**. No plan payments were made to the trustee. Pursuant to 11 U.S.C. § 330(a), on **May 25, 2021,** the Court ordered compensation of $**8,496.00** be awarded to the trustee. The compensation has not been paid by the debtor or the disbursing agent to the trustee. I hereby certify that my administration of the estate as the Subchapter V Trustee of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: 2/8/2023

FURTEK & ASSOCIATES, LLC

By:   */s/ Richard E. Furtek*
*Subchapter V Trustee*

Richard E. Furtek, CPA
Valleybrooke Corporate Center
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (610) 768-8030
Email: RFurtek@furtekassociates.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(V)-NDR  E