**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **STEPHEN TODD WALKER,** | : | Chapter 11 |
| | | : | |
| | **Debtor** | : | Bky. No.  20-13557 ELF |

# D I S C H A R G E   O R D E R

**AND NOW**, the **Debtor's Amended Plan** under subchapter V of chapter 11 of the Bankruptcy Code having been c o n f i r m e d   u n d e r  11 U.S.C. §1191(a) b y  t h i s   c o u r t  o n  **A p r i l 3 0 , 2 0 2 1** ,  the Debtor is granted a **DISCHARGE** of all debts dischargeable under the Bankruptcy Code and the confirmed plan.

Date:  February 15, 2023

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**