United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen Todd Walker  
    Debtor

Case No. 20-13557-elf  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 15, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

**Recip ID**      **Recipient Name and Address**  
db      + Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:**

**Name**      **Email Address**

ANDREW L. SPIVACK  
on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK  
on behalf of Creditor HSBC Bank USA  National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK  
on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS  
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CAROL E. MOMJIAN  
on behalf of Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

Case 20-13557-elf    Doc 221    Filed 02/17/23    Entered 02/18/23 00:30:28    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
    on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

ERIK L. COCCIA
    on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com

IRA A. GLAUBER
    on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com

JEROME B. BLANK
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 jblank@pincuslaw.com

JOSHUA C. QUINTER
    on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Plaintiff John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KATHRYN ELIZABETH PETTIT
    on behalf of Plaintiff Marilyn Schade kpettit@offitkurman.com

KATHRYN ELIZABETH PETTIT
    on behalf of Plaintiff John E. Schade kpettit@offitkurman.com

LARRY M. KELLER
    on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW A. HAMERMESH
    on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
    on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com

Richard E Furtek
    rfurtek@furtekassociates.com  cref11@trustesolutions.net

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
    on behalf of Creditor Morgan Stanley Smith Barney  LLC ycaplow@dilworthlaw.com, ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

District/off: 0313-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Feb 15, 2023　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 1
TOTAL: 32

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    STEPHEN TODD WALKER,    :    Chapter 11
:
Debtor    :    Bky. No. 20-13557 ELF

# DISCHARGE ORDER

**AND NOW**, the **Debtor's Amended Plan** under subchapter V of chapter 11 of the Bankruptcy Code having been confirmed under 11 U.S.C. §1191(a) by this court on **April 30, 2021**, the Debtor is granted a **DISCHARGE** of all debts dischargeable under the Bankruptcy Code and the confirmed plan.

Date: February 15, 2023

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE