**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| Stephen Todd Walker | : | Bky No. 20-13557-elf |
| Debtor | : | |

## ORDER

And now, this 28th day of February 2023, it is HEREBY ORDERED that the Clerk of Court shall transfer the above-captioned matter to the docket of the Honorable Magdeline D. Coleman.

_____
Eric L. Frank
U.S. Bankruptcy Judge