United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13557-mdc |
| Stephen Todd Walker | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C., 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |
| 14536063 | | BANK OF AMERICA, N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14571808 | + | Bank of America, N.A., c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14534510 | + | Business Consulting Group, LLC, 10 Brook Street, Westwood, MA 02090-3414 |
| 14534512 | + | Debra G. Speyer, Esquire, 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14566592 | + | Denise Kuhn, SDAG, PA Office of Attorney General, 1600 Arch Street, Suite 300, Phila., PA 19103-2016 |
| 14563161 | + | Dorothy Schade Walker, c/o Matthew A. Hamermesh, Esquire, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| 14540109 | + | Dorothy Walker, c/o Matthew A. Hamermesh, Esq, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| 14534514 | + | Dorothy Walker, c/o Helen Casale, Esquire, 401 DeKalb Street, 4th Floor, Norristown, PA 19401-4909 |
| 14534515 | + | Erik L. Coccia, Esquire, Christie Callahan Comerford, Esquire, Dilworth Paxson, LLP, 1500 Market Street, Suite 3500 E, Philadelphia, PA 19102-2100 |
| 14534516 | + | Gary Green, Esq., Larry M. Keller, Esq.,, Samantha F. Green, Esq., Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |
| 14539879 | | HSBC BANK USA,NATIONAL ASSOCIATION AS TRUSTEE FOR, c/o Jerome B. Blank, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14569688 | + | HSBC Bank USA, National Association et al, C/O Andrew Spivack, Esq, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14534517 | + | Haines & Associates, 1339 Chestnut Street, Suite 530, Philadelphia, PA 19107-3519 |
| 14534519 | + | Ira Glauber, Esquire, Dilworth Paxson, LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| 14539409 | + | John E. Schade, Marilyn Schade, c/o Karin Corbett, Esq, 401 Plymouth Road, Ste 100, Plymouth Meeting, PA 19462-1651 |
| 14539616 | + | John E. Schade & Marilyn Schade, c/o JOSHUA C. QUINTER, Esquire, Offit Kurman, P.C., 401 Plymouth Road Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534520 | | John and Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| 14534521 | + | Joshua C. Quinter, Esquire, Karin Corbett, Esquire, Kathryn Pettit, Esquire, 401 Plymouth Rd., Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534522 | + | Lower MerionTownship, 75 E. Lancaster Avenue, Ardmore, PA 19003-2300 |
| 14534523 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 14534524 | + | Morgan Stanley Smith Barney LLC, 2000 Westchester Avenue, Purchase, NY 10577-2539 |
| 14562271 | + | Morgan Stanley Smith Barney LLC, c/o Dilworth Paxson LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| 14536535 | + | Morgan Stanley Smith Barney, LLC, c/o Erik L. Coccia, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14536567 | + | Morgan Stanley Smith Barney, LLC, c/o Yonit A. Caplow, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14534525 | + | Nancy Walker, 840 Montgomery Avenue, Apartment 802, Bryn Mawr, PA 19010-3332 |
| 14560222 | + | Noone & Borger LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| 14534526 | + | Noone & Borger, LLC, c/o Matthew J. Borger, Esq., 32 S. Church Street, West Chester, PA 19382-3221 |
| 14549729 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14534531 | + | RBC, 60 South 6th Street, Minneapolis, MN 55402-1125 |
| 14550365 | + | Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | |
|---|---|---|
| 14534533 | + | Sidkoff, Pincus & Green, P.C., c/o Larry M. Keller, Esq, 1101 Market Street, Ste 2700, Philadelphia, PA 19107-2927 |
| 14571606 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14534535 | + | Winget, Spadafora & Schwartzberg, LLP, attention: Denis Dice, 1528 Walnut Street, Suite 1502, Philadelphia, PA 19102-3611 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 01 2023 00:34:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 00:34:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14545668 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2023 00:39:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14534507 | + | Email/PDF: bncnotices@becket-lee.com | Mar 01 2023 00:39:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14534508 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 01 2023 00:34:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14550353 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 01 2023 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14534509 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 01 2023 00:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14535049 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 01 2023 00:34:00 | Dave P. Adams, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania 19106-2908 |
| 14558799 | | Email/Text: mrdiscen@discover.com | Mar 01 2023 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14534513 | + | Email/Text: mrdiscen@discover.com | Mar 01 2023 00:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14550377 | + | Email/Text: flyersprod.inbound@axisai.com | Mar 01 2023 00:34:00 | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14550746 | | Email/Text: flyersprod.inbound@axisai.com | Mar 01 2023 00:34:00 | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14545100 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 01 2023 00:34:00 | HSBC BANK USA, NATIONAL ASSOCIATION et al, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14547704 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2023 00:34:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14569689 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 01 2023 00:34:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14562478 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2023 00:34:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14534530 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2023 00:34:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14534527 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 00:34:00 | Pennsylvania Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14563712 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 67 |

