# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>　　STEPHEN TODD WALKER,<br><br>　　　　　Plaintiff. | Chapter 11<br><br>Bky. No. 20-13557-elf |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Dorothy Schade Walker, a creditor in the above-captioned case, hereby notifies the Court and all other parties that she is withdrawing her proof of claim number 17, filed on November 23, 2020.

|  |  |
|---|---|
|  | HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER |
| Dated: March 5, 2024 | By: _/s/ Matthew A. Hamermesh_<br>　　　Matthew A. Hamermesh<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>T: 215 568 6200<br>F: 215 568 0300<br>E: mhamermesh@hangley.com<br><br>*Counsel for Creditor, Dorithy Schade Walker* |