## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>    STEPHEN TODD WALKER,<br><br>                 Plaintiff. | Chapter 11<br><br>Bky. No. 20-13557-elf |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Dorothy Schade Walker, a creditor in the above-captioned case, hereby notifies the Court and all other parties that she is withdrawing her proof of claim number 17, filed on November 23, 2020.

                                                    HANGLEY ARONCHICK SEGAL
                                                    PUDLIN & SCHILLER

Dated: March 5, 2024                    By:   */s/ Matthew A. Hamermesh*
                                                            Matthew A. Hamermesh
                                                    One Logan Square, 27th Floor
                                                    Philadelphia, PA 19103
                                                    T: 215 568 6200
                                                    F: 215 568 0300
                                                    E: mhamermesh@hangley.com

                                                    *Counsel for Creditor, Dorithy Schade Walker*