**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| STEPHEN TODD WALKER, | Case No. 20-13557 (AMC) |
| Debtor. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*) and Section 1109(b) of Title 11 of the United States Code (the *"Bankruptcy Code"*), the undersigned, as proposed counsel for Stephen Todd Walker, debtor in the above-captioned bankruptcy proceeding, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at:

> Nicholas M. Engel, Esquire
> SMITH KANE HOLMAN, LLC
> 112 Moores Road, Suite 300
> Malvern, PA  19355
> Telephone: (610) 407-7216
> Facsimile: (610) 407-7218
> e-mail:  nengel@skhlaw.com

***PLEASE TAKE FURTHER NOTICE*** that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery,

telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case.

SMITH KANE HOLMAN, LLC

Date: May 24, 2024

By: /s/ Nicholas M. Engel
Nicholas M. Engel, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
*Counsel to the Debtor*