*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephen Todd Walker
    Debtor(s)

Case No: 20−13557−amc

Chapter: 11

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation entered in Settlement of Motion for Relief from Stay Filed by ANDREW L. SPIVACK on behalf of WELLS FARGO BANK, N.A. filed by Creditor WELLS FARGO BANK, N.A., 237 Objection to Certification of Default filed by Creditor WELLS FARGO BANK, N.A. Filed by Stephen Todd Walker (related document(s)235). filed by Debtor Stephen Todd Walker.

    on: 6/26/24

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/31/24

Timothy B. McGrath
Clerk of Court

238 − 235, 237
Form 167