United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13557-amc |
| Stephen Todd Walker | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 31, 2024 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2024       Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DAVE P. ADAMS | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 31, 2024 | Form ID: 167 | Total Noticed: 1 |

on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

**DAVID B. SMITH**
on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

**ERIK L. COCCIA**
on behalf of Creditor Morgan Stanley Smith Barney LLC ecoccia@dilworthlaw.com

**IRA A. GLAUBER**
on behalf of Creditor Morgan Stanley Smith Barney LLC iglauber@dilworthlaw.com

**JEROME B. BLANK**
on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 jblank@pincuslaw.com, mmorris@pincuslaw.com

**JOSHUA C. QUINTER**
on behalf of Creditor John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

**JOSHUA C. QUINTER**
on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

**JOSHUA C. QUINTER**
on behalf of Plaintiff John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

**JOSHUA C. QUINTER**
on behalf of Creditor Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

**KARIN CORBETT**
on behalf of Marilyn E. kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KARIN CORBETT**
on behalf of Creditor John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

**KATHRYN ELIZABETH PETTIT**
on behalf of Plaintiff Marilyn Schade kathryn.pettit@thompsonhine.com ecfdocket@thompsonhine.com

**KATHRYN ELIZABETH PETTIT**
on behalf of Plaintiff John E. Schade kathryn.pettit@thompsonhine.com ecfdocket@thompsonhine.com

**LARRY M. KELLER**
on behalf of Creditor Sidkoff Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

**MARIO J. HANYON**
on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MATTHEW A. HAMERMESH**
on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

**MATTHEW J. BORGER**
on behalf of Creditor Noone & Borger LLC matt@nooneborger.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY mimcgowan@raslg.com

**NICHOLAS M. ENGEL**
on behalf of Debtor Stephen Todd Walker nengel@skhlaw.com

**Richard E Furtek**
rfurtek@furtekassociates.com cref11@trustesolutions.net

**Richard E Furtek**
on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net

**United States Trustee**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 31, 2024 | Form ID: 167 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW

on behalf of Creditor Morgan Stanley Smith Barney  LLC YCaplow@nylag.org, ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 34

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephen Todd Walker
    Debtor(s)

Case No: 20−13557−amc

Chapter: 11

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation entered in Settlement of Motion for Relief from Stay Filed by ANDREW L. SPIVACK on behalf of WELLS FARGO BANK, N.A. filed by Creditor WELLS FARGO BANK, N.A., 237 Objection to Certification of Default filed by Creditor WELLS FARGO BANK, N.A. Filed by Stephen Todd Walker (related document(s)235). filed by Debtor Stephen Todd Walker.

on: 6/26/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 5/31/24

For The Court

Timothy B. McGrath
Clerk of Court

238 − 235, 237
Form 167