**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>STEPHEN TODD WALKER | Case No. 20-13557-amc<br>Chapter 11 |
| Bank of America, N.A.,<br>        Movant | |
| vs. | |
| STEPHEN TODD WALKER ,<br>        Debtor | |

**WITHDRAWAL OF CERTIFICATION OF DEFAULT**

Bank of America, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its CERTIFICATION OF DEFAULT filed on May 22, 2024, Docket Number 235.

This 24th day of July, 2024.

<div style="margin-left:40%">

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

</div>

20-12007 BKAOD05

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>STEPHEN TODD WALKER | Case No. 20-13557-amc<br>Chapter 11 |
| Bank of America, N.A.,<br>   Movant | |
| vs. | |
| STEPHEN TODD WALKER ,<br>   Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

DAVID B. SMITH, Debtor's Attorney
112 Moores Road, Suite 300
Malvern, PA 19355
dsmith@skhlaw.com

Richard E Furtek, Bankruptcy Trustee
SUBCHAPTER V TRUSTEE
101 Lindenwood Drive, Suite 225
Malvern, PA 19355

Via First Class Mail:

STEPHEN TODD WALKER
611 ROSE LANE
BRYN MAWR, PA 19010

Date: July 25, 2024
20-12007 BKAOD05

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com