# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER. | : | |
| | : | BANKR.NO. 20-13557-DJB |
| | : | |
| DEBTOR. | : | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on August 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Post-Confirmation Distribution Reports and attachments thereto

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 20, 2025    By: /s/ *Hannah Deininger*
　　　　　　　　　　　　　　　Paralegal Specialist
　　　　　　　　　　　　　　　Office of The United States Trustee
　　　　　　　　　　　　　　　Robert NC Nix, Sr. Federal Building
　　　　　　　　　　　　　　　900 Market Street, Suite 320
　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　Phone: 202.280.8512
　　　　　　　　　　　　　　　Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

[Defendant name and address — illegible]

**(Defendant)**
Via:    X CM/ECF  X 1st Class Mail    ___ Certified Mail  X e-mail    ___ Other

[Sub-V Trustee name and address — illegible]

**Sub-V Trustee**
Via:    X CM/ECF __ 1st Class Mail    ___ Certified Mail  X e-mail    ___ Other:

**END OF DOCUMENT**