## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER. | : | |
| | : | BANKR.NO. 20-13557-DJB |
| | : | |
| DEBTOR. | : | |

## AMENDED CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on August 20, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To File Post-Confirmation Distribution Reports and attachments thereto

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 20, 2025         By: /s/ *Hannah Deininger*
                                                               Paralegal Specialist
                                                               Office of The United States Trustee
                                                               Robert NC Nix, Sr. Federal Building
                                                               900 Market Street, Suite 320
                                                               Philadelphia, PA 19107
                                                               Phone: 202.280.8512
                                                               Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

David Smith, Esq.
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
Email: dsmith@skhlaw.com
**(Defendant)**
Via:     X CM/ECF  X 1st Class Mail     ___ Certified Mail  X e-mail  ___ Other

Richard Furtek
Furtek & Associates, LLC.
SUBCHAPTER V TRUSTEE
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Email: rfurtek@furtekassociates.com
**Sub-V Trustee**
Via:     X CM/ECF __ 1st Class Mail     ___ Certified Mail  X e-mail  ___ Other:

**END OF DOCUMENT**