United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 20-13557-djb

Stephen Todd Walker                                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                       User: admin                                   Page 1 of 5
Date Rcvd: Aug 20, 2025              Form ID: pdf900                           Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |
| 14536063 | | BANK OF AMERICA, N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14571808 | + | Bank of America, N.A., c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14534510 | + | Business Consulting Group, LLC, 10 Brook Street, Westwood, MA 02090-3414 |
| 14802697 | + | Commonwealth of Pennsylvania Department of Revenue, C/O Christopher R. Momjian, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14534511 | + | Deborah Zitomer, Esquire, L.L.C., 11 E. Airy Street, Norristown, PA 19401-4815 |
| 14534512 | + | Debra G. Speyer, Esquire, 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14566592 | + | Denise Kuhn, SDAG, PA Office of Attorney General, 1600 Arch Street, Suite 300, Phila., PA 19103-2016 |
| 14563161 | + | Dorothy Schade Walker, c/o Matthew A. Hamermesh, Esquire, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| 14540109 | + | Dorothy Walker, c/o Matthew A. Hamermesh, Esq, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| 14534514 | + | Dorothy Walker, c/o Helen Casale, Esquire, 401 DeKalb Street, 4th Floor, Norristown, PA 19401-4909 |
| 14534515 | + | Erik L. Coccia, Esquire, Christie Callahan Comerford, Esquire, Dilworth Paxson, LLP, 1500 Market Street, Suite 3500 E, Philadelphia, PA 19102-2100 |
| 14534516 | + | Gary Green, Esq., Larry M. Keller, Esq.,, Samantha F. Green, Esq., Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |
| 14539879 | | HSBC BANK USA,NATIONAL ASSOCIATION AS TRUSTEE FOR, c/o Jerome B. Blank, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14569688 | + | HSBC Bank USA, National Association et al, C/O Andrew Spivack, Esq, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14534517 | + | Haines & Associates, 1339 Chestnut Street, Suite 530, Philadelphia, PA 19107-3519 |
| 14534519 | #+ | Ira Glauber, Esquire, Dilworth Paxson, LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| 14539409 | + | John E. Schade, Marilyn Schade, c/o Karin Corbett, Esq, 401 Plymouth Road, Ste 100, Plymouth Meeting, PA 19462-1651 |
| 14539616 | + | John E. Schade & Marilyn Schade, c/o JOSHUA C. QUINTER, Esquire, Offit Kurman, P.C., 401 Plymouth Road Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534520 | | John and Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| 14534521 | + | Joshua C. Quinter, Esquire, Karin Corbett, Esquire, Kathryn Pettit, Esquire, 401 Plymouth Rd., Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534522 | + | Lower MerionTownship, 75 E. Lancaster Avenue, Ardmore, PA 19003-2300 |
| 14534523 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 14534524 | + | Morgan Stanley Smith Barney LLC, 2000 Westchester Avenue, Purchase, NY 10577-2539 |
| 14562271 | + | Morgan Stanley Smith Barney LLC, c/o Dilworth Paxson LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| 14536535 | + | Morgan Stanley Smith Barney, LLC, c/o Erik L. Coccia, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14536567 | + | Morgan Stanley Smith Barney, LLC, c/o Yonit A. Caplow, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14534525 | + | Nancy Walker, 840 Montgomery Avenue, Apartment 802, Bryn Mawr, PA 19010-3332 |
| 14560222 | + | Noone & Borger LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| 14534526 | + | Noone & Borger, LLC, c/o Matthew J. Borger, Esq., 32 S. Church Street, West Chester, PA 19382-3221 |
| 14549729 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

