# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | § CHAPTER 11 |
| STEPHEN TODD WALKER, | § CASE NO. 20-13557-DJB |
| DEBTOR. | § RELATED DOCKET NO. 245 |

## NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR CONVERT TO CHAPTER 7 FOR FAILURE TO FILE POST-CONFIRMATION DISTRIBUTION REPORTS

PLEASE TAKE NOTICE that Andrew R. Vara, the United States Trustee for Region 3, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Motion Of The United States Trustee To Dismiss Debtor's Case or Convert To Chapter 7 For Failure To File Post-Confirmation Distribution Reports* (Docket No. 245)

Dated: September 8, 2025

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov