# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| STEPHEN TODD WALKER | : | |
| | : | CASE NO. 20-13557-DJB |
| | : | |
| DEBTOR. | : | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on December 2, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion Of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to Achieve Substantial Consummation of the Plan and attachments thereto

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 2, 2025          By: /s/ *Hannah Deininger*
                                    Paralegal Specialist
                                    Office of The United States Trustee
                                    Robert NC Nix, Sr. Federal Building
                                    900 Market Street, Suite 320
                                    Philadelphia, PA 19107
                                    Phone: 202.280.8512
                                    Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

David B. Smith, Esq.
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
Email: dsmith@skhlaw.com
**Debtor**

Via:    X CM/ECF  X 1st Class Mail    ___ Certified Mail  X e-mail  ___ Other:

Richard E Furtek
Subchapter V Trustee
Email: rfurtek@furtekassociates.com

Via:    X CM/ECF  __ 1st Class Mail    ___ Certified Mail  X e-mail  ___ Other:

**END OF DOCUMENT**