United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13557-djb |
| Stephen Todd Walker | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |
| aty | + | SMITH KANE HOLMAN LLC, 112 Moores Road Ste 300, Malvern, PA 19355-1002 |
| acc | | Beucler, Kelly & Irwin, Ltd., 125 Strafford Avenue, Suite 116, Wayne, PA 19087-3388 |
| r | + | Damon Michels, Fox & Roach Realtors, 854 Montgomery Avenue, Narberth, PA 19072-1939 |
| cr | | John E. Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| NONE | | Marilyn E., 1020 Rickerts ROad, Hilltown, PA 18927 |
| cr | | Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| cr | + | Sidkoff, Pincus & Green, P.C., Sidkoff, Pincus & Green, P.C, 1101 Market Street, 27th Floor, Phila.,, PA 19107-2927 |
| 14536063 | | BANK OF AMERICA, N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14571808 | + | Bank of America, N.A., c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14534510 | + | Business Consulting Group, LLC, 10 Brook Street, Westwood, MA 02090-3414 |
| 14802697 | + | Commonwealth of Pennsylvania Department of Revenue, C/O Christopher R. Momjian, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14534511 | + | Deborah Zitomer, Esquire, L.L.C., 11 E. Airy Street, Norristown, PA 19401-4815 |
| 14534512 | + | Debra G. Speyer, Esquire, 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14566592 | + | Denise Kuhn, SDAG, PA Office of Attorney General, 1600 Arch Street, Suite 300, Phila., PA 19103-2016 |
| 14563161 | + | Dorothy Schade Walker, c/o Matthew A. Hamermesh, Esquire, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| 14540109 | + | Dorothy Walker, c/o Matthew A. Hamermesh, Esq, One Logan Square, 27th Floor, Philadelphia, PA 19103-6910 |
| 14534514 | + | Dorothy Walker, c/o Helen Casale, Esquire, 401 DeKalb Street, 4th Floor, Norristown, PA 19401-4909 |
| 14534515 | + | Erik L. Coccia, Esquire, Christie Callahan Comerford, Esquire, Dilworth Paxson, LLP, 1500 Market Street, Suite 3500 E, Philadelphia, PA 19102-2100 |
| 14534516 | + | Gary Green, Esq., Larry M. Keller, Esq.,, Samantha F. Green, Esq., Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |
| 14539879 | | HSBC BANK USA,NATIONAL ASSOCIATION AS TRUSTEE FOR, c/o Jerome B. Blank, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14569688 | + | HSBC Bank USA, National Association et al, C/O Andrew Spivack, Esq, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14534517 | + | Haines & Associates, 1339 Chestnut Street, Suite 530, Philadelphia, PA 19107-3519 |
| 14539409 | + | John E. Schade, Marilyn Schade, c/o Karin Corbett, Esq, 401 Plymouth Road, Ste 100, Plymouth Meeting, PA 19462-1651 |
| 14539616 | + | John E. Schade & Marilyn Schade, c/o JOSHUA C. QUINTER, Esquire, Offit Kurman, P.C., 401 Plymouth Road Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534520 | | John and Marilyn Schade, 1020 Rickerts Road, Hilltown, PA 18927 |
| 14534521 | + | Joshua C. Quinter, Esquire, Karin Corbett, Esquire, Kathryn Pettit, Esquire, 401 Plymouth Rd., Suite 100, Plymouth Meeting, PA 19462-1651 |
| 14534522 | + | Lower MerionTownship, 75 E. Lancaster Avenue, Ardmore, PA 19003-2300 |
| 14534523 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, Suite 600, Norristown, PA 19401-4851 |
| 14534524 | + | Morgan Stanley Smith Barney LLC, 2000 Westchester Avenue, Purchase, NY 10577-2539 |
| 14562271 | + | Morgan Stanley Smith Barney LLC, c/o Dilworth Paxson LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |
| 14536535 | + | Morgan Stanley Smith Barney, LLC, c/o Erik L. Coccia, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14536567 | + | Morgan Stanley Smith Barney, LLC, c/o Yonit A. Caplow, Esq., 1500 Market Street, Ste 3500E, Philadelphia, PA 19102-2101 |
| 14534525 | #+ | Nancy Walker, 840 Montgomery Avenue, Apartment 802, Bryn Mawr, PA 19010-3332 |
| 14560222 | + | Noone & Borger LLC, 32 South Church Street, West Chester, PA 19382-3221 |

Case 20-13557-djb   Doc 255   Filed 12/05/25   Entered 12/06/25 00:37:16   Desc
Imaged Certificate of Notice   Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 69 |

