UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| STEPHEN TODD WALKER, | : |  |
|  | : | Case No. 20-13557 (DJB) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND TELEPHONIC HEARING DATE

Steven Todd Walker, Debtor in the above-captioned case, has filed a Motion for an Order to Mark Prepetition Judgments Obtained by Morgan Stanley Smith Barney, LLC Satisfied Pursuant to 11 U.S.C. § 524 (the "**Motion**") with the Court.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then **on or before December 30, 2025, you or your attorney must file a response to the Motion**. (See Filing Instructions on the next page).

3. **A hearing on the Motion** is scheduled to be held on **January 13, 2026 at 1:00 p.m. before the Honorable Derek J. Baker in Courtroom #2 of the United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing, which parties can attend either in person *or* by video conference on zoomgov.com, meeting ID: 161 0657 4791.

4. **If you do not file a response to the Motion**, the Court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Rule 5005-2,** you must file your response electronically.

2. **If you are not required to file electronically,** you must file your response at:

    Clerk, United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA 19107

3. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    David B. Smith, Esquire
    SMITH KANE HOLMAN, LLC
    112 Moores Road, Suite 300
    Malvern, PA 19355
    (610) 407-7216 Phone
    (610) 407-7218 Fax
    nengel@skhlaw.com


    SMITH KANE HOLMAN, LLC

Date: December 12, 2025    By: /s/ *David B. Smith*
    David B. Smith, Esquire
    112 Moores Road, Suite 300
    Malvern, PA 19355
    (610) 407-7215 Phone
    (610) 407-7218 Fax
    *Counsel to Debtor*