# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| STEPHEN TODD WALKER, | Case No. 20-13557 (DJB) |
| Debtor. | |

## CERTIFICATE OF NO OBJECTION

The undersigned, counsel for the Debtor, certifies as follows:

1. On December 12, 2025, the undersigned filed with this Court a Motion for an Order to Mark Prepetition Judgments Obtained by Morgan Stanley Smith Barney, LLC Satisfied Pursuant to 11 U.S.C. § 524 (the "Motion") (*Dkt. No. 256*), a copy of which was sent to all parties entitled to same on December 12, 2025.

2. Any answers, objections, or responses to the Motion were due on or before December 30, 2025.

3. To date, the undersigned has not been served with any answer, objection, or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection, or response to the Motion been filed with the Court.

3. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting the Motion.

SMITH KANE HOLMAN, LLC

Date: January 16, 2026

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
*Counsel to Debtor*