## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| STEPHEN TODD WALKER, | Case No. 20-13557 (DJB) |
| Debtor. |  |

## ORDER

AND NOW, this ____ day of January, 2026, upon consideration of the Debtor's Motion For An Order To Mark Prepetition Judgments Obtained By Morgan Stanley Smith Barney, LLC Satisfied Pursuant To 11 U.S.C. § 524 (the "Motion") (capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion), and any responses thereto, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted in its entirety.

2. Pursuant to 11 U.S.C. § 524 AND THE PROVISIONS OF THE CONFIRMED PLAN, the following judgments are void and therefore can be marked satisfied:

(a) *Morgan Stanley Smith Barney et al. v. Walker;* United States District Court for the Eastern District of Pennsylvania, Case No. 17-CV-05635; and (b) *Morgan Stanley Smith Barney et al. v. Walker,* Court of Common Pleas of Montgomery County, Pennsylvania, Case no. 2018-19241.

-2-

3.  Stephen Walker is permitted to file this Order in each of the above cases, the result and effect of which shall be that the judgment on each such case is void and shall be reflected on the court docket of each case as satisfied.

Dated: **January 26, 2026**

**DEREK J. BAKER**
**UNITED STATES BANKRUPTCY JUDGE**