### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stephen Todd Walker,<br><br>Debtor. | § Chapter 11<br>§<br>§ Case No. 20-13557-DJB<br>§<br>§ **Related Docket No. 252** |

### NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR CONVERT TO CHAPTER 7 FOR FAILURE TO ACHIEVE SUBSTANTIAL CONSUMMATION OF THE PLAN

PLEASE TAKE NOTICE that Andrew R. Vara, the United States Trustee for Region 3, by and through his undersigned counsel, hereby withdraws, without prejudice, the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure To Achieve Substantial Consummation Of The Plan* (Docket No. 252).

Dated: January 26, 2026

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov