# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| STEPHEN TODD WALKER, | Case No. 20-13557 (DJB) |
| Debtor. | |

## **ORDER**

AND NOW, this _____ day of January, 2026, upon consideration of the Debtor's Motion to Close Chapter 11 Case and for Entry of Final Decree (the "Motion"), it is hereby;

ORDERED that:

1. The Motion is GRANTED.

2. A Final Decree is entered in the above-captioned case.

3. Stephen Todd Walker's Chapter 11 case is hereby CLOSED, provided that Mr. Walker and Richard Furtek, the Subchapter V Trustee, have agreed that Mr. Furtek's approved fees in the amount $8,496.00 shall be paid by Mr. Walker through an immediate payment of $2,000.00, with three subsequent monthly payments of $2,000.00 and one final monthly payment in the amount of $496.00.  The foregoing agreement is approved and so ordered.

4. The Bankruptcy Court may retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order, including permitting the reopening of this case for the purpose of issuing contempt sanctions against Mr. Walker for failing to comply with the terms of paragraph 3 above.

BY THE COURT:

Date_____    _____
The Honorable Derek J. Baker
United States Bankruptcy Judge