United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13557-djb |
| Stephen Todd Walker | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

**Recip ID        Recipient Name and Address**
db            + Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026                         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

**Name                    Email Address**

ANDREW L. SPIVACK
on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor HSBC Bank USA  National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOPHER R. MOMJIAN
on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DAVID B. SMITH
    on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

ERIK L. COCCIA
    on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com

IRA A. GLAUBER
    on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com

JEROME B. BLANK
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 jblank@pincuslaw.com, mmorris@pincuslaw.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSHUA C. QUINTER
    on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Plaintiff John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com

JOSHUA C. QUINTER
    on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com

KARIN CORBETT
    on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KARIN CORBETT
    on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com

KATHRYN ELIZABETH PETTIT
    on behalf of Plaintiff Marilyn Schade kathryn.pettit@thompsonhine.com  ecfdocket@thompsonhine.com

KATHRYN ELIZABETH PETTIT
    on behalf of Plaintiff John E. Schade kathryn.pettit@thompsonhine.com  ecfdocket@thompsonhine.com

LARRY M. KELLER
    on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW A. HAMERMESH
    on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com  ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MATTHEW J. BORGER
    on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com

MICHELLE L. MCGOWAN
    on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY mimcgowan@raslg.com

NICHOLAS M. ENGEL
    on behalf of Debtor Stephen Todd Walker nengel@skhlaw.com

Richard E Furtek
    rfurtek@furtekassociates.com  cref11@trustesolutions.net

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Jan 26, 2026     Form ID: pdf900     Total Noticed: 1

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
    on behalf of Creditor Morgan Stanley Smith Barney LLC YCaplow@nylag.org, ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 35

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                            :
In re:                                                     :        CHAPTER 11
                                                            :
STEPHEN TODD WALKER,               :
                                                            :        Case No. 20-13557 (DJB)
                                                            :
                            Debtor.                 :
_____:

### ORDER

AND NOW, this ____ day of January, 2026, upon consideration of the Debtor's Motion For An Order To Mark Prepetition Judgments Obtained By Morgan Stanley Smith Barney, LLC Satisfied Pursuant To 11 U.S.C. § 524 (the "Motion") (capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion), and any responses thereto, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted in its entirety.

2. Pursuant to 11 U.S.C. § 524 AND THE PROVISIONS OF THE CONFIRMED PLAN, the following judgments are void and therefore can be marked satisfied:

(a) *Morgan Stanley Smith Barney et al. v. Walker;* United States District Court for the Eastern District of Pennsylvania, Case No. 17-CV-05635; and (b) *Morgan Stanley Smith Barney et al. v. Walker,* Court of Common Pleas of Montgomery County, Pennsylvania, Case no. 2018-19241.

3. Stephen Walker is permitted to file this Order in each of the above cases, the result and effect of which shall be that the judgment on each such case is void and shall be reflected on the court docket of each case as satisfied.

Dated: **January 26, 2026**

                                                               DEREK J. BAKER
                                                               UNITED STATES BANKRUPTCY JUDGE