United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13557-djb |
| Stephen Todd Walker | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen Todd Walker, 611 Rose Lane, Bryn Mawr, PA 19010-3644 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 29, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA National Association et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |

Case 20-13557-djb   Doc 271   Filed 01/29/26   Entered 01/30/26 00:37:12   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DAVID B. SMITH | on behalf of Debtor Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Attorney SMITH KANE HOLMAN LLC dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Stephen Todd Walker dsmith@skhlaw.com  b.dr70286@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| ERIK L. COCCIA | on behalf of Creditor Morgan Stanley Smith Barney  LLC ecoccia@dilworthlaw.com |
| IRA A. GLAUBER | on behalf of Creditor Morgan Stanley Smith Barney  LLC iglauber@dilworthlaw.com |
| JEROME B. BLANK | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2007-2 jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JOSHUA C. QUINTER | on behalf of Creditor John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Plaintiff Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Plaintiff John E. Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| JOSHUA C. QUINTER | on behalf of Creditor Marilyn Schade jquinter@offitkurman.com  tkerns@offitkurman.com |
| KARIN CORBETT | on behalf of Marilyn E. kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Plaintiff Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor Marilyn Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KARIN CORBETT | on behalf of Creditor John E. Schade kcorbett@offitkurman.com  cballasy@offitkurman.com;maleeah.casey@offitkurman.com |
| KATHRYN ELIZABETH PETTIT | on behalf of Plaintiff Marilyn Schade kathryn.pettit@thompsonhine.com  ecfdocket@thompsonhine.com |
| KATHRYN ELIZABETH PETTIT | on behalf of Plaintiff John E. Schade kathryn.pettit@thompsonhine.com  ecfdocket@thompsonhine.com |
| LARRY M. KELLER | on behalf of Creditor Sidkoff  Pincus & Green, P.C. lmk@sidkoffpincusgreen.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW A. HAMERMESH | on behalf of Interested Party Dorothy Walker mhamermesh@hangley.com ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com |
| MATTHEW J. BORGER | on behalf of Creditor Noone & Borger  LLC matt@nooneborger.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY mimcgowan@raslg.com |
| NICHOLAS M. ENGEL | on behalf of Debtor Stephen Todd Walker nengel@skhlaw.com |
| Richard E Furtek | rfurtek@furtekassociates.com  cref11@trustesolutions.net |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 1

Richard E Furtek
    on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
    on behalf of Creditor Morgan Stanley Smith Barney  LLC YCaplow@nylag.org, ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 35

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                            :
In re:                                      :    CHAPTER 11
                                            :
STEPHEN TODD WALKER,                        :
                                            :    Case No. 20-13557 (DJB)
                                            :
                Debtor.                     :
_____:

**ORDER**

AND NOW, this _____ day of January, 2026, upon consideration of the Debtor's Motion to Close Chapter 11 Case and for Entry of Final Decree (the "Motion"), it is hereby;

ORDERED that:

1. The Motion is GRANTED.

2. A Final Decree is entered in the above-captioned case.

3. Stephen Todd Walker's Chapter 11 case is hereby CLOSED, provided that Mr. Walker and Richard Furtek, the Subchapter V Trustee, have agreed that Mr. Furtek's approved fees in the amount $8,496.00 shall be paid by Mr. Walker through an immediate payment of $2,000.00, with three subsequent monthly payments of $2,000.00 and one final monthly payment in the amount of $496.00. The foregoing agreement is approved and so ordered.

4. The Bankruptcy Court may retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order, including permitting the reopening of this case for the purpose of issuing contempt sanctions against Mr. Walker for failing to comply with the terms of paragraph 3 above.

BY THE COURT:

Date **January 27, 2026**
_____          _____
                              The Honorable Derek J. Baker
                              United States Bankruptcy Judge