| | | Mar 01 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
|---|---|---|---|
| 14534528 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 00:34:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14534529 | + Email/Text: BKEBN-Notifications@ocwen.com | Mar 01 2023 00:34:00 | Phh Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14534532 | + Email/Text: flyersprod.inbound@axisai.com | Mar 01 2023 00:34:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14571607 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2023 00:39:02 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14538004 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2023 00:38:59 | Wells Fargo Bank, N.A., MAC N9286-01Y, P O Box 1629, Minneapolis MN 55440-1629 |
| 14534534 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2023 00:38:59 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | *+ | WELLS FARGO BANK, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14534518 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue, Insolvency Unit, 600 Arch Street, Philadelphia, PA 19106 |
| 14534511 | ##+ | Deborah Zitomer, Esquire, L.L.C., 11 E. Airy Street, Norristown, PA 19401-4815 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 67 |

**ANDREW L. SPIVACK**
on behalf of Creditor HSBC Bank USA National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

**BRIAN CRAIG NICHOLAS**
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**CAROL E. MOMJIAN**
on behalf of Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

**CHARLES GRIFFIN WOHLRAB**
on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com

**DAVE P. ADAMS**
on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

**DAVID B. SMITH**
on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**ERIK L. COCCIA**
on behalf of Creditor Morgan Stanley Smith Barney LLC ecoccia@dilworthlaw.com

**IRA A. GLAUBER**
on behalf of Creditor Morgan Stanley Smith Barney LLC iglauber@dilworthlaw.com

**JEROME B. BLANK**
on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 jblank@pincuslaw.com

**JOSHUA C. QUINTER**
on behalf of Creditor Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

**JOSHUA C. QUINTER**
on behalf of Creditor John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

**JOSHUA C. QUINTER**
on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

**JOSHUA C. QUINTER**
on behalf of Plaintiff John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

**KARIN CORBETT**
on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Creditor John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Marilyn E. kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KATHRYN ELIZABETH PETTIT**
on behalf of Plaintiff John E. Schade kpettit@offitkurman.com

**KATHRYN ELIZABETH PETTIT**
on behalf of Plaintiff Marilyn Schade kpettit@offitkurman.com

**LARRY M. KELLER**
on behalf of Creditor Sidkoff Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

**MARIO J. HANYON**
on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MATTHEW A. HAMERMESH**
on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

**MATTHEW J. BORGER**
on behalf of Creditor Noone & Borger LLC matt@nooneborger.com

**Richard E Furtek**
rfurtek@furtekassociates.com cref11@trustesolutions.net

District/off: 0313-2      User: admin      Page 5 of 5
Date Rcvd: Feb 28, 2023      Form ID: pdf900      Total Noticed: 67

Richard E Furtek
     on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
     on behalf of Creditor Morgan Stanley Smith Barney LLC ycaplow@dilworthlaw.com, ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 32

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    :

    Stephen Todd Walker    :    Bky No. 20-13557-elf

        Debtor    :

---

ORDER

And now, this 28th day of February 2023, it is HEREBY ORDERED that the Clerk of Court shall transfer the above-captioned matter to the docket of the Honorable Magdeline D. Coleman.

_____
Eric L. Frank
U.S. Bankruptcy Judge