Case 20-13557-djb    Doc 249    Filed 08/22/25    Entered 08/23/25 00:37:44    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| Recip ID | | Recipient |
|---|---|---|
| 14534531 | + | RBC, 60 South 6th Street, Minneapolis, MN 55402-1125 |
| 14550365 | + | Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |
| 14534533 | + | Sidkoff, Pincus & Green, P.C., c/o Larry M. Keller, Esq, 1101 Market Street, Ste 2700, Philadelphia, PA 19107-2927 |
| 14891403 | + | Stephen Todd Walker, C/O Nicholas M. Engel, Esquire, SMITH KANE HOLMAN, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355-1002 |
| 14571606 | | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14534535 | + | Winget, Spadafora & Schwartzberg, LLP, attention: Denis Dice, 1528 Walnut Street, Suite 1502, Philadelphia, PA 19102-3611 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 21 2025 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 21 2025 00:08:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14545668 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:25:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14534507 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:14:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14534508 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2025 00:08:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14550353 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 21 2025 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14534509 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 21 2025 00:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14535049 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 21 2025 00:08:00 | Dave P. Adams, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania 19106-2908 |
| 14558799 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14534513 | + | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14550377 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2025 00:08:00 | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14550746 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2025 00:08:00 | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14545100 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 21 2025 00:08:00 | HSBC BANK USA, NATIONAL ASSOCIATION et al, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14547704 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 00:08:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14569689 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 21 2025 00:08:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14562478 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2025 00:08:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14534530 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2025 00:08:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| 14534527 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Pennsylvania Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14563712 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14534528 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14534529 | + Email/Text: BKEBN-Notifications@ocwen.com | Aug 21 2025 00:08:00 | Phh Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14534532 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 21 2025 00:08:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14571607 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 21 2025 00:24:52 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14538004 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 21 2025 00:24:42 | Wells Fargo Bank, N.A., MAC N9286-01Y, P O Box 1629, Minneapolis MN 55440-1629 |
| 14534534 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 21 2025 00:25:01 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | *+ | WELLS FARGO BANK, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14534518 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue, Insolvency Unit, 600 Arch Street, Philadelphia, PA 19106 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

Case 20-13557-djb    Doc 249    Filed 08/22/25    Entered 08/23/25 00:37:44    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| | |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. SMITH | on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| ERIK L. COCCIA | on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com |
| IRA A. GLAUBER | on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com |
| JEROME B. BLANK | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JOSHUA C. QUINTER | on behalf of Plaintiff John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Creditor Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Creditor John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Marilyn E. kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KATHRYN ELIZABETH PETTIT | on behalf of Plaintiff Marilyn Schade kathryn.pettit@thompsonhine.com ecfdocket@thompsonhine.com |
| KATHRYN ELIZABETH PETTIT | on behalf of Plaintiff John E. Schade kathryn.pettit@thompsonhine.com ecfdocket@thompsonhine.com |
| LARRY M. KELLER | on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW A. HAMERMESH | on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com |

MATTHEW J. BORGER
    on behalf of Creditor Noone & Borger LLC matt@nooneborger.com

MICHELLE L. MCGOWAN
    on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY mimcgowan@raslg.com

NICHOLAS M. ENGEL
    on behalf of Debtor Stephen Todd Walker nengel@skhlaw.com

Richard E Furtek
    rfurtek@furtekassociates.com cref11@trustesolutions.net

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
    on behalf of Creditor Morgan Stanley Smith Barney LLC YCaplow@nylag.org, ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 35

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>STEPHEN TODD WALKER.<br><br><br>DEBTOR. | CHAPTER 11<br><br>CASE NO. 20-13557-DJB |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND IN-PERSON HEARING DATE

*Motion of the United States Trustee to Dismiss Debtor's Case or Convert to <u>Chapter 7 for Failure To File Post-Confirmation Distribution Reports</u>*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **September 3, 2025** you or your attorney must file a response to the Motion. *(see Instructions on next page).*

2. A hearing on the Motion is scheduled to be held on **September 9, 2025 at 1:00 p.m. both by Zoom video conference (ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791) and in-person at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market Street, Courtroom #2 Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1**.**

3. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   **United States Bankruptcy Court**
   **Eastern District of Pennsylvania**
   **Robert N.C. Nix Sr. Federal Building**
   **900 Market Street, Suite 400**
   **Philadelphia, PA 19107**
   **Telephone: (215)408-2840**

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

   By: /s/ *John Schanne*
   John Schanne, Trial Attorney
   Office of The United States Trustee
   Robert NC Nix, Sr. Federal Building
   900 Market Street, Suite 320
   Philadelphia, PA 19107
   Phone: 202.934.4154
   John.Schanne@usdoj.gov

Date: August 20, 2025