| | | |
|---|---|---|
| 14534526 | + | Noone & Borger, LLC, c/o Matthew J. Borger, Esq., 32 S. Church Street, West Chester, PA 19382-3221 |
| 14549729 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14534531 | + | RBC, 60 South 6th Street, Minneapolis, MN 55402-1125 |
| 14550365 | + | Sidkoff, Pincus & Green, P.C., 1101 Market Street, Suite 2700, Philadelphia, PA 19107-2927 |
| 14534533 | + | Sidkoff, Pincus & Green, P.C., c/o Larry M. Keller, Esq, 1101 Market Street, Ste 2700, Philadelphia, PA 19107-2927 |
| 14891403 | + | Stephen Todd Walker, C/O Nicholas M. Engel, Esquire, SMITH KANE HOLMAN, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355-1002 |
| 14571606 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14534535 | + | Winget, Spadafora & Schwartzberg, LLP, attention: Denis Dice, 1528 Walnut Street, Suite 1502, Philadelphia, PA 19102-3611 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 04 2025 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 04 2025 00:27:00 | United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| NONE | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2025 00:27:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14545668 | | Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 00:26:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14534507 | + | Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 00:26:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14534508 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2025 00:27:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14550353 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 04 2025 00:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14534509 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 04 2025 00:27:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14535049 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 04 2025 00:27:00 | Dave P. Adams, Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania 19106-2908 |
| 14558799 | | Email/Text: mrdiscen@discover.com | Dec 04 2025 00:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14534513 | + | Email/Text: mrdiscen@discover.com | Dec 04 2025 00:27:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14550377 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 04 2025 00:27:00 | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14550746 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 04 2025 00:27:00 | Goldman Sachs Mortgage Company, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14545100 | | Email/Text: BKEBN-Notifications@ocwen.com | Dec 04 2025 00:27:00 | HSBC BANK USA, NATIONAL ASSOCIATION et al, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14547704 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2025 00:27:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14569689 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 04 2025 00:27:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14562478 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2025 00:27:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 69 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14534530 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2025 00:27:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14534527 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2025 00:27:00 | Pennsylvania Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14563712 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14534528 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2025 00:27:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0001 |
| 14534529 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 04 2025 00:27:00 | Phh Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14534532 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 04 2025 00:27:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14571607 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 04 2025 00:26:41 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14538004 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 04 2025 00:37:36 | Wells Fargo Bank, N.A., MAC N9286-01Y, P O Box 1629, Minneapolis MN 55440-1629 |
| 14534534 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 04 2025 01:26:00 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Noone & Borger, LLC, 32 South Church Street, West Chester, PA 19382-3221 |
| cr | *+ | WELLS FARGO BANK, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14534518 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue, Insolvency Unit, 600 Arch Street, Philadelphia, PA 19106 |
| 14534519 | ##+ | Ira Glauber, Esquire, Dilworth Paxson, LLP, 99 Park Avenue, Suite 320, New York, NY 10016-1363 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

**Name**               **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 69 |

ANDREW L. SPIVACK
    on behalf of Creditor HSBC Bank USA National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOPHER R. MOMJIAN
    on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
    on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

ERIK L. COCCIA
    on behalf of Creditor Morgan Stanley Smith Barney LLC ecoccia@dilworthlaw.com

IRA A. GLAUBER
    on behalf of Creditor Morgan Stanley Smith Barney LLC iglauber@dilworthlaw.com

JEROME B. BLANK
    on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 jblank@pincuslaw.com, mmorris@pincuslaw.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSHUA C. QUINTER
    on behalf of Plaintiff John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor John E. Schade jquinter@offitkurman.com tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com tkerns@offitkurman.com

KARIN CORBETT
    on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Creditor John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Marilyn E. kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KATHRYN ELIZABETH PETTIT
    on behalf of Plaintiff Marilyn Schade kathryn.pettit@thompsonhine.com ecfdocket@thompsonhine.com

KATHRYN ELIZABETH PETTIT
    on behalf of Plaintiff John E. Schade kathryn.pettit@thompsonhine.com ecfdocket@thompsonhine.com

LARRY M. KELLER
    on behalf of Creditor Sidkoff Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 69 |

       on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW A. HAMERMESH
       on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com
       ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
       on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com

MICHELLE L. MCGOWAN
       on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY mimcgowan@raslg.com

NICHOLAS M. ENGEL
       on behalf of Debtor Stephen Todd Walker nengel@skhlaw.com

Richard E Furtek
       rfurtek@furtekassociates.com  cref11@trustesolutions.net

Richard E Furtek
       on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
       on behalf of Creditor Morgan Stanley Smith Barney  LLC YCaplow@nylag.org,
       ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 35

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br><br> STEPHEN TODD WALKER, <br><br><br> DEBTOR. | § § § § § § § § § § § | CHAPTER 11 <br><br> CASE NO. 20-13557-DJB |

**NOTICE OF REQUEST, RESPONSE DEADLINE
AND IN-PERSON HEARING DATE**

*Motion Of the United States Trustee To Dismiss Debtor's Case or Convert to Chapter 7 for Failure To Achieve Substantial Consummation of the Plan*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before January 6, 2026 you or your attorney must file a response to the Motion. (see Instructions on next page).

2. A hearing on the Motion is scheduled to be held on January 13, 2026 at 1:00 p.m. both by **Zoom video conference (ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791) and in-person at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market Street, Courtroom #2 Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### i. Filing Instructions

If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

If you are not required to file electronically, you must file your response at

> **United States Bankruptcy Court**
> **Eastern District of Pennsylvania**
> **Robert N.C. Nix Sr. Federal Building**
> **900 Market Street, Suite 400**
> **Philadelphia, PA 19107**
> **Telephone: (215)408-2840**

If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> By: /s/ *John Schanne*
> John Schanne, Trial Attorney
> Office of The United States Trustee
> Robert NC Nix, Sr. Federal Building
> 900 Market Street, Suite 320
> Philadelphia, PA 19107
> Phone: 202.934.4154
> John.Schanne@usdoj.gov

Date: December 2, 2025